# EXHIBIT I



## The Commonwealth of Massachusetts
### Executive Office of Health and Human Services
### Department of Public Health
### Bureau of Health Care Safety and Quality
### Division of Health Care Facility Licensure and Certification
### 67 Forest Street, Marlborough, MA 01752

**MAURA T. HEALEY**
Governor

**KIMBERLEY DRISCOLL**
Lieutenant Governor

**KATHLEEN E. WALSH**
Secretary

**ROBERT GOLDSTEIN, MD, PhD**
Commissioner

Tel: 617-624-6000
www.mass.gov/dph

February 29, 2024

Nancy Jamgochian
Administrator
A Woman's Concern and Your Options Medical
103 Broadway
Revere, MA, 02151

Dear Ms. Jamgochian:

On February 19, 2024, we conducted a desk audit follow-up review to verify that your facility had achieved and maintained compliance.

The findings indicate that all deficiencies have been corrected.

You are reminded that facilities are obligated to correct all deficiencies and then remain in compliance.

An unannounced visit may be conducted at any time at the discretion of the MA Department of Public Health Licensure Unit.

Sincerely,

*Julie Crocker-Wilson*

Julie Crocker-Wilson
Licensure Inspections Manager

Enclosures (2)

# EXHIBIT J

 DONATE

NEWS › LOCAL NEWS

# State Department of Public Health warns anti-abortion centers against using deceptive tactics

SHARE 



A Spanish-language sign offering help for unplanned pregnancies is posted by the door of Problem Pregnancy, an anti-abortion pregnancy center, in Worcester, Mass., on Sept. 13, 2023.

**Azita Ghahramani / GBH News**

State Department of Public Health warns anti-abortion centers against using deceptive tactics | GBH        8/19/24, 12:39 PM

# EXHIBIT J



By **Sam Turken**

January 05, 2024

The Massachusetts Department of Public Health is warning that it will not tolerate any anti-abortion centers using deceptive practices that infringe on people's reproductive healthcare access.

The facilities, known as "crisis pregnancy centers," advertise free services and counseling for women with unplanned pregnancies. But in wake of the Supreme Court's decision overturning Roe v. Wade in 2022, abortion rights advocates have increasingly accused the centers of using misleading advertising tactics to steer people away from abortion.

**DPH says**   there are nearly 30 anti-abortion centers operating in Massachusetts. After receiving complaints about some of the centers, the department wants to ensure the facilities are operating transparently. If they're not, they could lose their clinical licenses and face state investigation.

DPH sent a **memo**   this week to all licensed Massachusetts physicians and clinics, including anti-abortion centers, reminding them of their obligations under state law.

"There are consequences to the use of deceptive tactics in the state of Massachusetts," DPH Commissioner Robert Goldstein told GBH News. "We at the Department of Public Health have a responsibility to promote and protect health, to ensure high quality care for people across the Commonwealth."

---

## MORE LOCAL NEWS

State Department of Public Health warns anti-abortion centers against using deceptive tactics | GBH                    8/19/24, 12:39 PM

# EXHIBIT J

**Worcester City Council votes against regulating anti-abortion clinics**

**Small increase in out-of-state travelers for Mass. abortions in 2022, new data shows**

**Fraught push to regulate anti-abortion pregnancy centers in Massachusetts**

According to the abortion rights organization **Reproductive Equity Now**, the centers outnumber abortion clinics like Planned Parenthood more than 2 to 1 in Massachusetts. Many of the centers are affiliated with national advocacy or religious organizations that provide funding and support to promote an anti-abortion agenda.

DPH says many of the anti-abortion facilities deceptively present themselves as full-service reproductive health care clinics but do not provide abortion care, referrals, contraception or other reproductive health care services. Other centers do provide abortion services but may not be in compliance with state requirements of medical care.

In both cases, DPH stressed the state has the authority to investigate wrongdoing. The department will collaborate with the state attorney general's Reproductive Justice Unit, which can pursue civil or criminal charges against facilities that deceive people seeking comprehensive reproductive healthcare services.

"Anti-abortion centers pose a serious threat to pregnant people seeking unbiased reproductive health care in Massachusetts," said Rebecca Hart Holder, president of Reproductive Equity Now. "I do really want to thank Commissioner Goldstein for his bold leadership and really look forward to continuing our work together to combat these centers."

In response to DPH's warning, advocates and leaders of anti-abortion centers called the accusations misinformation and said the facilities help thousands of people

# EXHIBIT J

around Massachusetts every year.

"Pregnancy resource centers offer women choices," said Myrna Maloney Flynn, president and CEO of Massachusetts Citizens for Life. "Pregnancy resource centers will communicate to women all of their options when they are faced with an unplanned pregnancy."

 **Sam Turken** X

Sam Turken is the Worcester reporter for GBH News, covering housing, the environment and other social justice and economic issues. Feedback? Questions? Story ideas? Reach out to Sam at sam_turken@wgbh.org.

Support for GBH is provided by:

**Become a GBH sponsor**

State Department of Public Health warns anti-abortion centers against using deceptive tactics | GBH

8/19/24, 12:39 PM

# EXHIBIT J



## Subscribe to The Wake Up

Sign up for the latest from GBH News delivered to your inbox three times a week.

