EXHIBIT Q





A guide to identifying & taking action
against anti-abortion centers in New England

**First Edition | May 2024**



EXHIBIT Q



**Forward**

Hi there!

My name is Rebecca Hart Holder and I am the President of Reproductive Equity Now, an organization based in New England working to ensure the full spectrum of reproductive health care is a reality for every person. Advancing reproductive justice and securing access to abortion care are central to our mission!

We created this organizing guide because we recognize that anti-abortion centers pose a serious threat to unbiased reproductive health care here in New England. We want to make sure every person has the tools, the tips, and the knowledge to identify these facilities and find real abortion care, too.

We know YOU are the best advocate for your community!

We hope this guide is a helpful tool to learn something new, give you a few ideas on how to take action, and serve as a resource you can share with your loved ones to continue to build our movement's power.

Thanks for being in this fight with us!

**Rebecca Hart Holder**

EXHIBIT Q

# Who Is This Guide For?

**Are you an advocate?**

**Someone seeking abortion care?**

**An engaged human who is fired up to make change in the world?**

**This organizing guide is for you!**

Whether you're new to political organizing or have decades of experience in the reproductive equity movement, we need every person off the sidelines and in this work to expose anti-abortion centers for what they truly are. We need YOU to help us ensure every person is able to seek the reproductive health care they want and need — without stigma, deception, or shame.

Together, we can build a future where abortion care is a basic human right. We can eliminate barriers or obstacles to reproductive health care, and put a stop to the dangerous and deceptive practices of anti-abortion centers in our communities. And that work begins right here in this organizing guide.

So get ready, read up, and we'll see you in your community to take action together.



# Table of Contents

REPRODUCTIVE
EQUITY NOW

Forward ....................................................................... Page 3

Who Is This Guide For? .......................................... Page 4

Introduction to Abortion Care ............................. Page 6

Everything You Need Know About AACs .......... Page 11

Spotting and Reporting AACs .......................... Page 16

Where are The AACs in New England? ........... Page 22

Public Education and Awareness .................... Page 24

Engage With Your Local Elected Officials ..... Page 30

Build the Repro Movement ............................... Page 34

Closing ................................................................... Page 38

Resources ............................................................. Page 39

References ............................................................ Page 40

Current List of AACs in New England ........... Page 42

EXHIBIT Q

# An Introduction to Abortion Care

## Section 1

# A Brief Introduction to Abortion Care in New England

**Abortion is a safe, effective, and common way to terminate a pregnancy. Despite the fall of *Roe v. Wade*, in New England states, abortion remains legal and patients can continue to access the care they want and need.[1]**

People decide to have abortions for many different reasons—and there is no right or wrong reason to have an abortion. It's a personal decision that should be made by YOU. Abortion is health care, and it should never be politicized or stigmatized.

One in four people with a uterus will have an abortion before the age of 40.[2] However, after the U.S. Supreme Court eliminated federal abortion protections in 2022, more than 20 states have banned or severely restricted abortion care nationwide.[3] This public health crisis reinforces the need to spread accurate, up-to-date, and unbiased information about how to access abortion care in New England and across the country. Now, one in three people of reproductive age live in a state with an abortion ban, disproportionately impacting Black, brown, low-income, LGBTQ+, and young people.

## Methods of Abortion Care

There are two different ways that you can have abortion: with abortion pills or through an in-clinic procedure.

A medication abortion, or abortion with pills, typically involves taking two medications — mifepristone and misoprostol — to empty the pregnancy tissue from your uterus. Medication abortion can be taken up to 11 weeks of pregnancy and can be completed in the privacy of your own home.[4] Patients will typically experience heavy bleeding and cramping for a couple of days.



In-clinic or procedural abortion is typically performed at an abortion clinic or a doctor's office. While the procedure is completed within a few minutes, patients should expect to spend a few hours at the clinic or doctor's office. Providers will use medical tools and a gentle suction to remove pregnancy tissue from the uterus.[5] Extensive research has shown that both methods of abortion are extremely safe and effective.

# EXHIBIT Q

## Making an Abortion Appointment

To make an abortion appointment, you can visit Reproductive Equity Now's New England Abortion Care Guide, a resource that allows users to search by address for abortion providers near them.

## Paying for Abortion Care

The cost of an abortion procedure will vary depending on factors including how far along you are in pregnancy, type of procedure, and type of provider.

While you may opt to pay for abortion care out-of-pocket, the procedure may be covered by health insurance—including Medicaid, other state-subsidized insurance programs, or private health insurance plans. To check if your insurance plan covers all or part of your abortion care, log onto your online member portal or call your insurance provider. You will typically find this information in your "Plan Benefits" listed under "termination of pregnancy."

Several nonprofit organizations, known as "abortion funds," may also be available to help cover the costs of care or practical support. Visit reproequitynow.org/abortioncareguide to find a list of abortion funds in your area.



**Eastern MA Abortion Fund**

EMA
Eastern MA Abortion Fund

Learn More: www.EMAfund.org

www.ReproEquityNow.org



**The Reach Fund of Connecticut**

THE REACH FUND
OF CONNECTICUT

Learn More: www.reachfund.org

## Checklist: Questions to Ask Your Care Provider

When making an abortion appointment, here are a few questions we suggest you ask the clinic staff:

**Questions About Care**

- What kind of abortion care do you offer? Medication, in-clinic, or both?
- Do you offer telehealth appointments?
- For up to how many weeks of pregnancy does the health facility provide these services?
- What type of pain management do you offer?
- Will the provider perform any blood tests or other testing?
- Can I get birth control at the same appointment?
- Is the clinic/hospital LGBTQIA-friendly?

**Questions About Payment**

- What types of insurance does the facility accept?
- Which services are included in the cost?
- Are there any additional costs or charges?
- What types of payment (cash, credit card, check, assistance from an abortion fund, etc.) does the facility accept?
- Do you work with abortion funds that can help fund my care or related costs?

