IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A Woman's Concern, Inc. d/b/a Your Options Medical Centers,<br><br>    Plaintiff,<br><br>vs.<br><br>Maura Healy, Governor of Massachusetts, sued in her individual and official capacities; Robert Goldstein, Commissioner of the Massachusetts Department of Public Health, sued in his individual and official capacities; Reproductive Equity Now Foundation, Inc.; Rebecca Hart Holder, Executive Director of Reproductive Equity Now Foundation, Inc.,<br><br>    Defendants. | Civil Action No.: 1:24-cv-12131 |

## **PLAINTIFF'S MOTION FOR PRO HAC VICE LIMITED ADMITTANCE**

PLEASE NOTICE that in accordance with Local Rule 83.5.3 of the Practice by Persons not Members of the Bar of the United States District Court for the District of Massachusetts, the undersigned respectfully moves for the limited admission pro hac vice of Andrew Ekonomou of the nonprofit law firm the American Center for Law and Justice, 201 Maryland Ave NE, Washington, D.C. 20002, 202-546-8890, for the purposes of appearance as counsel for Plaintiff A Woman's Concern, Inc. d/b/a Your Options Medical Centers ("Your Options Medical") and in support thereof states as follows:

1. Andrew Ekonomou is not admitted to practice in the District of Massachusetts and is a member in good standing of the Georgia Bar and multiple federal courts;

1

2. Andrew Ekonomou has been a member of the Georgia Bar since 1974 and is a member in good standing;

3. Andrew Ekonomou is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar;

4. Andrew Ekonomou has not previously had a pro hac vice admission to this court (or other admission for a limited purpose under L.R.D. Mass 83.5.3) revoked for misconduct; and

5. Andrew Ekonomou has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Movant, Samuel J. Whiting, who has filed an appearance in this case on behalf of the Plaintiff, is a member in good standing of the Massachusetts State Bar and the United States District Court for Massachusetts. Movant maintains an office in the State of Massachusetts and is authorized to file through the Court's electronic filing system.

WHEREFORE, Samuel J. Whiting moves this Honorable Court, having satisfied each of the requirements of L.R.D. Mass. 83.5.3, and for good cause shown, to grant the motion, and that Andrew Ekonomou be permitted to appear and practice in this Court as co-counsel for Plaintiffs in the above-styled case.

DATED: August 22, 2024.

                                      Respectfully submitted,

                                      SAMUEL J. WHITING
                                      /s/ Samuel J. Whiting
                                      MASSACHUSETTS LIBERTY LEGAL CENTER
                                          (Massachusetts Bar No. 711930)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on August 22, 2024. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

                            SAMUEL J. WHITING
                            /s/ Samuel J. Whiting