AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

A Woman's Concern, Inc. d/b/a Your Options Medical Centers )
*Plaintiff* )
v. ) Case No. 1:24-cv-12131
Maura Healy, et al., )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, A Woman's Concern, Inc. d/b/a Your Options Medical Centers .

Date: 08/29/2024

/s/ Andrew Ekonomou
*Attorney's signature*

Andrew Ekonomou, Ga. Bar No. 242750
*Printed name and bar number*
201 Maryland Avenue, NE,
Washington, D.C. 20002

*Address*

aekonomou@outlook.com
*E-mail address*

202-546-8890
*Telephone number*

202-546-9309
*FAX number*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on August 29, 2024. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

    Andrew Ekonomou
/s/ <u>Andrew Ekonomou</u>