UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A WOMAN'S CONCERN, INC. d/b/a YOUR OPTIONS MEDICAL CENTERS<br><br>    Plaintiff,<br><br>vs.<br><br>MAURA HEALEY, Governor of Massachusetts, sued in her individual and official capacities, et al.,<br><br>    Defendants. | C.A. No. 1:24-cv-12131-LTS |

## NOTICE OF APPEARANCE OF CARLA REEVES

Please enter the appearance of Carla Reeves of Goulston & Storrs PC as attorney of record on behalf of Defendants Reproductive Equity Now Foundation, Inc. and Rebecca Hart Holder, Executive Director of Reproductive Equity Now Foundation, Inc. in the above-captioned action.

Respectfully submitted,

/s/ Carla Reeves
Carla Reeves (BBO #681849)
GOULSTON & STORRS PC
One Post Office Square, 25th Floor
Boston, MA 02109
Tel: (617) 482-1776
creeves@goulstonstorrs.com

Dated: September 3, 2024

## **CERTIFICATE OF SERVICE**

      I, Carla Reeves, hereby certify that on September 3, 2024, I caused to be electronically filed the foregoing document using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                                  /s/ Carla Reeves
                                                  Carla Reeves