UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A WOMAN'S CONCERN, INC. D/B/A YOUR OPTIONS MEDICAL CENTERS,<br>      Plaintiff,<br><br>v.<br><br>MAURA HEALEY, GOVERNOR OF MASSACHUSETTS, sued in her individual and personal capacities; ROBERT GOLDSTEN, COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH, sued in his individual and official capacities; REPRODUCTIVE EQUITY NOW FOUNDATION, INC.; REBECCA HART HOLDER, EXECUTIVE DIRECTOR OF THE REPRODUCTIVE EQUITY NOW FOUUNDATION, INC.,<br>      Defendants. | CIVIL ACTION<br>NO. 24-12131-LTS |

**NOTICE OF APPEARANCE**

  Please enter on the docket my appearance as attorney on behalf of the state defendants,. MAURA HEALEY, Governor of Massachusetts, sued in her individual and personal capacities; ROBERT GOLDSTEN, Commissioner of the Massachusetts Department of Public Health, sued in his individual and official capacities.

            Respectfully submitted,

            ANDREA JOY CAMPBELL
            ATTORNEY GENERAL

            */s/ Meredith G. Fierro*
            Meredith G. Fierro, BBO# 696295
            Assistant Attorney General
            Office of the Attorney General
            One Ashburton Place
            Boston, MA 02108-1698
            (617) 963-2707
            Meredith.G.Fierro@mass.gov

Dated: September 16, 2024

## **CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on September 16, 2024.

*/s/ Meredith G. Fierro*
Meredith G. Fierro
Assistant Attorney General