UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

A WOMAN'S CONCERN, INC. d/b/a YOUR
OPTIONS MEDICAL CENTERS,

Plaintiff,

v.

MAURA HEALEY, Governor of Massachusetts,
sued in her individual and official capacities;
ROBERT GOLDSTEIN, Commissioner of the
Massachusetts Department of Public Health, sued in
his individual and official capacities;
REPRODUCTIVE EQUITY NOW
FOUNDATION, INC., REBECCA HART
HOLDER, EXECUTIVE DIRECTOR OF
REPRODUCTIVE EQUITY NOW
FOUNDATION, INC.,

Defendants.

CIVIL ACTION
NO. 1:24-cv-12131

## ASSENTED-TO MOTION BY STATE DEFENDANTS
## FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the Defendants, Maura Healey, Governor of Massachusetts, in her official and individual capacities, and Robert Goldstein, Commissioner of the Massachusetts Department of Public Health, in his official and individual capacities (together, the "State Defendants"), move to extend the time to file their responsive pleading until, and including, **December 13, 2024**. Plaintiff and Defendants Reproductive Equity Now Foundation, Inc. and Rebecca Hart Holder have assented to the relief requested in this motion.

In support of their motion, the State Defendants state as follows:

1.      In this action, Plaintiff brings claims under the United States Constitution's First and Fourteenth Amendments challenging a state-sponsored education campaign and certain other actions related to crisis pregnancy centers.

2.      Undersigned counsel has been assigned to represent both Governor Maura Healey and Commissioner Robert Goldstein in this matter.

3.      Plaintiff delivered the summons and complaint to the Office of the Governor and to the Department of Public Health on August 23, 2024.  ECF Nos. 16-17. Although the Proof of Service for both Defendants indicates the summons and complaint were personally served on each Defendant, the Defendants dispute whether they were in fact served personally.  To resolve the dispute related to service and to avoid any additional unnecessary expense in effectuating service, *see* Fed. R. Civ. P. 4(d)(1), Defendants agreed to waive service of the Complaint on September 13, 2024. *See* F.R. Civ. P. 4(d)(3).  The State Defendants filed an assented-to motion to set the deadline to respond to the complaint until November 12, 2024.  ECF No. 27.  This Court allowed the motion on September 16, 2024.  ECF No. 29.

4.      To allow additional time for the internal review process in undersigned's office and due to undersigned counsel's competing deadlines, additional time is needed to prepare a responsive pleading to Plaintiff's claims.

5.      As examples of the competing deadlines in undersigned counsel's other cases, undersigned counsel AAG Fischer-Groban is preparing the response to the complaint, due November 4, in *MacRae v. Town of Bourne Clerk*, No. 2472CV00435 (Barnstable Superior Court).  AAG Fischer-Groban is also preparing the response to the complaint, due November 4, in *McRae v. Town of Plymouth Clerk* No. 2483CV00849 (Plymouth Superior Court).  In addition, AAG Fischer-Groban is one of the two Assistant Attorneys General responsible for representing the Secretary of the Commonwealth in any election-related litigation related to the

state election on November 5, 2024.  AAG Fischer-Groban is also preparing the response to the complaint, due November 7, in *Voter Reference Foundation v. Galvin*, No. 24-12592-DJC (D. Mass.).  AAG Fischer-Groban has pre-planned time out of the office on November 8, 2024. Furthermore, AAG Fischer-Groban is engaged in expert discovery in *Granata v. Healey*, No. 21 CV-10960-DJC D. Mass.), closing on November 15, 2024.

6.     AAG Fierro is preparing the answer to the complaint, which comprises 238 paragraphs and 60 pages, and response to the motion for class certification, due October 31, 2024, in *Evelyn v Jenkins et. al*, No. 2484CV01746 (Suffolk Superior). AAG Fierro is also preparing the opposition to the motion for judgment on the pleadings in *Napoli v. Massachusetts Gaming Commission*, No. 2484CV01574 (Suffolk Superior), due on November 27, 2024. AAG Frisch is engaged in active fact discovery with depositions in *Keane v. The Commonwealth of Massachusetts, Executive Office of Technology Services and Security*, No. 2184CV02215 (Suffolk Superior Court).

7.     Plaintiff assented to the requested extension by email on October 28, 2024. Defendants Reproductive Equity Now Foundation, Inc. and Rebecca Hart Holder likewise assented to the requested extension on October 28, 2024.

8.     The Court has not yet calendared a scheduling conference pursuant to Local Rule 16.1.  Allowance of this motion will not delay the progress or disposition of the case.

WHEREFORE, the State Defendants respectfully request that the time within which they must file and serve their responsive pleading be extended to, and including, **December 13, 2024.**

Dated: October 28, 2024

Respectfully submitted,

MAURA HEALEY, Governor of Massachusetts,
and ROBERT GOLDSTSTEIN, Commissioner of
the Massachusetts Department of Public Health,

By their attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL


*/s/ Meredith G. Fierro*
Phoebe Fischer-Groban, BBO No. 687068
Deborah Frisch, BBO No. 693847
Meredith G. Fierro, BBO No. 696295
Assistant Attorneys General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2589
Phoebe.Fischer-Groban@mass.gov
Deborah.Frisch@mass.gov
Meredith.G.Fierro@mass.gov

## <u>LOCAL RULE 7.1 CERTIFIATION</u>

I hereby certify that I conferred with counsel for the Plaintiff and Defendants Reproductive Equity Now Foundation, Inc. and Rebecca Hart Holder on October 28, 2024, about the relief requested in this motion, and that the Plaintiff and Defendants Reproductive Equity Now Foundation, Inc. and Rebecca Hart Holder assent to the relief requested in this motion.

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban
Assistant Attorney General

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on October 28, 2024.

*/s/ Meredith G. Fierro*
Meredith G. Fierro
Assistant Attorney General
