UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A WOMAN'S CONCERN, INC. d/b/a YOUR OPTIONS MEDICAL CENTERS,<br><br>          Plaintiff,<br><br>       v.<br><br>MAURA HEALEY, Governor of Massachusetts, sued in her individual and official capacities; ROBERT GOLDSTEIN, Commissioner of the Massachusetts Department of Public Health, sued in his individual and official capacities; REPRODUCTIVE EQUITY NOW FOUNDATION, INC., REBECCA HART HOLDER, EXECUTIVE DIRECTOR OF REPRODUCTIVE EQUITY NOW FOUNDATION, INC.,<br><br>          Defendants. | CIVIL ACTION<br>NO. 1:24-cv-12131 |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINE TO RESPOND TO STATE DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff, Your Options Medical Centers ("YOM"), hereby moves for an extension of time to file its responsive pleading to State Defendants' Motion to Dismiss through and including, **January 10, 2025**. All Defendants have assented to the relief requested in this motion.

In support of its motion, Plaintiff YOM states as follows:

1. Plaintiff has agreed with counsel for State Defendants to multiple extensions for the State Defendants' response to Plaintiff's complaint. During the discussion surrounding those meet and confers, counsel for State Defendants and Plaintiffs discussed the assented-to extension moving Plaintiff's responsive pleading deadline between the

Christmas and New Year holidays, and agreed, in advance, that Plaintiff would also be able to request an extension.

2.  This extension would accommodate Plaintiff counsels' court deadlines in other cases and pre-arranged holiday travel plans.

3.  State Defendants assented to the requested extension by email on December 16, 2024. The REN Defendants likewise assented to the requested extension via email on December 16, 2024.

The Court has not yet calendared a scheduling conference pursuant to Local Rule 16.1. Further, this Court has not yet ruled on the Motion to Dismiss, or the request for oral argument on that Motion, filed by the REN Defendants. Granting this motion will not delay the progress or disposition of the case.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff an extension of time to file its responsive pleading to respond to the State Defendants' Motion to Dismiss through and including **Friday, January 10, 2025**.

December 17, 2024

Respectfully submitted,

YOUR OPTIONS MEDICAL

By counsel,

OLIVIA F. SUMMERS*
*/s/ Olivia F. Summers*
(D.C. Bar No. 1017339)

ANDREW EKONOMOU*
(GA Bar No. 242750)
CHRISTINA (STIERHOFF) COMPAGNONE*
(D.C. Bar No. 1657929)
NATHAN MOELKER*
(VA Bar No. 98313)

JORDAN SEKULOW**
(D.C. Bar No. 991680)
STUART J. ROTH**
(D.C. Bar No. 475937)

THE AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
osummers@aclj.org

SAMUEL J. WHITING
MASSACHUSETTS LIBERTY LEGAL CENTER
(Massachusetts Bar No. 711930)
sam@mafamily.org

*Appearing Pro Hac Vice
** Pro Hac Vice Forthcoming

## <u>LOCAL RULE 7.1 CERTIFIATION</u>

I hereby certify that I conferred with counsel for the State Defendants on December 16, 2024, and REN Defendants on December 16, 2024, about the relief requested in this motion, and that all the Defendants assent to the relief requested in this motion.

*/s/Olivia F. Summers*

Olivia F. Summers

**<u>CERTIFICATE OF SERVICE</u>**

I, Olivia F. Summers, hereby certify that on December 17, 2024, the foregoing document was filed electronically using the Court's CM/ECF system, which will send notification of this filing to all registered participants. Paper copies will be sent to those indicated as non-registered participants.

*/s/ Olivia F. Summers*
Olivia F. Summers
