UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A Woman's Concern, Inc. d/b/a Your Options Medical Centers,<br><br>　　　Plaintiff,<br><br>vs.<br><br>Maura Healey, Governor of Massachusetts, sued in her individual and official capacities; Robert Goldstein, Commissioner of the Massachusetts Department of Public Health, sued in his individual and official capacities; Reproductive Equity Now Foundation, Inc.; Rebecca Hart Holder, Executive Director of Reproductive Equity Now Foundation,<br><br>　　　Defendants. | C.A. No. 1:24-cv-12131-LTS |

## **DEFENDANTS' ASSENTED-TO MOTION TO CONTINUE**

The Defendants jointly move for a brief continuance of the motion hearing presently scheduled for April 22, 2025, due to the unavailability of their respective counsel on that date. As reasons wherefore, the Defendants state that their respective counsel both have pre-planned vacations on April 22, 2025, which occurs during school vacation week.  In addition, Plaintiffs assent to the relief requested in this motion. Defendants thus jointly request that the hearing date be rescheduled to another date and time that is convenient for the Court.  Counsel for all parties are available on the following dates: May 1-2, 5-9, 12-13, and 15.

For these reasons, the Defendants respectfully request that this motion be granted.

DATED: April 10, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MAURA HEALEY, Governor of Massachusetts,
　　　　　　　　　　　　　　　　　　　　and ROBERT GOLDSTSTEIN, Commissioner of
　　　　　　　　　　　　　　　　　　　　the Massachusetts Department of Public Health,

1

By their attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL


*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban, BBO No. 687068
Deborah Frisch, BBO No. 693847
Meredith G. Fierro, BBO No. 696295
Assistant Attorneys General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2589
Phoebe.Fischer-Groban@mass.gov


REPRODUCTIVE EQUITY NOW
FOUNDATION, INC. AND REBECCA HART
HOLDER,

By their attorneys

/s/ Mariana Korsunsky
Martin M. Fantozzi (BBO #554651)
Mariana Korsunsky (BBO #675626)
Carla A. Reeves (BBO #681849)
Sarah M. Eberspacher (BBO #707133)
Kiman Kaur (BBO #709943)
GOULSTON & STORRS PC
One Post Office Square, 25th Floor
Boston, MA 02109
Tel: (617) 482-1776
mfantozzi@goulstonstorrs.com
mkorsunsky@goulstonstorrs.com


## **LOCAL RULE 7.1 CERTIFIATION**

I hereby certify that I conferred with counsel for the Plaintiff on April 8, 2025, about the relief requested in this motion, and that the Plaintiff assents to the relief requested in this motion.

*/s/ Phoebe Fischer-Groban*

2

                                        Phoebe Fischer-Groban
                                        Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on April 10, 2025.

                                        */s/ Meredith G. Fierro*
                                        Meredith G. Fierro
                                        Assistant Attorney General