UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A WOMAN'S CONCERN, INC. d/b/a YOUR OPTIONS MEDICAL CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>MAURA HEALEY, Governor of Massachusetts, sued in her individual and official capacities; ROBERT GOLDSTEIN, Commissioner of the Massachusetts Department of Public Health, sued in his individual and official capacities; REPRODUCTIVE EQUITY NOW FOUNDATION, INC., REBECCA HART HOLDER, EXECUTIVE DIRECTOR OF REPRODUCTIVE EQUITY NOW FOUNDATION, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:24-cv-12131-LTS |

**JOINT PROPOSED SCHEDULE TO GOVERN FILING DEADLINES**

Pursuant to this Court's Order on May 9, 2025 (ECF No. 60), in which the Court allowed Plaintiff to file an Amended Complaint and terminated the Defendants' Motions to Dismiss as moot in light of the anticipated Amended Complaint, and its direction to file a Proposed Schedule to govern the filing of the Amended Complaint and the anticipated Motions to Dismiss, the parties jointly propose the following schedule to govern the next stages of briefing and responsive pleadings:

| Deadline | Event |
|---|---|
| June 20, 2025 | Plaintiff to file Amended Complaint |
| July 25, 2025 | Defendants to file Answers or Motions to Dismiss |
| August 22, 2025 | Plaintiff to file Opposition to any Motions to Dismiss |
| September 12, 2025 | Defendants to file Replies in support of Motions to Dismiss, if any |

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF, | DEFENDANTS, |
| YOUR OPTIONS MEDICAL | MAURA HEALEY, Governor of Massachusetts, and ROBERT GOLDSTSTEIN, Commissioner of the Massachusetts Department of Public Health, |
| By counsel, | |
| OLIVIA F. SUMMERS* | By counsel, |
| /s/ Olivia F. Summers | |
| (D.C. Bar No. 1017339) | ANDREA JOY CAMPBELL |
| | ATTORNEY GENERAL |
| ANDREW EKONOMOU* | /s/ with permission |
| (GA Bar No. 242750) | Phoebe Fischer-Groban, BBO No. 687068 |
| CHRISTINA (STIERHOFF) | Deborah Frisch, BBO No. 693847 |
| COMPAGNONE* | Meredith G. Fierro, BBO No. 696295 |
| (D.C. Bar No. 1657929) | Assistant Attorneys General |
| NATHAN MOELKER* | Government Bureau |
| (VA Bar No. 98313) | One Ashburton Place |
| | Boston, MA 02108 |
| THE AMERICAN CENTER FOR LAW & JUSTICE | (617) 963-2589 |
| 201 Maryland Avenue, NE | Phoebe.Fischer-Groban@mass.gov |
| Washington, D.C. 20002 | |
| Telephone: (202) 546-8890 | REPRODUCTIVE EQUITY NOW |
| Facsimile: (202) 546-9309 | FOUNDATION, INC. AND REBECCA |
| osummers@aclj.org | HART HOLDER, |
| SAMUEL J. WHITING | By counsel |
| MASSACHUSETTS LIBERTY LEGAL CENTER | /s/ with permission |
| (Massachusetts Bar No. 711930) | Martin M. Fantozzi (BBO #554651) |
| sam@mafamily.org | Mariana Korsunsky (BBO #675626) |
| | Carla A. Reeves (BBO #681849) |
| *Appearing Pro Hac Vice | Sarah M. Eberspacher (BBO #707133) |
| | Kiman Kaur (BBO #709943) |
| | GOULSTON & STORRS PC |
| | One Post Office Square, 25th Floor |
| | Boston, MA 02109 |
| | Tel: (617) 482-1776 |
| | mfantozzi@goulstonstorrs.com |
| | mkorsunsky@goulstonstorrs.com |

Dated May 14, 2025

**CERTIFICATE OF SERVICE**

    I, Olivia F. Summers, hereby certify that on May 14, 2025, the foregoing document was filed electronically using the Court's CM/ECF system, which will send notification of this filing to all registered participants. Paper copies will be sent to those indicated as non-registered participants.

    /s/ Olivia F. Summers
    Olivia F. Summers