SIGN UP

ALL NEWSLETTERS    PRIVACY POLICY

### A world without GBH?

*"Having had GBH on in the background for my entire adult life, I can't envision a world where it doesn't exist!" - A donor in Ipswich*

This donor did their part to keep GBH on the air. Will you join them?

DONATE →



State Department of Public Health warns anti-abortion centers against using deceptive tactics | GBH

8/19/24, 12:39 PM

EXHIBIT J

### State plans to temporarily take over St. Elizabeth's as most Steward hospitals go to new owners

### Shelter restrictions in Mass. force migrant families into impossible decisions

### Worcester health workers detect powerful animal tranquilizer mixed with opioids

### Mass. Lottery looks to other states for path forward online

### New minimum wage kicks in for Uber, Lyft drivers in Mass.

### Why frustrated activists can't rely on the ballot box for change in Massachusetts

### Maternal health bill passed on Beacon Hill could change the game 'for generations'

## MORE LOCAL NEWS

### Vermont's new motel room limits are primed to push out hundreds of households this fall

### Multicultural celebration at Roxbury's Madison Park to feature opera singers

### Local musicians and DJs shine on Boston's 'Dear Summer: Volume 2' mixtape

### How to give your pet a fulfilling life, according to an animal behavioralist

State Department of Public Health warns anti-abortion centers against using deceptive tactics | GBH          8/19/24, 12:39 PM

# EXHIBIT J

## ABOUT

About GBH

GBH Education

Inclusion & Equity

Services

Careers

Press

## SUPPORT GBH

Support GBH

Donate

Membership

Corporate Sponsorship

Directed Giving

Planned Giving

Other Ways to Support

## POLICIES

All FCC Public Files

FCC Public Inspection File

Terms of use

Editorial Guidelines

Reports & Filings

Assistance with Public Files

Privacy Policy

Land Acknowledgement

Accessibility Statement

## CONNECT WITH US

Contact GBH

Contact GBH News

Media Inquiries

Newsletters

Visit Us

© 2024 WGBH. All rights reserved.

State Department of Public Health warns anti-abortion centers against using deceptive tactics | GBH                 8/19/24, 12:39 PM

# EXHIBIT J

OUR PARTNERS

Boston Public Radio

# EXHIBIT K

Tax offices locations in the Commonwealth of Massachusetts   Here's how you know

Menu                                              Select Language    Contrast Settings    State Organizations (hold-details/massachusetts

🛡 Mass.gov                                                        *Search Mass.gov*

(n) › Executive Office of Health and Human Services (orgs/executive-office-of-health-and-human-services) › [...] › Bureau of Community Health and Prevention (orgs/bureau-of-community-health-and-prevention) ›
Office of Sexual Health and Youth Development (orgs/office-of-sexual-health-and-youth-development)

NEWS

# Maintaining Integrity, Accessibility, and Transparency in Rep
# Care

1/03/2024                          Department of Public Health

The Department of Public Health (DPH) is committed to comprehensive reproductive health care access. In the wake of recent
complaints regarding several anti-abortion centers, DPH has initiated a review of its statutory and regulatory obligations. The
purpose of this review is to make sure DPH professional licensees and facility licensees – including these centers – are adhering
to their designated scope of practice and operating transparently and free from deceptive practices.

Our goal is to strengthen the integrity of the health care system in the state and foster an environment of trust and
compassion for those who are navigating the many options available to them at a challenging and time-sensitive point in their
lives.

## DPH jurisdiction over anti-abortion centers

Anti-abortion centers – often called "crisis pregnancy centers" – provide information and counseling to individuals who are, or
may be, pregnant. Some provide testing for sexually transmitted infections, pregnancy tests, and ultrasounds to determine
how far along a pregnancy may be. Many of these centers advertise themselves as full-service reproductive health care clinics,
yet they do not provide abortion care or abortion referrals, contraception, or other important reproductive health care services.
Most centers are affiliated with national advocacy or religious organizations that provide funding and support to advance an
anti-abortion agenda.

In Massachusetts, there are nearly 30 anti-abortion centers that operate in the state, with only four currently subject to DPH
licensure under state law.

- Licensed clinics must comply with the requirements and standards of medical care and services associated with this
  certification.
- Licensed clinics usually are staffed with full- or part-time medical providers that may include physicians, nurses, nurse
  practitioners, or physician assistants.
- These licensed facilities may provide medical services, including testing and ultrasound, as long as the service delivered is
  within the scope of practice for the involved provider.
- The clinicians in licensed centers bear a responsibility to adhere to all license requirements and meet the professional
  standards to ensure the well-being of those seeking care and support.

Most centers in Massachusetts, however, are not licensed as "clinics." These non-licensed centers are largely staffed by
nonmedical individuals or volunteers. Absent the provision of medical care, DPH does not have jurisdiction over these facilities
and cannot oversee the quality of services they provide.

However, if these facilities are providing medical care or advertising services that are consistent with a clinic, DPH maintains a

Case 1:24-cv-12131 Document 1-4 Filed 08/19/24 Page 11 of 34

# EXHIBIT K

responsibility to oversee the safe provision of medical services and health care in the state. DPH may be involved in investigating complaints regarding allegations about provision of inappropriate medical services or staff members performing services without the required credentials. This work may be done in collaboration with the Attorney General's Office's Reproductive Justice Unit.