**Questions About Logistics**

- When are appointments available?
- What will happen on the day of the appointment?
- If I receive pain management, will I need a ride home from the appointment?
- Will I need to bring anything to the appointment? (usually a photo ID is required)
- Is a follow-up exam available or required?
- Can I bring a support person into the clinic or into the exam room with me?
- Will there be a language interpreter available, if needed?



EXHIBIT Q



# Section 2

# Everything You Need to Know About Anti-Abortion Centers

12

**EXHIBIT O**

# All About Anti-Abortion Centers

**Anti-abortion centers, or so-called "crisis pregnancy centers," are facilities that present themselves as resources for people facing unplanned pregnancies, but in reality, exist to dissuade people from accessing abortion care.[6]**

These centers use deceptive practices to attract patients; they are often deliberately located near reproductive health clinics and use similar logos and colors to actual abortion clinics; they offer free services or resources like pregnancy tests, ultrasounds, or diapers to target low-income communities; they create websites that appear in online searches for legitimate abortion clinics; and they advertise online and in print media in ways that might appeal to those who are considering abortion.[7] Anti-abortion centers also come in mobile form—traveling from community to community, offering ultrasounds in a mobile van.[8]

Anti-abortion centers are typically managed and funded by national religious organizations that oppose abortion in any and all circumstances.[9] They often use disinformation as a way to dissuade people from accessing abortion care.[10] As a result, a person with an unintended pregnancy seeking full options counseling or abortion referrals should be aware of the existence of such biased facilities.



Pictured: Your Options Medical Center, Revere
*(Anti-abortion center)*





Pictured: Birthright of Framingham, Framingham
*(Anti-abortion center)*

www.ReproEquityNow.org



# 8 Ways Anti-Abortion Centers Will Try to Deceive You

## 1
These centers offer medical disinformation to dissuade patients from accessing abortion care. They often falsely link abortion to infertility, breast cancer, depression, and mental health problems. There is no scientific basis in these claims.[11]

## 2
Anti-abortion centers often use fear-based language, such as "Pregnant and need help?" or "Pregnant, scared, and in need of help?" to attract patients who might be feeling stressed and lost when managing an unintended pregnancy.[12]

## 3
These facilities open in close proximity to legitimate abortion clinics to confuse patients seeking full options counseling. They use similar colors, names, and logos to further deceive patients.[13]

## 4
These facilities often advertise a fake service called "abortion reversal," which is not supported by science and poses serious threats to patients' health.[14] The American College of Obstetricians and Gynecologists (ACOG) does not support prescribing progesterone to stop a medication abortion and has reiterated that there is no legitimate scientific data backing up claims about the efficacy of "abortion reversal."[15]

## 5
Many anti-abortion centers have names with the words "choice," "choices," "hope," or "options," despite not offering full options counseling or all reproductive health care choices.[16,17,18]

## 6
Anti-abortion centers may lie to you about how far along you are in your pregnancy to make you think you have more time than you do to make a decision, or to make you think that the time to make a decision has already passed.[19]

## 7
Anti-abortion centers often offer abstinence-only sex education, post-abortion support or "grief counseling," spiritual support, or bible study. While some people need and want post-abortion counseling, and may seek it through their faith leaders, there is no scientific evidence that abortion results in adverse mental health outcomes.[20,21]

## 8
Many anti-abortion centers are associated with large, national anti-abortion organizations, like Heartbeat International, Birthright International, Care Net, and the National Institute of Family and Life Advocates (NIFLA). If you see references to those organizations, you are interacting with an anti-abortion center.

EXHIBIT Q

# AACs Pose Serious Data Privacy Concerns

Anti-abortion centers have mastered manipulating the digital landscape for abortion seekers. While no anti-abortion centers provide abortion care, their websites feature the term "abortion" so many times that they often appear at the top of search results for "abortion near me."

Their search engine optimization is already powerful enough, but they do not stop there. According to the Center for Counter Digital Hate, anti-abortion centers spent $10.2 million on Google search ads over a two-year period. Additionally, Yelp, Google reviews, and other location review aggregators often inaccurately list anti-abortion centers as abortion-providing facilities. [22]

> **Anti-abortion centers spent $10.2 million on Google search ads over a two-year period.** Center for Counter Digital Hate, 2023

In 2022, the Alliance of State Advocates for Women's Rights re-released their report on anti-abortion centers, "Designed to Deceive," with a new addendum on how anti-abortion centers are now serving as surveillance tools for the anti-abortion movement. The report claims that "The contemporary CPC [AAC] industry is a nationwide, government-funded, digitally sophisticated network that targets low-income pregnant people who may or may not be considering abortion, collects their sensitive medical and personal information, and feeds it to anti-abortion organizations that store big data without clear privacy protections." [23]

As evidence, the report cites that Heartbeat International, a major parent organization for 3,000 anti-abortion centers worldwide, has stated publicly that they keep "digital dossiers" on any patient that comes into contact with their affiliate centers. The report also claims that multiple national anti-abortion center networks, such as those operated by Heartbeat International, Care-net, Your Options Medical, and more, collectively store patient data on proprietary software that allows them to share patient information across facilities. Anti-abortion centers are generally not licensed health care providers, so they are not bound by the obligations of HIPAA, a federal law that protects patient privacy and data in medical institutions.



### TIME
## Anti-Abortion Pregnancy Centers Are Collecting Troves of Data That Could Be Weaponized Against Women

> "We anticipate that we will see a dramatic increase in the criminalization of pregnant people for self-managed abortion and pregnancy outcomes. Pregnancy centers are just perfectly positioned to facilitate those investigations," says Kim Clark, a lawyer at Legal Voice, a women's-rights nonprofit in Seattle.

14

15

**EXHIBIT Q**

**■ Section 2**

# Spotting and Reporting Anti-Abortion Centers Near You

## Spotting AACs Over the Phone or Via Their Websites

1. Check the facility's website for statements about whether or not it provides abortion referrals. Often, disclosure that the anti-abortion center does not provide abortion care or referrals is buried deep in its website.