## DPH guidance

Guidance for Massachusetts licensed physicians, physician assistants, nurses, pharmacists, pharmacies, hospitals, and clinics: **Reminder to Licensees Regarding Licensure Obligations and Providing Standard of Care**
**PDF** (/doc/reminder-to-licensees-regarding-licensure-obligations-and-providing-standard-of-care-pdf/download) |
**Doc** (/doc/reminder-to-licensees-regarding-licensure-obligations-and-providing-standard-of-care/download)

## Filing complaints

The Department of Public Health actively seeks feedback and complaints from individuals who have had concerning experiences with anti-abortion centers as well as from other stakeholders who have information about questionable practices. Complaints about staff can be filed with:

- **Board of Registration in Medicine** (/info-details/submit-a-complaint-against-a-physician) for physician concerns
- **Board of Registration in Nursing** (/board-of-registration-in-nursing-complaint-process) for nurse concerns
- **Board of Registration of Physician Assistants** (/orgs/board-of-registration-of-physician-assistants) for physician assistant concerns
- **Office of the Attorney General** (/how-to/file-a-civil-rights-complaint) for concerns about potential deceptive practices or misleading information that affects consumers

## Educational efforts

In addition to DPH's work on the licensing and regulatory aspects of these anti-abortion centers, the Department is also focused on educating the public about the differences between facilities that provide comprehensive reproductive care and those that practice deceptive tactics to limit people's choices and prevent abortions. DPH will increase its efforts to educate the public through a multi-faceted awareness campaign in 2024.



**Department of Public Health**

DPH keeps people healthy and communities strong. We promote the health and well-being of all residents by ensuring access to high-quality public health and health care services, focusing on prevention and wellness, and health equity for all.

# EXHIBIT K



**All Topics** (/topics/massachusetts-topics)    **Site Policies** (/massgov-site-policies)    **Public Records Requests** (/topics/public-records-requests)

© 2024 Commonwealth of Massachusetts.

Mass.gov® is a registered service mark of the Commonwealth of Massachusetts. **Mass.gov Privacy Policy** (/privacypolicy)

# EXHIBIT L


## The Commonwealth of Massachusetts
### Executive Office of Health and Human Services
### Department of Public Health
### 250 Washington Street, Boston, MA 02108-4619

**MAURA T. HEALEY**
Governor

**KIMBERLEY DRISCOLL**
Lieutenant Governor

**KATHLEEN E. WALSH**
Secretary

**ROBERT GOLDSTEIN, MD, PhD**
Commissioner

Tel: 617-624-6000
www.mass.gov/dph

| | |
|---|---|
| **To:** | Massachusetts licensed physicians, physician assistants, nurses, pharmacists, pharmacies, hospitals, and clinics |
| **From:** | Robert Goldstein, MD, PhD, Commissioner, Department of Public Health |
| **Date:** | January 3, 2024 |
| **Subject:** | Reminder to Licensees Regarding Licensure Obligations and Providing Standard of Care |

The Department of Public Health takes patients' rights and the provision of high quality, evidence-based, safe care by all providers very seriously. **This includes providing patients accurate and complete information for informed decision-making, accurate portrayal and advertising of clinical services, and licensees practicing within their scope of practice and their license.** The Department issues this memorandum to outline and remind licensees of their obligations under state law and as a condition of licensure.

### Clinic Licensure Requirements

Massachusetts law requires that clinics be licensed by the Department of Public Health (DPH). (See M.G.L. c. 111, § 51.) A clinic is any entity, however organized, whether conducted for profit or not for profit, that is advertised, announced, established, or maintained for the purpose of providing ambulatory medical, surgical, dental, physical rehabilitation, or mental health services. However, the law provides an exception from licensure requirements under this section for any entity that is wholly owned and controlled by one or more of its medical practitioners and does not use the word "clinic," "institute" or "dispensary" in its name. (See M.G.L. c. 111, § 52 for the definition of "clinic.") Thus, any entity that provides ambulatory medical services is subject to clinic licensure if it is not wholly owned and controlled by one or more of its practitioners.

Ambulatory medical services are services providing diagnosis or treatment of a health condition and include procedures such as diagnosing pregnancies, performing ultrasounds and other clinical procedures. **Any entity that offers ambulatory medical services, including said procedures, is subject to clinic licensure and must meet the requirements of 105 CMR 140.000**, unless otherwise exempt.

# EXHIBIT L

Additionally, any clinic providing medical services must meet the requirements of 105 CMR 140.000, including specific requirements related to staffing[1].

**Failure to adhere to the staffing requirements of 105 CMR 140.000 could not only jeopardize a clinic license through administrative action including licensure suspension or revocation[2], but may also result in the referral of licensed providers deemed out of compliance to the appropriate licensing board.**

**Entities and individuals may be referred to the Attorney General's Office by DPH for prosecution of deceptive practices by holding the entity out as a clinic, or performing unlicensed medical services.**

## Massachusetts Controlled Substances Registration (MCSR) Requirements

All practitioners and entities must comply with controlled substance requirements in M.G.L. c. 94C, as implemented by 105 CMR 700.000, regardless of whether the entity is licensed as a clinic or owned and operated by one or more practitioners. A MCSR is required for any practitioner or entity to purchase, store, or dispense any controlled substance, which includes any prescription medication in Massachusetts.

## Licensed Healthcare Professionals

The Board of Registration in Medicine (BORIM) and the Boards of Registration within the Bureau of Health Professions Licensure (BHPL) at the Department of Public Health regulate and oversee individual healthcare practitioners, including physicians, nurses, and physician assistants.