2. Ask over the phone if the facility offers full options counseling, including abortion referrals or abortion care. Often, anti-abortion centers will ask patients to come into the facility before they disclose whether or not they offer abortion.

3. Determine if the facility is hesitant to give referrals for abortion care via the phone.

4. Anti-abortion centers sometimes operate in mobile vans. Any mobile van offering free ultrasounds or pregnancy tests is very likely an anti-abortion center.

5. If an anti-abortion center webpage includes one of the following logos, it's a clear sign that the facility does not provide full options counseling:



Popular anti-abortion center logos:

CARE NET.
Pregnancy & Resource Center Santa Maria

Birthright. International

NIFLA

Heartbeat

Blurbs & phrases to look out for:

"Abortion pill reversal"

"Pre-Abortion Consultation"

"Considering an abortion? Speak with someone before you make your decision."

"Abortion Grief"

Identifying and Avoiding Anti-Abortion Centers in New England

Reproductive Equity Now

EXHIBIT Q

# How to Spot AACs In Person:

1. **Check your clinic's name carefully.** Anti-abortion centers are sometimes located next to legitimate health care clinics in order to confuse and deceive patients. Make sure you're headed to the correct facility!

2. **Make sure you sign a HIPAA form.** Legitimate health care clinics will have you fill out a HIPAA form, which is a medical form that protects your private patient information. Anti-abortion centers do not require this form and, as such, have no legal obligation to protect your personal, private medical information.* Not sure if you're being offered a HIPAA form? Ask the staff!

3. **Look at the posters on the wall.** Anti-abortion centers often make abortion seem scary or unsafe or have a message of "choose life" instead of offering unbiased all-options counseling. Many of the materials in the office may include religious imagery.

4. **Get your questions answered.** A real reproductive health care clinic will answer your questions before you make an appointment. Anti-abortion centers often insist you make an appointment and come to the clinic before confirming whether they offer abortion, STD testing, or contraceptives.

5. **Trust your gut.** Anti-abortion centers may lie to you about how far along you are in your pregnancy to make you think you have more time than you do to make a decision or to make you think that the time to make a decision has already passed. Get a second opinion if what they say doesn't sound right or make sense to you.

6. **Get a physical copy of your results.** If the "clinic" refuses to give you a physical copy of your pregnancy test results or appears to unreasonably delay giving you the results (i.e. they say they will call you or mail them to you), you may be at an anti-abortion center. Testing for pregnancy can be done in a clinic, and you should get results within minutes.

7. **Listen for language.** If the attendant only uses terms like "baby" and "child," doesn't respect the language you are using, or does not mirror the language you are using, you may be in an anti-abortion center.

8. **Make sure you have a choice.** If a pregnancy test comes back positive and the attendant speaks to you as if you have already made up your mind to carry the pregnancy to term, you may be in an anti-abortion center.

9. **Watch out for offers.** Anti-abortion centers may offer you baby clothes, food, accessories, or financial support if you don't have an abortion. Providing people with postnatal support for wanted pregnancies is important, but such support should not be used to coerce you into a reproductive health care choice you are not comfortable with.

Pictured: Birthright of Falmouth, an anti-abortion center in Massachusetts

Pictured: An assortment of anti-abortion center literature

# How to Report Anti-Abortion Centers Near You

**Are you in Massachusetts?** People who have had a negative experience with anti-abortion centers can call Reproductive Equity Now's free and confidential Abortion Legal Hotline at 833-309-6301 to report their case and be referred to pro bono attorneys.

Patients in Massachusetts can also file a report with the Attorney General Office's Civil Rights Division online or at 617-963-2917. If you have concerns about the qualifications or safety of care delivered by a nurse or physician in Massachusetts, you can file a formal complaint with the Commonwealth to initiate an investigation.

**Are you in Connecticut?** People who have had an experience with anti-abortion centers' deceptive practices in Connecticut can file a report with the Connecticut Attorney General's Office at https://www.dir.ct.gov/ag/complaint/. Reproductive Equity Now is always happy to help file complaints or pursue other action. Patients who have had a negative experience with an anti-abortion center in Connecticut can also reach out to Reproductive Equity Now at info@reproequitynow.org to discuss different courses of action.

**Are you in New Hampshire?** People who have had a negative experience with an anti-abortion center in New Hampshire can reach out to Reproductive Equity Now at info@reproequitynow.org to discuss different courses of action.

**Are you in Rhode Island, Vermont, or Maine?** If you've had a negative experience with an anti-abortion center in Rhode Island, Vermont, or Maine, you can get in touch with Reproductive Equity Now at info@reproequitynow.org to discuss potential courses of action and be connected with resources in your state.

## Why should you report anti-abortion centers?

Reporting anti-abortion centers is the most important way we can hold these facilities accountable for their deceptive and dangerous practices. Reporting is taken seriously, and we've seen Massachusetts conduct several investigations into anti-abortion centers based on Reproductive Equity Now's complaints.

Learn more about Reproductive Equity Now's **complaint against Your Options Medical in Massachusetts.**

Learn more about Reproductive Equity Now's **complaint against Clearway Clinic in Worcester, Mass.**

---



### The Boston Globe

## Crisis pregnancy center accused of failing to care for Worcester woman who was later forced to have emergency abortion

A Worcester woman is suing crisis pregnancy center Clearway Clinic for allegedly tricking her into thinking she was getting proper medical care when workers failed to tell her she had an ectopic pregnancy, forcing her to have an emergency abortion weeks later.

In a complaint filed Thursday, Clearway is accused of unfair and deceptive business practices in violation of state law, and specifically of luring in patients seeking prenatal care with "deceptive advertising" that does not "make clear that its true goal is to dissuade women from terminating their pregnancies, rather than providing them with the range of medically appropriate options."

The complaint, which refers to the woman as Jane Doe to protect her privacy, also seeks relief for any other woman who say they have been lured into Clearway Clinic under the pretense of receiving prenatal care.