All healthcare practitioners in Massachusetts are subject to professional discipline for the failure to comply with recognized standards of practice and for engaging in conduct that is dishonest or deceitful.

### 1. *Licensed healthcare professionals must comply with recognized standards of practice.*

Nurses are required to comply with recognized standards of nursing practice and to act within the scope of practice for nurses.[3]

Board of Registration in Nursing (BORN) regulations require that a nurse shall perform nursing techniques and procedures, including but not limited to providing ultrasounds, only after appropriate education and demonstrated clinical competency.[4]   In other words, a nurse is prohibited from using any technique or procedure if they have not received appropriate education

---

[1] 105 CMR 140.310 through 105 CMR140.334
[2] 105 CMR 140.130 through 105 CMR 140.134
[3] 244 CMR 7.03(1)(i); 244 CMR 9.03(5); 244 CMR 9.03(47); 244 CMR 7.03(1)(h); 244 CMR 9.03(10).
[4] 244 CMR 9.03(11) & (12)

# EXHIBIT L

and demonstrated clinical competency.  Nurses are responsible and accountable for their nursing actions, judgments, and competencies.[5]

Physicians and Advanced Practice Registered Nurses (APRN) who practice in violation of good and accepted health care practice may be disciplined for conduct which places into question their competence to practice.[6]  For example, there is strong evidence that medication abortion reversal is unproven, unethical, and unsafe to provide to patients[7]; such that a physician or APRN who offers or provides this treatment could be found to be practicing inconsistently with accepted practice and subject to discipline.

Similarly, physician assistants (PAs) must act within the scope of practice for PAs, 263 CMR 5.09(4), and may only assume duties and responsibilities within their scope of practice and for which they have acquired and maintained necessary knowledge, skills, and abilities.[8]

**Failure to comply with recognized standards of practice is grounds for professional discipline, up to and including license revocation.**

2. *Licensed healthcare professionals, including physicians, nurses, and physician assistants, may not engage in deceitful conduct or any conduct that poses a risk to public health, safety, or welfare.*

Physicians may not practice medicine deceitfully or engage in conduct which has the capacity to deceive or defraud.[9]  They also may not advertise in a manner that is false, deceptive, or misleading, or that has the effect of intimidating or exerting undue pressure.[10]  Nor may they engage in conduct that undermines public confidence in the integrity of the medical profession, even where the physician may not have engaged in wrongdoing or deceit.[11]

These principles have been specifically applied to advertising and communications concerning the qualifications and licensure of an unlicensed individual providing services in the same location as the physician.  For example, advertising or communications that suggest interpretation of ultrasound results is being performed by a licensed and qualified provider, when the person interpreting the results is not licensed or qualified would constitute false, deceptive, and misleading practice.  Additionally, licensed individuals practicing in the setting where any such service is provided undermines the public confidence.  Conduct or advertising which is objectively

---

[5] 244 CMR 9.03(9).

[6] For physicians see 243 CMR 1.03(5)(a); for APRNs, the standards of care to which nurses in advanced practice shall be held, shall be those standards which protect consumers, and provide them with safe and comprehensive care, and shall be standards comparable to other professionals, including physicians, providing the same services. MGL c. 112 §80B.

[7] See American College of Obstetricians and Gynecologists advocacy stance regarding medication abortion "reversals":  Medication Abortion "Reversal" Is Not Supported by Science | ACOG

[8] 263 CMR 5.09(5).

[9] 243 CMR 1.03(5)(a)10

[10] 243 CMR 2.07(11)(a).

[11] *Welter v. Board of Registration in Medicine*, 490 Mass 718, 725, 196 N.E.3d 312, 320 (2022), cert. denied sub nom. Welter v. Massachusetts Bd. of Registration in Med., 143 S. Ct. 2561 (2023).

# EXHIBIT L

deceptive, even if technically accurate, is prohibited and may be the basis for discipline, irrespective of whether the physician had an intent to deceive or whether anyone was subjectively deceived[12].

BORN regulations also prohibit a nurse from engaging in any fraudulent conduct, and any conduct likely to have an adverse effect on health, safety, or welfare of the public.[13]  Any conduct that undermines public confidence in the integrity of the profession is grounds for discipline of a nursing or physician assistant license.[14]

The BORN and Board of Registration of Physician Assistants (BORPA) regulations further prohibit nurses and PAs from exercising undue influence on a patient, including the promotion or sale of services, goods, appliances, or drugs, in such a manner as to exploit the patient for financial gain of the nurse or a third party.

A nurse or physician assistant may not engage in any behavior that is likely to have an adverse effect on the health, safety, or welfare of the public.[15][16]

A nurse or physician assistant shall not knowingly falsify, or attempt to falsify, any documentation or information related to any aspect of their practice or delivery of medical services.[17]

Finally, the regulations explicitly prohibit nurses and PAs from engaging in false, deceptive, or misleading advertising or any other fraudulent practice.[18]

Based on the foregoing, any conduct or communication by a physician, nurse, or PA that is misleading or inaccurate would be a violation of regulations governing practice of the profession and may be grounds for discipline which could include but may not be limited to reprimand, probation, suspension, or revocation of the individual's license to practice.