Rebecca Hart Holder, president of Reproductive Equity Now, said the case should serve as a warning that centers like Clearway "not only harm the health and safety of people seeking abortion, but also patients in need of basic pregnancy care."

"When a person is seeking compassionate abortion or pregnancy care, the last thing they should have to worry about is a false health diagnosis that delays or stands in the way of life-saving treatment," she said in a statement. "These facilities fail to offer safe or legitimate health services, putting patients at serious risk."

22

# Where Are the Anti-Abortion Centers in New England?

EXHIBIT C

Did you know:
There are 34 anti-abortion centers in Massachusetts.

Anti-abortion centers outnumber legitimate clinics in New Hampshire by three to one.



Massachusetts invested $1 million in a public education campaign on the dangers of anti-abortion centers.

NEW
In 2021, Connecticut passed a law to try to stop anti-abortion centers' deceptive practices.

**NNSYLVANIA**

**A few AACs in New England include:**

1. Daybreak Pregnancy Resource Center, Beverly, MA
2. Boston Center for Pregnancy Choices, Boston, MA
3. Pregnancy Help, Brighton, MA
4. Your Options Medical, Brookline, MA
5. Heartbeat Pregnancy Help Center, Burlington, MA
6. Hopeline Pregnancy Resource Center, Bridgeport, CT
7. Hope Pregnancy Center, Cheshire, CT
8. Birthright of Westbrook, Clinton, CT
9. Hopeline Pregnancy Resource Center, Danbury, CT
10. Birthright of Danbury, Danbury, CT
11. Birthright of Manchester, Bedford, NH
12. Pathways Pregnancy Care Center, Berlin, NH
13. Bethany Christian Services, Candia, NH
14. Lighthouse Pregnancy Crisis Center, Center Ossipee, NH
15. Seacoast Birthright, Dover, NH

For a full list of anti-abortion centers throughout the region, visit the references at the end of this document.

www.ReproEquityNow.org

Identifying and Avoiding Anti-Abortion Centers in New England

23

EXHIBIT Q

# Section 3

# Take Action: Public Education and Awareness

## Take Action:
## Public Education and Awareness

Right now, public education and awareness are the most important tools we have to blunt the impacts of anti-abortion centers. Unfortunately, an unfriendly Supreme Court and federal judiciary has afforded anti-abortion centers significant free speech protections, making them exceptionally difficult to regulate.

We need to ensure every person knows that they should NOT be going to anti-abortion centers for unbiased medical care, and has the tools to access legitimate reproductive health care.

In the next few pages, we'll provide you with a few tools and ideas to spread awareness in your community — because YOU are the best advocate for your community.



### Should we protest anti-abortion centers?

Anti-abortion centers often set up shop right outside or nearby legitimate abortion clinics. So when protests happen outside anti-abortion centers, most of the time that means they are also happening outside of abortion clinics.

Our number one priority is ensuring that people are able to access the abortion they want or need without shame, stigma, or fear. So we suggest not protesting outside of these clinics!

# EXHIBIT Q

REPRODUCTIVE
EQUITY NOW

# 1. Write a Letter to the Editor

Letters to the editor (LTEs) are an important way to make your voice heard on reproductive equity issues in your community. LTEs can be used to advocate for legislation and demonstrate how reproductive health care issues affect your day-to-day lives, and those of your friends, families, and communities. Submitting a LTE is a quick and easy process with a sizable impact.

Strong letters to the editor are concise, to the point, and share a personal story about why an issue is important to you and your community. They sometimes respond or refer back to previous stories in a publication, while bringing up points about the issue that previous reporting has not covered.

Publications have different methods and instructions for submitting LTEs. However, most publications require LTEs to be less than 300 words, and ask that authors include their name, address, and phone number for verification purposes. Below, you can find a sample LTE to submit to your local publication—feel free to customize it to be your own!

Submitting your LTE via email: Some publications accept LTE submissions via a web portal. Others will have you email the LTE to the publication. On the next page is a sample email that you can use to submit your work.

## Sample Letter to the Editor:

Dear Editor,

As a member of [ your community ], I am deeply concerned by the presence of a misleading institution that uses deceptive tactics to trick people seeking reproductive health care. Anti-abortion centers, sometimes called "crisis pregnancy centers," pretend to be full spectrum reproductive health clinics, but they really exist to dissuade people from accessing abortion. In our town, [ name of fake clinic ] is one of those centers.

Abortion not only gives people control over their lives and futures, but is very safe and effective. Anti-abortion centers have been known to lie to patients about this and spread disinformation about untrue safety risks associated with abortion care. Anti-abortion centers often inaccurately advertise their services, claiming to offer medical care that they are not licensed to provide. They have also been known to endanger patients by failing to accurately diagnose pregnancy complications and touting the "abortion-reversal pill," which has many associated complication risks and has been proven to not be effective.

It is dangerous for the public health of this community to have one of these deceptive institutions in our town. In [ Massachusetts/Connecticut/New Hampshire ], anti-abortion centers outnumber legitimate abortion clinics [ include one of the following: by more than double in Massachusetts; by more than double in Connecticut; 6:1 in New Hampshire ]. These fake clinics have no business in our community. Residents deserve honest, comprehensive reproductive and sexual health care—free of stigma, persuasion, or shame. For the continued health of our community, we must make sure people can access legitimate health care without worrying that they're being lied to.

Signed, [ Your Name ]

## Sample Submission Email:

Hi there,

I am writing to submit a letter to the editor. I am a resident of [your city or town], and am very concerned about the prevalence of anti-abortion centers in our community. My address and phone number is as follows:

[ Address ] [ Phone number ]

Please don't hesitate to reach out with any questions. Thank you for your consideration.

Best,

[ Your Name ]

# EXHIBIT D

## 2. Post informative fliers in your community

Share these fliers in your local community—hang them in coffee shops, recreation centers, health centers, at your hairdresser, in your city hall, and more! Just make sure to ask for permission before posting.