All services performed by a physician assistant must be supervised by a licensed physician and the services must be: (1) within the competence of the PA, as determined by the supervising physician; and (2) within the scope of services for which the supervising physician can provide adequate supervision.[19]  Moreover, the supervising physician must provide supervision adequate to ensure the PA practices medicine in accordance with accepted standards of medical practice.[20]

---

[12] *Welter, supra,* at 490 Mass. 726-728.
[13] 244 CMR 9.03 (32), 244 CMR 7.03(1)(w); 244 CMR 9.03(47).
[14] 244 CMR 7.03(1)(x); 263 CMR 6.02(2)(x).
[15] 244 CMR 9.03(47); 263 CMR 6.03(2)(w).
[16][16] See American College of Obstetricians and Gynecologists advocacy stance regarding medication abortion "reversals": Medication Abortion "Reversal" Is Not Supported by Science | ACOG
[17] 244 CMR 9.03(31); 263 CMR 5.09(8).
[18] 244 CMR 9.03(32); 263 CMR 5.09(21) & (22).
[19] 263 CMR 5.03.
[20] 263 CMR 5.04.

# EXHIBIT L

### 3. *Licensed healthcare professionals, including physicians, nurses, and physician assistants, are required to comply with the law.*

Failure of physicians, nurses, and PAs to comply with all laws, regulations, advisory rulings, and policies of their respective licensing board are subject to discipline. [21]

Similarly, nurses and PAs may not aid another person in performing any act prohibited by laws or regulation[22].

### 4. *Advanced Practice Registered Nurses*

Nurses authorized to practice in the advanced role must adhere to their scope of practice.  244 CMR 4.06; 244 CMR 9.04 (1).  APRNs must also fully disclose, when proposing any diagnostic or therapeutic intervention which is beyond the scope of generic nursing practice, to the patient or to the patient's representative the risks and benefits of, and alternatives to, such intervention and shall document such disclosure in the patient's record.  244 CMR 9.04 (5).

APRNs who provide abortion services must comply with Advisory Ruling 21-02 Certified Nurse Midwives and Certified Nurse Practitioners as Providers of Abortions for Pregnancies of Less than 24 Weeks.

### 5. *Responsibility concerning activities of unlicensed individuals.*

BORIM addresses physician responsibility for activities of unlicensed individuals in several ways. First, physicians may not knowingly permit, aid, or abet an unlicensed person to perform activities requiring a license.[23] In addition, physicians may not delegate medical services to an individual who is not licensed to perform those services in Massachusetts.[24]  Medical services requiring licensure are services which fall within the definition of the practice of medicine, which may only be performed by licensed physicians, and other licensed health care professionals to the extent that the services also fall within the scope of practice of the license held.[25]  Such services include diagnosis, treatment, use of instruments or other devices, or the prescribing, administering, dispensing, or distributing of drugs for the relief of diseases or adverse physical or mental conditions.[26]  It also includes conduct by an individual that encourages reliance by others on the individual's knowledge or skill in the maintenance of human health.  Id.  For example, BORIM has imposed discipline on a physician who authored ultrasound reports on the basis of sonographer impressions in lieu of personally reviewing images.

---

[21] 243 CMR 1.03(5)(a)2. and 11; 244 CMR 7.03(1)(a), (b), (e); 263 CMR 6.03(2)(a), (b), (e).
[22] 244 CMR 9.03(7); 263 CMR 5.09(24).

[23] 243 CMR 1.03(5)(a)6
[24] 243 CMR 2.07(4).
[25] See 243 CMR 2.01(4)
[26] 243 CMR 2.01(4)

# EXHIBIT L

Additionally, 244 CMR 3.00 sets forth the responsibilities and functions of nurses and states requirements for delegation of nursing activities to unlicensed persons.

## Conclusion

The Department expects the attention and cooperation of all licensees in providing accurate patient education, delivering safe and quality patient care, and adhering to professional standards under state licensure and the rights of all Massachusetts patients.

# EXHIBIT M

## EXHIBIT M



I

# EXHIBIT M



# EXHIBIT N

An official website of the Commonwealth of Massachusetts   Here's how you know

Menu

Select Language    Contrast Settings    State Organizations (info-details-massachusetts)

 Mass.gov

Search Mass.gov

(/) > **Executive Office of Health and Human Services** (/orgs/executive-office-of-health-and-human-services) >   ... > **Sexual and Reproductive Health Program** (/orgs/sexual-and-reproductive-health-program) >

**Sexual and Reproductive Health Services** (/sexual-and-reproductive-health-services)



# Avoid Anti-Abortion Centers

Anti-abortion centers, often called "crisis pregnancy centers", look like medical facilities but don't offer comprehensive care. Some may not offer any medical care. They may mislead you about your options if you're pregnant and can put your health at risk.

FIND OUT MORE ABOUT ANTI-ABORTION CENTERS

(INFO DETAILS ABOUT ANTI ABORTION CENTERS)

## Get care you can trust

Abortion is safe, legal, and accessible in Massachusetts.
Find reproductive health care, including abortion care, you can trust.