**Click HERE to request stickers with a QR code** to Repro Equity Now's New England Abortion Care Guide to spread the word around your community!

**Click below to download fliers for the New England Abortion Care Guide,** a one-stop resource to find abortion providers, learn about what to expect when obtaining abortion care, and find funding and support.

Download: Full Color / Black & White

**Click below to download fliers for the Massachusetts Abortion Legal Hotline!** Help us spread the word about this free and confidential resource that can help patients or providers get there questions answered about accessing or providing abortion care.

Download: Full Color / Black & White





## 3. Share **these posts** on social media

Make sure your social networks know what anti-abortion centers are, how to avoid them, and where to find legitimate abortion care! We need YOU to be an advocate for reproductive equity in your community, and this is a quick and simple way to spread the word about these dangerous and deceptive facilities.

## 4. Write a Google Business Review to ensure folks looking for abortion care know that anti-abortion centers are NOT IT!



### Here's how to submit your review:

1. Download the Google Maps app, or open maps.google.com in your internet browser.

2. Search for the anti-abortion center you want to review.

3. Click the name that shows up on the map.

4. Click the Reviews tab, or scroll down until you find the Starred Reviews section.

5. Under "Rate & review," click the number of stars you want to leave the anti-abortion center. (It will likely require you to leave 1 star.)

6. It will notify you that you are posting publicly.

7. Leave an explanation. (i.e. This is an anti-abortion center that will not offer you full options counseling. If you are seeking abortion, find an abortion clinic at reproequitynow.org/abortioncareguide.)

8. Click "Post".

Identifying and Avoiding Anti-abortion Centers in New England



REPRODUCTIVE EQUITY NOW

# Pregnant?

## Have Questions About Abortion Care?

---

ReproEquityNow.org/
AbortionCareGuide

**Visit the guide at** ReproEquityNow.org/ abortioncareguide

## NEED ANSWERS?

### THIS FREE TOOL...
lives online and offers information on:

- Where you can get an abortion near home
- Resources to help you pay for an abortion
- What to expect before, during, or after your abortion (And much, much more!)

Learn more about abortion care and find abortion clinics near you using Reproductive Equity Now's Abortion Care Guide.

*Your digital privacy will be protected to the fullest extent possible while using the Abortion Care Guide.*

ReproEquityNow.org/AbortionCareGuide

---

REPRODUCTIVE EQUITY NOW

# Questions about abortion care?

## Need to talk to a legal expert?

Call Reproductive Equity Now's confidential Abortion Legal Hotline to talk with free lawyers about your rights to access abortion.

# (833) 309-6301

ReproEquityNow.org/Hotline

**Lawyers can answer questions like:**

If I'm not from Massachusetts, can I go there to get an abortion?

How can I get an abortion without my parents' consent?

Can I get an abortion if my partner does not want one?

Can I send abortion pills to my friend or child in another state?

And many more.

---

REPRODUCTIVE EQUITY NOW

Call the Abortion Legal Hotline

**(833) 309-6301**

**EXHIBIT Q**

# Section 4

# Take Action: Engage With Your Local Elected Officials

# Take Action:

## Engage With Your Elected Officials

Local leadership is critical to combating the impacts of anti-abortion centers across our region. In some communities across New England, local towns and city governments actually FUND anti-abortion centers. In other communities, municipal governments could be our ally in spreading the word about these dangerous facilities. Here's how you can take action to engage with your local elected officials:

**1. Find out who your councilors are!** This information should be available on your town or city website. If you can't find your elected official, reach out to us at info@reproequitynow.org and we are happy to help!

**2. Ask for a meeting with your local official!** Here's an email that you could send to your town or city councilor to ask to meet to discuss repro issues:

### Sample Email:

Dear Councilor X,

I am a constituent in your district and I am a proud advocate for reproductive equity in [ Massachusetts/Connecticut/New Hampshire ]. I would be interested in having a conversation with you about ways that our [ city/town ] could take action to advance reproductive equity.

*If your town or city is home to an anti-abortion center, you could say:* Our [ city/town ] is home to [ name of anti-abortion center ], an anti-abortion center that pretends to be a reproductive health clinic, but actually works to dissuade people from accessing abortion care. With these anti-abortion threats so close to home, I'd love to discuss ways our community can take action to spread the word about this dangerous and deceptive facility and ensure every person has access to the reproductive health care they want and need. Abortion is health care, and it's critical that our community support people's ability to decide what type of health care is right for them.

*If your town or city is not home to an anti-abortion center, you could say:* Defending our rights at the federal level is not enough; states and municipalities must take action to expand reproductive freedom and ensure community members have access to the health care they want and need. You, as a municipal official, have the opportunity to lead the way for local action on reproductive freedom, and I look forward to discussing this issue with you.

Please let me know your availability to meet in the coming weeks. Thank you for your leadership and I look forward to speaking with you.

# EXHIBIT Q

## Questions You Can Ask Your Elected Officials

Have 2 or 3 questions prepared before you speak to your elected official. If they are supportive of abortion access and reproductive equity, you can ask them two or three of the questions below about ways your city or town could take action to advance reproductive freedom.

### Funding Related Questions:

- Does our city or town appropriate municipal funding to anti-abortion care centers?
- Can our city appropriate municipal funding to our nearest abortion care provider?
- Is our town / city funding vending machines with emergency contraception?
- How can our town support mutual aid organizations that provide items like diapers or baby clothes so that people don't go to an anti-abortion centers to fill this need?
- Is there municipal funding that can be appropriated to our town's nearest university to help students access care?
- Can you help urge private universities to offer medication abortion or emergency contraception on campuses?

### Questions About Public Education & Awareness

- How can our town share info about trusted providers and ways to access care?
- Would you consider advocating on our behalf for funding that would go towards a public education campaign on the dangers of anti-abortion centers.
- Can our city / town put information about trusted care providers on its website?
- How can our city / town support efforts to ensure patients can access abortion care without the fear of anti-abortion harassment and surveillance?
- Can our municipality share legitimate resources about where people can obtain STI testing, pregnancy testing, or ultrasound?
- Can you commit to holding a community forum and / or listening session about how to access unbiased, legitimate abortion care in our city or town?