SEARCH FOR A TRUSTED
ABORTION PROVIDER

(HTTPS://REPROEQUITYNOW.ORG/FIND-A-PROVIDER-MASSACHUSETTS)

# EXHIBIT N

## Have you been harmed by an anti-abortion center?

If you have been to an anti-abortion center, or "crisis pregnancy center," and have concerns about your experience, learn how you can file a civ

FILE A COMPLAINT AGAINST AN
ANTI-ABORTION CENTER

(HOW TO FILE A CIVIL RIGHTS COMPLAINT)

## Additional resources

(/srhp-all-of-you)

### Find comprehensive sexual and reproductive health services

Looking for a provider for birth control, STI/STD testing and treatment, or other services? Want to learn about your options if you're pregnant? Learn about providers and services near you.

(/accessing-abortion-care-in-massachusetts)

### Abortion protections in Massachusetts



Learn about your rights to access a safe abortion, get help paying for care, and find other resources.

(/info-details/information-about-anti-

### For health care providers



Learn what you can do as a provider to raise awareness of anti-abortion centers and connect patients to trusted care.

**View the anti-abortion center awareness campaign social media toolkit** (/info-details/anti-abortion-center-awareness-campaign-social-media-tool

# EXHIBIT N



All Topics (/topics/massachusetts-topics)   Site Policies (/massgov-site-policies)   Public Records Requests (/topics/public-records-requests)

© 2024 Commonwealth of Massachusetts.
Mass.gov® is a registered service mark of the Commonwealth of Massachusetts. **Mass.gov Privacy Policy** (/privacy)

# EXHIBIT O

An official website of the Commonwealth of Massachusetts   Here's how you know

Menu                                    Select Language    Contrast Settings    State Organizations  info-center-state-organizations

### Mass.gov

Search Mass.gov

m > **Executive Office of Health and Human Services** (/orgs/executive-office-of-health-and-human-services) >  ...  > **Sexual and Reproductive Health Services** (/sexual-and-reproductive-health-services) > **Avoid Anti-Abortion Center**

# Anti-Abortion Center Awareness Campaign: Social Media To
# (English)

**Raise awareness about anti-abortion centers through social media, email, or other digital platforms.**

Download sample posts and images to share information about the harms of anti-abortion centers and where to find trusted sexual and reproductive health care.

TABLE OF CONTENTS

**Sample posts** (#sample-posts-)
**Graphics for social media** (#graphics-for-social-media-)
**Fact sheets and posters** (#fact-sheets-and-posters-)
**Videos** (#videos-)

## Sample posts

The language below can be used to raise awareness on social media sites like Twitter, Instagram, and Facebook, or other digital communications.

Tip: Always include the web link **mass.gov/GetTrustedCare** (/GetTrustedCare).

### For all audiences

- Anti-abortion centers – often called "crisis pregnancy centers" – may look like medical facilities but they don't offer comprehensive reproductive health car get trusted care instead. Learn more: **mass.gov/GetTrustedCare** (/GetTrustedCare)
- Anti-abortion centers may look like medical facilities but could put your health at risk if you're pregnant. Learn how to spot them at **mass.gov/GetTrusted**
- There are more than 30 anti-abortion centers in Massachusetts. These facilities may cause harm to individuals looking for pregnancy or abortion care. Lea **mass.gov/GetTrustedCare** (/GetTrustedCare).
- Abortion is safe, legal, and accessible in Massachusetts. Anti-abortion centers, which can look like medical facilities, may mislead pregnant individuals abc abortion care. Learn more at **mass.gov/GetTrustedCare** (/GetTrustedCare).
- Anti-abortion centers often advertise abortion care, but don't provide abortions, counseling on a full range of options, or referrals to providers who do. Le **mass.gov/GetTrustedCare** (/GetTrustedCare).

### For people seeking reproductive health care

- Pregnant? Looking for information on your options? Avoid anti-abortion centers. They may mislead you or delay your care. Find care that you can trust: **mass.gov/GetTrustedCare** (/GetTrustedCare)
- If you're looking for comprehensive reproductive health care, avoid anti-abortion centers. These facilities – often called "crisis pregnancy centers" – could at **mass.gov/GetTrustedCare** (/GetTrustedCare).
- Avoid anti-abortion centers. Even if you're not looking for abortion care, these facilities are not a safe or trusted place to go for reproductive health care. L

# EXHIBIT O

- mass.gov/GetTrustedCare (/GetTrustedCare).
- Abortion is safe, legal, and accessible in Massachusetts. Avoid anti-abortion centers, which may look like medical facilities but don't offer comprehensive or trusted care: mass.gov/GetTrustedCare (/GetTrustedCare).
- If you've been to an anti-abortion center (facilities that are often called "crisis pregnancy centers") and had a concerning experience, you can file a complaint at mass.gov/GetTrustedCare (/GetTrustedCare).

## Customizable

- Avoid anti-abortion centers and get care you can trust at [X]. Anti-abortion centers may look like medical facilities but can put your health at risk. Learn more mass.gov/GetTrustedCare (/GetTrustedCare).
- [X] provides [name reproductive health services, including referral options]. Avoid anti-abortion centers and visit us to get care you can trust. Learn about mass.gov/GetTrustedCare (/GetTrustedCare).

# Graphics for social media

Share graphics with your network, sized for horizontal, square, or vertical posts.