---

### 3. Not comfortable with one-on-one meetings? You can also:

1. **Recruit a couple friends** to join you in asking for this meeting with your local elected official—your asks will be even more potent when they come from multiple constituents!

2. **Attend your town or city council meeting** (and bring a few friends with you!)

3. **Write a letter or email** to your local elected official asking them to support repro equity policy in your city or town.

4. **Ask your elected official to hold a hearing** or meeting on anti-abortion centers in your community!

### 4. Have a conversation with your local elected officials (in a one-on-one discussion or at a council meeting!) Here are a few of our tips for your conversation:

1. **Come in with an open mind!** Your elected official may support abortion access, and they may not. You have the opportunity to make your voice heard, change hearts and minds, and make an impact in your community.

2. **Lead with your values!** Values are important because they help us frame facts in a way that both those who support, and those who oppose, abortion can understand. Values create a personal connection, make a conversation less contentious, and contextualize support for abortion within a broad range of issues.

Here are a few examples of how you can lead with your values:

- *"I believe that every person should have the ability to control their own life and future. To me, abortion access is about freedom and autonomy."*

- *"When someone is accessing health care, they should always be met with facts and science — not political agendas or misinformation."*

- *"This issue is personal for me! We all know and love someone who has had an abortion. I want my loved ones to be cared for and accepted, as I'm sure you do, too."*

EXHIBIT Q

## Section 5

# Take Action: Build the Repro Movement

## Take Action:
### Sharing Your Story

Sharing your experience with an anti-abortion center is one of the most powerful tools we have to raise awareness and hold these facilities accountable. You can help us expose their harmful and dangerous tactics, the way they deceive and manipulate patients, or the tools they use to stigmatize basic health care.

When you share your story, you give others the space to do so, too! That's how we create collective power and make lasting and meaningful change.



**Click HERE to share your story with the Reproductive Equity Now team!**

*Your story will not be shared outside of the Reproductive Equity Now team unless you wish to do so! Our staff will reach out to discuss your story and possible ways to make an impact.*

38

# Take Action:
## Opening Your Wallet

**Your dollars go a LONG way in our work to combat anti-abortion centers.**

With your financial support, we can reach more communities with critical resources to spot anti-abortion centers and find legitimate reproductive health clinics, screen a documentary on the dangers of anti-abortion centers to more people across our region, and call for more investigations into these facilities' deceptive practices.

If you're able, we ask that you make a split contribution to Reproductive Equity Now and your local independent abortion clinic today!



**Donate to
Reproductive Equity Now!**

www.bit.ly/combataacs



**Donate to your local
independent clinics!**

www.keepourclinics.org/donate

---

39

**EXHIBIT Q**

# Take Action:
## Join Repro Equity Now's Community

**We want YOU on our team!** Stay up to date on volunteer opportunities, ways you can take action, and the latest repro news with Reproductive Equity Now.

1. **Sign up to volunteer** with Repro Equity Now
2. Become an '**Abortion Access Advocate**' and join us for monthly advocacy trainings
3. **Sign up** for our biweekly newsletter, Repro Roundup
4. Follow us on **Instagram, Facebook, Threads, Twitter, Tik Tok, & Reddit**









EXHIBIT Q





# Closing

REPRODUCTIVE
EQUITY NOW

Anti-abortion centers pose a serious threat to patients seeking unbiased reproductive health care and full options counseling. They are the foot soldiers of the anti-abortion movement that exist in each of our communities.

It's critical that we, as repro advocates, do all we can to blunt the impacts of their dangerous and deceptive practices by making sure the people in our lives, our communities, and our networks know how and where to access real abortion care.

But we cannot do that without YOU! We hope this toolkit can be used as a way to get involved with this work—and get your friends and family involved, too. Relational organizing is how we win! Person-to-person, neighbor-to-neighbor, we can build unstoppable organizing power and take back our rights and our health care. So please, share these resources with the people in your life who you know are ready to take action with you. We're stronger together!

# Resources

## New England Abortion Care Guide

Looking for an abortion provider in your area? Our New England Abortion Care Guide allows you to search by zip code for legitimate abortion clinics near you. It even flags dangerous and deceptive anti-abortion centers to avoid at all costs. This resource is now available in Spanish.

## Massachusetts Abortion Legal Hotline

Need to understand your legal rights to provide or access abortion care? Have a bad run in with an anti-abortion center? Reproductive Equity Now's Abortion Legal Hotline will help connect Massachusetts-based health care providers and helpers, as well as patients obtaining care in Massachusetts, with free legal advice and resources about abortion access. This resource is now available in Spanish.

## Win & Deliver Toolkit

Ready to take action to advance reproductive equity in your city or town? Reproductive Equity Now's Win & Deliver Toolkit can serve as a starting point for municipal leaders looking to move the needle forward in their community. The toolkit includes policy proposals and supporting materials to take action today!

## Abortion Access Advocates

Abortion Access Advocates is a new regional network of abortion advocates who are learning and growing together in their advocacy. We believe that the best advocate for your community is YOU. This program works to connect you with the tools, training, and resources you need to advocate for abortion access and reproductive equity in your community and across our region.

## Preconceived: A documentary on the dangers of anti-abortion centers

Preconceived, a documentary that premiered at the SXSW Film Festival, sheds light on how anti-abortion centers deceive and manipulate pregnant people while they are trying to make deeply personal decisions about their reproductive lives and futures. The film exposes the coordinated national anti-abortion network and shares the stories of several women who have been impacted by these facilities. Learn more about the film and how to host a screening in your community.

## National Network of Abortion Funds: Find abortion funding

Abortion funds provide the financial and logistical support you need to get the abortion you want. The National Network of Abortion Funds can help connect you with abortion funds, find trustworthy clinics, understand Medicaid abortion coverage, and more.