## Horizontal



Download horizontal image
1 (/files/2024-06/AAC_SocialMediaToolkit_Avoid_v2_1200x628_ENG_0524.jpg)
Alt text: Avoid anti-abortion centers



Download horizontal image
2 (/files/2024-06/AAC_SocialMediaToolkit_Avoid_v3_1200x628_ENG_0524.jpg)
Alt text: Avoid anti-abortion centers



Download horizontal image
3 (/files/2024-06/AAC_SocialMediaToolkit_GetCare_v2_1200x628_ENG_0524.jpg)
Alt text: Get care you can trust



Download horizontal image
4 (/files/2024-06/AAC_SocialMediaToolkit_Pair_v1_1200x628_ENG_0524.jpg)
Alt text: Avoid anti-abortion centers

## Square





Download square image
1
(/files/2024-06/AAC_SocialMediaToolKit_Avoid_v1_1080x1080_Static_ENG_0524.jpg)4-06/AAC_SocialMediaToolKit_Avoid_v2_1080x1080_Static_ENG_0524.jpg)
Alt text: Avoid anti-abortion centers                    Alt text: Avoid anti-abortion centers





Download square image                               Download square image
3                                                   4
(/files/2024-06/AAC_SocialMediaToolKit_GetCare_v1_1080x1080_ENG_0524.jpg)606/AAC_SocialMediaToolKit_GetCare_v3_1080x1080_Static_ENG_0524.jpg)
Alt text: Get care you can trust                     Alt text: Get care you can trust

**Vertical**



**Download vertical image**

1

(/files/2024-06/AAC_SocialMediaToolkit_Avoid_v2_1080x1920_ENG_0524.jpg)

Alt text: Avoid anti-abortion centers. They try to limit your options if you're pregnant. Get care you can trust.



**Download vertical image**

2

(/files/2024-06/AAC_SocialMediaToolkit_Avoid_v3_1080x1920_ENG_0524.jpg)

Alt text: Avoid anti-abortion centers. They try to limit your options if you're pregnant. Get care you can trust.



**Download vertical image**

3

(/files/2024-06/AAC_SocialMediaToolkit_GetCare_v3_1080x1920_ENG_0524%20%20%28%29.jpg)

Alt text: Get care you can trust



**Download vertical image**

4

(/files/2024-06/AAC_SocialMediaToolkit_GetCare_v1_1080x1920_ENG_0524%20%28%29.jpg)

Alt text: Get care you can trust

en

## Fact sheets and posters

Print or download a fact sheet or poster that features a QR code for quick scanning.



Download fact sheet: **Avoid Anti-Abortion Centers**
**PDF** (/doc/fact-sheet-avoid-anti-abortion-centers-pdf/download) |
**Doc** (/doc/fact-sheet-avoid-anti-abortion-centers/download)

Download postcard-size printout: **Avoid anti-abortion centers**
**PDF** (/doc/postcard-avoid-anti-abortion-centers-pdf/download) |
**Doc** (/doc/postcard-avoid-anti-abortion-centers/download)



Download poster: **Anti-abortion centers can put your health at risk**
**PDF**
(/doc/poster-anti-abortion-centers-can-put-your-health-at-risk-pdf/download)
|
**Doc**
(/doc/poster-anti-abortion-centers-can-put-your-health-at-risk/download)

Download poster: **Anti-abortion centers try to limit your options**
**PDF**
(/doc/poster-anti-abortion-centers-try-to-limit-your-options-pdf/download)
|
**Doc**
(/doc/poster-anti-abortion-centers-try-to-limit-your-options/download)

## Videos

- Share this 30-second video: **Avoid anti-abortion centers. Get care you can trust. | YouTube** (https://youtu.be/pCIQG7eesi8?si=0p7CniePpMTWf5nr)
- Share shorter 15-second videos: **YouTube playlist of videos related to anti-abortion center awareness** (https://youtube.com/playlist?list=PL54knlBH64ADskDYqh_p2

# EXHIBIT O



**All Topics** (/topics/massachusetts-topics)     **Site Policies** (/massgov-site-policies)     **Public Records Requests** (/topics/public-records-requests)

© 2024 Commonwealth of Massachusetts.
Mass.gov® is a registered service mark of the Commonwealth of Massachusetts. **Mass.gov Privacy Policy** (/massgovprivacy)

# EXHIBIT P



About    State Work    Legislative Agendas
Electoral Work    Resources    Media    Get Involved        Donate

English
Español

In this guide

1. Introduction
2. How do I choose a provider?
3. What should I know when I make an appointment?
4. Can I get help paying for an abortion?
5. What can I expect?
6. What is post abortion care?

Additional resources

- Laws governing access
- About anti-abortion centers

# What Are Anti-Abortion Cent

Anti-abortion centers, or so-called "crisis pregnancy centers," are facilities that present themselves as resources for people facing unplanned pregnancies, but in reality, exist to dissuade people from accessing abortion care.

These centers use deceptive practices to attract patients: they are often deliberately located near reproductive health clinics, they create websites that appear in online searches for legitimate abortion clinics, and they advertise online and in print media in ways that might appeal to those who are considering abortion.

Anti-abortion centers are typically managed and funded by organizations that oppose abortion in any and all circumstances. They often use disinformation as a way to dissuade people from accessing abortion care. As a result, a person with an unintended pregnancy seeking full options counseling or abortion referrals should be aware of the existence of such biased facilities.

## More About Anti-Abortion Centers:

While these facilities may offer free pregnancy testing, they are purposefully vague about whether they provide abortion care. Some may be licensed to provide medical care; even so, they exist to dissuade people from receiving abortion care. They may not have any medical professionals available to speak with their clients. They tend to "counsel" a pregnant person by engaging in a lengthy discussion about fetal development, providing disinformation about the alleged "dangers" of abortion (see "Busting the Myths" here), and pressuring the individual to choose parenthood or adoption.