## All About Anti-Abortion Centers

Learn more about anti-abortion centers, where they are in your community, and how to avoid them. Share our "All About Anti-Abortion Centers" webpage with your networks.

## Citations and References

Updated as of May 13, 2024

1. "State Bans on Abortion Throughout Pregnancy," Guttmacher Institute," May 1, 2024, https://www.guttmacher.org/state-policy/explore/state-policies-abortion-bans. "One in Four US Women Expected to Have an Abortion in Their Lifetime | Guttmacher Institute," April 17, 2024.

2. "One in Four US Women Expected to Have an Abortion in Their Lifetime | Guttmacher Institute," April 17, 2024, https://www.guttmacher.org/news-release/2024/one-four-us-women-expected-have-abortion-their-lifetime.

3. Shepherd, Katie, Rachel Roubein, and Caroline Kitchener. "1 in 3 American Women Have Already Lost Abortion Access. More Restrictive Laws Are Coming," Washington Post, August 25, 2022, https://www.washingtonpost.com/nation/2022/08/22/more-trigger-bans-boom-13-women-lose-most-abortion-access-post-roe/.

4. ANSIRH, "Medication Abortion," https://www.ansirh.org/abortion/medication-abortion.

5. National Abortion Federation, "Abortion: What to Expect," https://prochoice.org/patients/abortion-what-to-expect/.

6. "Issue Brief: Crisis Pregnancy Centers," American College of Obstetricians and Gynecologists, October 1, 2022, https://www.acog.org/advocacy/abortion-is-essential/trending-issues/issue-brief-crisis-pregnancy-centers.

7. Montoya, Melissa N, Colleen Judge-Golden, and Jonas J Swartz. "The Problems with Crisis Pregnancy Centers: Reviewing the Literature and Identifying New Directions for Future Research," International Journal of Women's Health 14 (June 8, 2022): 757–63, https://doi.org/10.2147/IJWH.S288385.

8. Thomsen, Carly, Zach Levitt, Christopher Gennon, and Penelope Spencer. "U.S. Anti-Abortion Ideology on the Move: Mobile Crisis Pregnancy Centers as Unruly, Unmappable, and Ungovernable," Political Geography 92 (January 1, 2022): 102523, https://doi.org/10.1016/j.polgeo.2021.102523.

9. The Alliance, "Designed to Deceive," https://allianceslatedadvocates.org/crisis-pregnancy-centers/.

10. Bryant, Amy G., Subasri Narasimhan, Katelyn Bryant-Comstock, and Erika E. Levi. "Crisis Pregnancy Center Websites: Information, Misinformation and Disinformation." Contraception 90, no. 6 (December 1, 2014): 601–5, https://doi.org/10.1016/j.contraception.2014.07.003.

11. Tobin, Casey, Maylie de Puy Kamp, and Isabelle Chapman. "The Crisis Pregnancy Center next Door: How Taxpayer Money Intended for Poor Families Is Funding a Growing Anti-Abortion Movement," CNN, October 25, 2022, https://www.cnn.com/2022/10/25/us/crisis-pregnancy-centers-taxpayer-money-invs/index.html.

12. Boston Center for Pregnancy Choices. "Boston Center for Pregnancy Choices | Free Services Boston, MA." Accessed May 8, 2024, https://boston-pregnancychoices.org/.

13. CPC Map. "Crisis Pregnancy Center Map & Finder." Accessed May 8, 2024, https://crisispregnancycentermap.com/.

14. "AbortionCareNetPregnancyResourceCenter of North Central Massachusetts, Inc." Accessed May 8, 2024, https://careneftchburg.net/pregnancy-options/.abortion-fitchburgmassachusetts/.

15. "Medication Abortion 'Reversal' Is Not Supported by Science," American College of Obstetricians and Gynecologists, https://www.acog.org/advocacy/facts-are-important/medication-abortion-reversal-is-not-supported-by-science.

16. "Abundant Hope Pregnancy Resource Center." Accessed May 9, 2024, https://ahprc.org/.

17. Boston Center for Pregnancy Choices. "Boston Center for Pregnancy Choices | Free Services | Boston, MA." Accessed May 8, 2024, https://bostonpregnancychoices.org/.

18. Your Options Medical. "Your Options Medical - Pregnancy Center in Brookline, MA." Accessed May 9, 2024, https://youroptionsma.org/.

19. Gerson, Jennifer. "Crisis Pregnancy Centers' Ultrasounds Are Free. But Are They Accurate?" The 19th, October 29, 2021, https://19thnews.org/2021/10/crisis-pregnancy-centers-accuracy-stakes/.

20. Bethlehem House Inc. "Bethlehem House Inc." Accessed May 9, 2024, http://www.bethlehemhouseinc.org/.

21. Net Care. "What Is a Pregnancy Center? | Care Net Pregnancy Centers." Accessed May 9, 2024, https://www.care-net.org/what-is-a-pregnancy-center.

22. Wamsley, Laurel. "Google Shows You Ads for Anti-Abortion Centers When You Search for Clinics near You," NPR, June 22, 2023, sec. Health, https://www.npr.org/2023/06/22/1183865322/google-abortion-clinic-search-results-anti-abortion.

23. The Alliance. "The CPC Industry as a Surveillance Tool of the Post-Roe State," Designed to Deceive: A Study of the Crisis Pregnancy Programs, in Nine States, February 10, 2022, https://allianceslatedadvocates.org/wp-content/uploads/sites/10/Alliance-vocates.org/wp-content/uploads/sites/10/Alliance-CPC_Report_Feb2022_Urgent Brief2-10-22.pdf.

24. Abrams, Abigail, and Vera Bergengruen. "Anti-Abortion Centers' Databases Could Be Weaponized Post-Roe," TIME, June 22, 2022, https://time.com/6189528/anti-abortion-pregnancy-centers-collect-data-investigation/.