In New England, anti-abortion centers outnumber legitimate abortion providers more than 2:1. It is important to ensure that when you pursue abortion care, you double check that you are being treated by a legitimate provider, as anti-abortion centers can delay care.

Find Legitimate Abortion Care Near You

## List of Anti-Abortion Centers in New England:

Massachusetts

New Hampshire

Connecticut

Rhode Island

Vermont

Maine

Know of an anti-abortion center in your community that is not listed on our website? Please email us at **info@reproequitynow.org**!

## How can you tell if a facility offers unbiased counseling and abortion services or referrals?

- Check its website for statements about whether or not it provides abortion referrals. Often, disclosure that the anti-abortion center does not provide abortion care or referrals is buried deep in its website
- Ask directly if it offers full options counseling, abortion referrals, or abortion care. Often, anti-abortion centers will ask patients to come into the facility before they disclose whether or not they offer abortion.
- Determine if the facility is hesitant to give referrals for abortion care either on the phone or in person.

## Anti-Abortion Centers Logos & Organizations:

- Many anti-abortion centers are associated with large, national anti-abortion organizations, like Heartbeat International, Birthright International, Care Net, and the National Institute of Family and Life Advocates (NIFLA).
- If an anti-abortion center webpage includes one of the following logos, it's a clear sign that the facility does not provide full options counseling:

# EXHIBIT P

## Common Anti-Abortion Tactics to Recognize:

- Anti-abortion centers often use fear-based language, such as "Pregnant and need help?" or "Pregnant, scared, and in need of help?" to attract patients who might be dealing with an unplanned pregnancy.

- These centers often **falsely** link abortion to infertility, breast cancer, depression, and mental health problems. There is no scientific basis in these anti-abortion claims.

- Many anti-abortion centers have names with the words "choice," or "choices," "hope," or "options."

- These facilities often advertise a fake service called "abortion reversal," which is not supported by science and poses serious threats to patients' health.

- Anti-abortion centers often offer abstinence-only sex education, post-abortion support, spiritual support, or bible study. While some people need and want post-abortion counseling, and may seek it through their faith leaders, there is no scientific evidence that abortion results in adverse mental health outcomes.

## How to Recognize an Anti-Abortion Center in Person:

- **Check your clinic's name carefully.** Anti-abortion centers sometimes set up next to real health care clinics and medical providers in order to confuse and deceive patients. Make sure you're headed to the correct facility!

- **Make sure you sign a HIPAA form.** Legitimate health care clinics will have you fill out a HIPAA form, which is a medical form that protects your private patient information. Anti-abortion centers do not require this form and, as such, have no legal obligation to protect your personal, private medical information.

- **Look at the posters on the wall.** Anti-abortion centers often make abortion seem scary or unsafe or have a message of "choose life" instead of offering unbiased all-options counseling.

- **Get your questions answered.** A real reproductive health care clinic will answer your questions before you make an appointment. Anti-abortion centers often insist you make an appointment before confirming whether they offer abortion, STD testing, or contraceptives.

- **Trust your gut.** Anti-abortion centers may lie to you about how far along you are

# EXHIBIT P

in your pregnancy to make you think you have more time than you do to make a decision or to make you think that the time to make a decision has already passed. Get a second opinion if what they say doesn't sound right or make sense to you.

- **Get a physical copy of your results.** If the "clinic" refuses to give you a physical copy of your pregnancy test results or appears to unreasonably delay giving you the results (i.e. they say they will call you or mail them to you), you may be at an anti-abortion center. Testing for pregnancy can be done in a clinic, and you should get results within minutes.

- **Listen for language.** If the attendant only uses terms like "baby" and "child" and doesn't respect the language you are using, including talking about the gestational age of the fetus or embryo, you may be in an anti-abortion center.

- **Make sure you have a choice.** If a pregnancy test comes back positive and the attendant speaks to you as if you have already made up your mind to carry the pregnancy to term, you may be in an anti-abortion center.

- **Watch out for offers.** Anti-abortion centers may offer you baby clothes, food, accessories, or financial support if you don't have an abortion. Providing people with postnatal support for wanted pregnancies is important but such support should not be used to coerce you into a reproductive health care choice you are not comfortable with.

**If you have been harmed by deceptive practices, harassment, or medical malpractice at an anti-abortion center:**

*These resources are available to you and we encourage you to use them.*

- People who have had a negative experience with anti-abortion centers can call Reproductive Equity Now's free and confidential Abortion Legal Hotline at 833-309-6301 to report their case and be referred to pro bono attorneys.

- Patients in Massachusetts can also file a report with the Attorney General Office's Civil Rights Division online or at 617-963-2917.

- If you have concerns about the qualifications or safety of care delivered by a nurse or physician in Massachusetts, you can file a formal complaint with the Commonwealth to initiate an investigation.

70 Franklin Street, Floor 5, Boston, MA  |  (617) 556-8800  |
info@reproequitynow.org | press@reproequitynow.org

Case 1:24-cv-12131   Document 1-4   Filed 08/19/24   Page 34 of 34

# EXHIBIT P

Read our privacy policy.

Exit Site