Pictured: Reproductive Equity Now at the Cheers for Choice event in New Hampshire



EXHIBIT Q

Updated as of May 13, 2024

# Anti-Abortion Centers Currently in New England

## EXHIBIT Q

### Massachusetts

1. Attleboro Women's Health Center/Abundant Hope Pregnancy Resource Center, Attleboro
2. Daybreak Pregnancy Resource Center, Beverly
3. Boston Center for Pregnancy Choices, Boston
4. Pregnancy Help, Brighton
5. Your Options Medical, Brookline
6. Heartbeat Pregnancy Help Center, Burlington
7. Pregnancy Help of Brockton, Brockton
8. First Concern Pregnancy Resource Center, Clinton
9. Bethlehem House of Western Mass, Easthampton
10. Your Options Medical Center, Fall River
11. Birthright of Falmouth, Falmouth
12. Care Net Pregnancy Resource Center, Fitchburg
13. Birthright of Framingham, Framingham
14. Alternatives Pregnancy Center, Greenfield
15. Merrimack Valley Pregnancy Services, Inc., Haverhill
16. Pregnancy Center of Haverhill, Haverhill
17. Your Options Medical Mobile Van, Hyannis
18. Pregnancy Center of Lawrence, Lawrence
19. Pregnancy Care Center/Standing With You/ Options for Pregnancy, Lowell
20. Birth Right, Marlborough
21. Bethany Christian Services, Marlborough
22. First Concern, Marlborough
23. Pregnancy Help, Natick
24. Birthright of New Bedford Inc., New Bedford
25. New Direction Pregnancy & Sexual Health Resources, Pittsfield
26. Life Saver Ministries, North Chelmsford
27. Pregnancy Support Services of Berkshire, Pittsfield
28. Friends of the Unborn, Quincy
29. Your Options Medical Center, Revere
30. Clearway Clinic, Springfield
31. Springfield Pregnancy Care Center, Springfield
32. Birthright, Taunton
33. Clearway Clinic, Worcester
34. Problem Pregnancy, Worcester

### Connecticut

35. Hopeline Pregnancy Resource Center, Bridgeport
36. Hope Pregnancy Center, Cheshire
37. Birthright of Westbrook, Clinton
38. Hopeline Pregnancy Resource Center, Danbury
39. Birthright of Danbury, Danbury
40. Birthright of Greater Hartford, East Hartford
41. St. Gerard's Center for Life/Hartford Women's Center, Hartford
42. Birthright of Greater Meriden, Meriden
43. ABC Women's Center, Middletown
44. ABC Women's Center, New Britain
45. St. Gianna Pregnancy Center, New Haven

46. Anchor of Hope, New London
47. Mary and Joseph's Place, North Haven
48. Birthright of Greater Norwalk, Norwalk
49. Pathways Pregnancy, Norwich
50. Hopeline Pregnancy Resource Center, Ossipee
51. Go Mobile CT, UConn Storrs
52. Two Hearts Pregnancy Care Center, Torrington
53. Hope Pregnancy Center, Unionville
54. Carolyn's Place Inc., Waterbury
55. Go Mobile CT, Waterbury
56. Go Mobile CT, Willimantic
57. Caring Families Pregnancy Services, Willimantic
58. Women's Center of Eastern Connecticut, Willimantic

### New Hampshire

59. Birthright of Manchester, Bedford
60. Pathways Pregnancy Care Center, Berlin
61. Bethany Christian Services, Candia
62. Lighthouse Pregnancy Crisis Center, Center Ossipee
63. Pregnancy Center of the Upper Valley, Claremont
64. Care Women's Center of Concord, Concord
65. Care Net Pregnancy Center of the Mt Washington Valley, Conway
66. Birthright, Derry
67. Seacoast Birthright, Dover
68. New Generation Inc., Greenland
69. Pregnancy Resource Center of the Monadnock Region, Keene
70. Aspire Pregnancy Center, Laconia
71. Pathways Pregnancy Care Center, Littleton
72. PennaCook Pregnancy Center, Manchester
73. OUR PLACE Trudy's Center for Family Support, Manchester
74. Real Options, Manchester
75. OUR PLACE/ St. Joseph Hospital Parish Nurse Center, Nashua
76. Real Options, Nashua
77. Haven Pregnancy Services, Plymouth
78. Options Pregnancy Resource Center, Rochester
79. OUR PLACE, Rochester
80. Pregnancy Center of the Upper Valley, West Lebanon

### Rhode Island

81. Harmony Women's Center, Providence
82. Mother of Life Center, Providence
83. Bethany Christian Services, Warwick
84. Pregnancy Center of Westerly, Westerly



Pictured: Birthright of Falmouth, an anti-abortion center in Massachusetts

85. Choices Rhode Island, Westerly

86. Anchora Options Mobile, mobile van

## Vermont

87. Care Net Pregnancy Center of Central Vermont, Barre

88. True North Pregnancy Resources Center, Bennington

89. Branches Pregnancy Resource Center, Brattleboro

90. Aspire Together, Burlington

91. Birthright, Burlington

92. Futures Pregnancy Care, Lydonville

93. Addison Pregnancy Resource Center, Middlebury

94. First Step Pregnancy Clinic, Rutland

95. Aspire Now, Williston

96. Aspire Together Mobile Clinic

## Maine

97. Open Arms Pregnancy Center, Augusta

98. First Step Pregnancy Resources Center, Bangor

99. Care Net Center of Mid-Coast Maine, Brunswick

100. Pregnancy Care Center of Aroostook, Fort Kent

101. Pregnancy Care Center of Aroostook, Houlton

102. Hope House, Lewiston

103. ABBA Women's Resource Center, Portland

104. Pregnancy Care Center of Aroostook, Presque Isle, Houlton & Fort Kent

105. Zoe, A Women's Center, Rockport

106. Alpha Pregnancy Resource Center, Sanford

107. Resolve Life Center, Waterville



**Pictured: Anti-abortion center literature**



**Pictured: Two Hearts Pregnancy Center an anti-abortion center in Connecticut**



# EXHIBIT Q



**www.ReproEquityNow.org**