**EXHIBIT R**

**From:** "/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=407D89ABA90E46D595AF76F87C677F2F-[redacted]" <[redacted]>
**To:** "Rebecca Hart Holder (personal)" <rhartholder@reproequitynow.org>
**Cc:** "Fana-Fernandez, Marianny (DPH)" <Marianny.Fana-Fernandez@mass.gov>, "Eggleton, Christine (DPH)" <Christine.Eggleton@mass.gov>
**Subject:** Reproductive Equity Now Earmark
**Date:** Wed, 12 Apr 2023 16:20:43 +0000
**Importance:** Normal
**Attachments:** Earmark_Contact_Collection_Form.docx

---

Dear Becca,

This email is to notify you that Reproductive Equity Now has been named in the FY23 supplemental state budget to receive earmark funding. An earmark is a provision inserted into a discretionary spending appropriations bill that directs funds to a specific recipient for a specific scope. The amount and scope of the funding and the time period for spend down are mandated by the legislative language.

> 4512-1006 For family and reproductive health services; provided, that not less than $1,000,000 shall be expended for a public awareness campaign to educate providers and the public about crisis pregnancy centers and pregnancy resource centers and the centers' lack of medical services; provided further, that the campaign shall include information on the availability of providers across the commonwealth that provide legitimate medical and family planning services; provided further, that the campaign shall be linguistically diverse and culturally competent; and provided further, that not less than **$250,000 shall be expended for Reproductive Equity Now, Inc.'s free abortion legal hotline**

I am reaching out to you today because a contract with the Massachusetts Department of Public Health is needed to receive this funding. We need some information about your organization and a contact person so we can move forward with the contracting process. Please complete the attached form and return it to me at your earliest convenience.

Since your organization has not held a contract with a MA state entity, we will need to get you set up as a vendor before we can work on contracting. If this is the case, Marianny Fana-Fernandez (copied on this email) will be in touch to let you know what documents and information is needed for that process.

Once you are set up as a vendor, we can begin working through the contracting process. This involves first getting a waiver of procurement and then setting up the contract. This process can take a few weeks, so please be patient. Don't hesitate to reach out to me if you have any questions or would like a status update. I will be your contact for managing the contract once it is fully executed.

You will be receiving a contract with an PP object class. This type of contract uses payment vouchers to disperse funding to you. You will receive funding in one installment immediately after the contract is final. Details will be included in your contract package.

As stated above, please reach out to me if you have any questions.

Best,
[redacted]

--------------------------

[redacted], MPH
(pronouns: she, her, and hers)

# EXHIBIT S

**From:** "EXEMPT-A (DPH)" <EXEMPT-A>
**To:** "Rebecca Hart Holder (personal)" <rhartholder@reproequitynow.org>, "Claire Teylouni" <cteylouni@reproequitynow.org>
**Cc:** "EXEMPT-A (DPH)" <EXEMPT-A>
**Subject:** budget supp
**Date:** Wed, 29 Mar 2023 17:44:09 +0000
**Importance:** Normal

---

Hi folks,

As I'm sure you already know by now, the FY23 supplemental budget was signed today with $1M for a public information campaign warning people about crisis pregnancy centers (the project that Governor Baker vetoed from the Economic Development bill earlier this year) and a $250k earmark for REN's legal helpline. Congrats! We'd be happy to talk with you about what you would like to see in the campaign, and we'll be in touch when we have more information about the earmark contract. I expect it will be awhile before the contract is issued, but we should have until 6/30/24 to spend down both pots of money.

Best,
[redacted]

---------------------------
EXEMPT-A
(pronouns: she, her, and hers)
Director, Division of Child/Adolescent Health and Reproductive Health
cell: (617) 620-4673 • EXEMPT-A

# EXHIBIT S

**From:** "Rebecca Hart Holder (personal)" <rhartholder@reproequitynow.org>
**To:** "EXEMPT-A (DPH)" <EXEMPT-A>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>, "EXEMPT-A (DPH)" <EXEMPT-A>
**Subject:** Re: budget supp
**Date:** Wed, 29 Mar 2023 20:11:18 +0000
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi!

Thanks for reaching out so quickly. We would, of course, love to speak. We have some ideas about how to structure the Hotline contract and some urgent needs so speaking about that sooner rather than later would be ideal for us. And, we are excited to dig in on the CPC education campaign as well when your team is ready.

Thanks,
Becca

On Wed, Mar 29, 2023 at 1:44 PM EXEMPT-A (DPH) <EXEMPT-A> wrote:

> Hi folks,
>
> As I'm sure you already know by now, the FY23 supplemental budget was signed today with $1M for a public information campaign warning people about crisis pregnancy centers (the project that Governor Baker vetoed from the Economic Development bill earlier this year) and a $250k earmark for REN's legal helpline. Congrats! We'd be happy to talk with you about what you would like to see in the campaign, and we'll be in touch when we have more information about the earmark contract. I expect it will be awhile before the contract is issued, but we should have until 6/30/24 to spend down both pots of money.
>
> Best,
>
> ---------------------------
>
> EXEMPT-A
>
> (pronouns: she, her, and hers)
>
> Director, Division of Child/Adolescent Health and Reproductive Health
>
> cell: (617) 620-4673 • EXEMPT-A

# EXHIBIT S

**From:** "Rebecca Hart Holder (personal)" <rhartholder@reproequitynow.org>
**To:** "EXEMPT-A (DPH)" <EXEMPT-A>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>, "EXEMPT-A (DPH)" <EXEMPT-A>
**Subject:** Re: budget supp
**Date:** Wed, 29 Mar 2023 20:11:18 +0000
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi!

Thanks for reaching out so quickly. We would, of course, love to speak. We have some ideas about how to structure the Hotline contract and some urgent needs so speaking about that sooner rather than later would be ideal for us. And, we are excited to dig in on the CPC education campaign as well when your team is ready.

Thanks,
Becca

On Wed, Mar 29, 2023 at 1:44 PM EXEMPT-A (DPH) <EXEMPT-A> wrote:

> Hi folks,
>
> As I'm sure you already know by now, the FY23 supplemental budget was signed today with $1M for a public information campaign warning people about crisis pregnancy centers (the project that Governor Baker vetoed from the Economic Development bill earlier this year) and a $250k earmark for REN's legal helpline. Congrats! We'd be happy to talk with you about what you would like to see in the campaign, and we'll be in touch when we have more information about the earmark contract. I expect it will be awhile before the contract is issued, but we should have until 6/30/24 to spend down both pots of money.
>
> Best,

--------------------------

EXEMPT-A

(pronouns: she, her, and hers)

Director, Division of Child/Adolescent Health and Reproductive Health

cell: (617) 620-4673 • EXEMPT-A

EXHIBIT S

**From:** "EXEMPT-A (DPH)" <EXEMPT-A>
**To:** "Rebecca Hart Holder (personal)" <rhartholder@reproequitynow.org>
**Cc:** "Fana-Fernandez, Marianny (DPH)" <Marianny.Fana-Fernandez@mass.gov>, "Eggleton, Christine (DPH)" <Christine.Eggleton@mass.gov>
**Subject:** Reproductive Equity Now Earmark
**Date:** Wed, 12 Apr 2023 17:33:52 +0000
**Importance:** Normal
**Attachments:** Earmark_Contact_Collection_Form.docx

---

Dear Becca,

This email is to notify you that Reproductive Equity Now has been named in the FY23 supplemental state budget to receive earmark funding. An earmark is a provision inserted into a discretionary spending appropriations bill that directs funds to a specific recipient for a specific scope. The amount and scope of the funding and the time period for spend down are mandated by the legislative language.

> 4512-1006 For family and reproductive health services; provided, that not less than $1,000,000 shall be expended for a public awareness campaign to educate providers and the public about crisis pregnancy centers and pregnancy resource centers and the centers' lack of medical services; provided further, that the campaign shall include information on the availability of providers across the commonwealth that provide legitimate medical and family planning services; provided further, that the campaign shall be linguistically diverse and culturally competent; and provided further, that not less than **$250,000 shall be expended for Reproductive Equity Now, Inc.'s free abortion legal hotline**

I am reaching out to you today because a contract with the Massachusetts Department of Public Health is needed to receive this funding. We need some information about your organization and a contact person so we can move forward with the contracting process. Please complete the attached form and return it to me at your earliest convenience.

Since your organization has not held a contract with a MA state entity, we will need to get you set up as a vendor before we can work on contracting. If this is the case, Marianny Fana-Fernandez (copied on this email) will be in touch to let you know what documents and information is needed for that process.

Once you are set up as a vendor, we can begin working through the contracting process. This involves first getting a waiver of procurement and then setting up the contract. This process can take a few weeks, so please be patient. Don't hesitate to reach out to me if you have any questions or would like a status update. I will be your contact for managing the contract once it is fully executed.

You will be receiving a contract with an PP object class. This type of contract uses payment vouchers to disperse funding to you. You will receive funding in one installment immediately after the contract is final. Details will be included in your contract package.

As stated above, please reach out to me if you have any questions.

Best,

---------------------------

EXEMPT-A
(pronouns: she, her, and hers)
Director, Division of Child/Adolescent Health and Reproductive Health
cell: EXEMPT-A • EXEMPT-A

EXHIBIT T

**From:** "Rebecca Hart Holder (personal)" <rhartholder@reproequitynow.org>
**To:** Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>, Carrie Baker <cbaker@smith.edu>, Owen Zaret <ozaret@mac.com>, "EXEMPT-A (DPH)" <EXEMPT-A>
**Subject:** Re: Request for REN sign-on to Easthampton CC letter re ordinance override
**Date:** Fri, 21 Jul 2023 14:45:36 +0000
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Of course. [redacted] email is EXEMPT-A

Thanks,
Becca

On Thu, Jul 20, 2023 at 7:36 PM Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org> wrote:

> Thanks Becca - this is so helpful. Amanda Hainsworth also recommended we contact [redacted] for help demystifying the DPH licensing landscape, so it's great to know she's also a likely point person for public education campaign info, or at least can direct us to whoever is.
>
> Could you share [redacted] email address? I'll just reach out directly.
>
> Thanks again!
>
> Jenifer
>
> On Jul 20, 2023, at 3:58 PM, Rebecca Hart Holder (personal) <rhartholder@reproequitynow.org> wrote:
>
> Hi Jenifer,
>
> Thanks for being so open! I appreciate it.
>
> My understanding is that DPH just put the contract out to bid for the public education campaign. They don't have a marketing firm selected yet but, when they do, I will reach out. I know that a requirement is that the firm who wins the bid use subject-matter experts to help shape the campaign. Once that firm is in place, we can start discussing strategies and timeframe.
>
> My guess is that [redacted] is overseeing the work at DPH but I will confirm that. [redacted] great and will be a real partner.
>
> Thanks,
> Becca
>
> On Thu, Jul 20, 2023 at 3:16 PM Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org> wrote:
>
>> Hi Becca, thanks for the thoughtful reply, and yes to this important edit. I just made that change.
>>
>> Quick question while I have you: do you have any information about the status of the DPH public education campaign? It would be helpful to know what strategies are in development and the likely timeframe, as we argue for the importance of community-based public education on CPCs. If you know who is in charge of that planning at DPH, and can share that contact with us, it would be great.
>>
>> Thanks so much,

**EXHIBIT T**

Jenifer

On Jul 20, 2023, at 2:33 PM, Rebecca Hart Holder (personal) <rhartholder@reproequitynow.org> wrote:

Hi Jenifer,

Thanks for sending this. I really appreciate all the work you put into this letter. Given that we already sent a veto letter, I'm not sure if there is value in having us sign onto this letter. It seems more powerful to have groups other than ours sign onto the letter and let our letter stand alone.

I also wonder if you could remove the word "bravely" from the last sentence of the third paragraph as it refers to our work. What we are doing isn't brave, it is our mission to push for policies that expand abortion access. I also worry that, in the wrong hands, using the word "bravely" could create abortion stigma. I realize that is not the intention of the use of the word "bravely" but the inference is there in the hands of anti-choice extremists who could willfully read it that way.

I am, of course, happy to discuss.

Thanks,
Becca

On Tue, Jul 18, 2023 at 1:16 PM Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org> wrote:

Hi Becca and Claire,

Thank you so much for issuing the REN statement calling for the Easthampton Council override of LaChapelle's veto.

Would you also be willing to have REN sign onto the attached draft letter urging the Council to override? On Friday we reached out to over 20 orgs that supported the ordinance and as of yesterday already had over 10 signing on. (List of confirmed and pending orgs signing on is at bottom of the letter). It would be terrific if REN would join us.

Please let us know by Friday 7/21 at 5pm? We will send it to the Council on Monday 7/24 at noon. And if you have suggested edits, and additional groups you recommend we reach out to, please let me know. For example, do you have contacts at the Mass Transgender Political Coalition and/or the Mass Commission on LGBTQ Youth we could reach out to?

Also sharing a column I wrote for the Daily Hampshire Gazette - Guest Columnist Jenifer McKenna: A 'reckless veto' in Easthampton - and here's the Mayor on Bill Newman's radio show yesterday, doubling down on her position - these are not local issues, it's not the city's job - and claiming the antis have already filed lawsuits against MA CPC ordinances. Worried about how much disinformation she is spreading now.

In my column I drew from the Cognoscenti piece that Becca co-authored with Lt. Governor Driscoll, to refute LaChapelle's claim that local government has no role to play re state policy or information sharing. Might you engage the Lt. Governor to make a public statement reiterating the Healy/Driscoll administration's call for local action as part of an "all-of-government" response to the post-Roe reality?

Many thanks,

Jenifer

**EXHIBIT T**

***Jenifer McKenna** (she/her)*
***Reproductive & Gender Equity Consultant***
***Co-Founder, California Women's Law Center***
***Co-Author, Designed to Deceive: A Study of the Crisis Pregnancy Center Industry in Nine States***
***jenifermckenna@mjmconsulting.org***
***413-244-4380***

***Jenifer McKenna** (she/her)*
***Reproductive & Gender Equity Consultant***
***Co-Founder, California Women's Law Center***
***Co-Author, Designed to Deceive: A Study of the Crisis Pregnancy Center Industry in Nine States***
***jenifermckenna@mjmconsulting.org***
***413-244-4380***

***Jenifer McKenna** (she/her)*
***Reproductive & Gender Equity Consultant***
***Co-Founder, California Women's Law Center***
***Co-Author, Designed to Deceive: A Study of the Crisis Pregnancy Center Industry in Nine States***
***jenifermckenna@mjmconsulting.org***
***413-244-4380***

EXHIBIT I

**From:** "EXEMPT-A (DPH)" <EXEMPT-A>
**To:** "'Rebecca Hart Holder (personal)'" <rhartholder@reproequitynow.org>, "Mary Jenifer McKenna" <jenifermckenna@mjmconsulting.org>
**Cc:** "Claire Teylouni" <cteylouni@reproequitynow.org>, "Carrie Baker" <cbaker@smith.edu>, "Owen Zaret" <ozaret@mac.com>
**Subject:** RE: Request for REN sign-on to Easthampton CC letter re ordinance override
**Date:** Fri, 21 Jul 2023 16:02:13 +0000
**Importance:** Normal

---

Nice to meet you and happy to chat. We reviewed applications for the media partner for the campaign this week and I expect we will be announcing the successful vendor soon.

Best,

----------------------------
EXEMPT-A
(pronouns: she, her, and hers)
Director, Division of Child/Adolescent Health and Reproductive Health
cell: EXEMPT-A • EXEMPT-A

**From:** Rebecca Hart Holder (personal) <rhartholder@reproequitynow.org>
**Sent:** Friday, July 21, 2023 10:46 AM
**To:** Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>; Carrie Baker <cbaker@smith.edu>; Owen Zaret <ozaret@mac.com>; (DPH) <EXEMPT-A>
**Subject:** Re: Request for REN sign-on to Easthampton CC letter re ordinance override

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Of course. email is EXEMPT-A.

Thanks,
Becca

On Thu, Jul 20, 2023 at 7:36 PM Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org> wrote:

> Thanks Becca - this is so helpful. Amanda Hainsworth also recommended we contact for help demystifying the DPH licensing landscape, so it's great to know she's also a likely point person for public education campaign info, or at least can direct us to whoever is.
>
> Could you share email address? I'll just reach out directly.
>
> Thanks again!
>
> Jenifer

EXHIBIT I

On Jul 20, 2023, at 3:58 PM, Rebecca Hart Holder (personal) <rhartholder@reproequitynow.org> wrote:

Hi Jenifer,

Thanks for being so open! I appreciate it.

My understanding is that DPH just put the contract out to bid for the public education campaign. They don't have a marketing firm selected yet but, when they do, I will reach out. I know that a requirement is that the firm who wins the bid use subject-matter experts to help shape the campaign. Once that firm is in place, we can start discussing strategies and timeframe.

My guess is that EXEMPT-A is overseeing the work at DPH but I will confirm that. [redacted] great and will be a real partner.

Thanks,
Becca

On Thu, Jul 20, 2023 at 3:16 PM Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org> wrote:

> Hi Becca, thanks for the thoughtful reply, and yes to this important edit. I just made that change.
>
> Quick question while I have you: do you have any information about the status of the DPH public education campaign? It would be helpful to know what strategies are in development and the likely timeframe, as we argue for the importance of community-based public education on CPCs. If you know who is in charge of that planning at DPH, and can share that contact with us, it would be great.
>
> Thanks so much,
> Jenifer
>
> On Jul 20, 2023, at 2:33 PM, Rebecca Hart Holder (personal) <rhartholder@reproequitynow.org> wrote:
>
> Hi Jenifer,
>
> Thanks for sending this. I really appreciate all the work you put into this letter. Given that we already sent a veto letter, I'm not sure if there is value in having us sign onto this letter. It seems more powerful to have groups other than ours sign onto the letter and let our letter stand alone.
>
> I also wonder if you could remove the word "bravely" from the last sentence of the third paragraph as it refers to our work. What we are doing isn't brave, it is our mission to push for policies that expand abortion access. I also worry that, in the wrong hands, using the word "bravely" could create abortion stigma. I realize that is not the intention of the use of the word "bravely" but the inference is there in the hands of anti-choice extremists who could willfully read it that way.
>
> I am, of course, happy to discuss.
>
> Thanks,
> Becca

EXHIBIT T

On Tue, Jul 18, 2023 at 1:16 PM Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org> wrote:

Hi Becca and Claire,

Thank you so much for issuing the REN statement calling for the Easthampton Council override of LaChapelle's veto.

Would you also be willing to have REN sign onto the attached draft letter urging the Council to override? On Friday we reached out to over 20 orgs that supported the ordinance and as of yesterday already had over 10 signing on. (List of confirmed and pending orgs signing on is at bottom of the letter). It would be terrific if REN would join us.

Please let us know by Friday 7/21 at 5pm? We will send it to the Council on Monday 7/24 at noon. And if you have suggested edits, and additional groups you recommend we reach out to, please let me know. For example, do you have contacts at the Mass Transgender Political Coalition and/or the Mass Commission on LGBTQ Youth we could reach out to?

Also sharing a column I wrote for the Daily Hampshire Gazette - Guest Columnist Jenifer McKenna: A 'reckless veto' in Easthampton - and here's the Mayor on Bill Newman's radio show yesterday, doubling down on her position - these are not local issues, it's not the city's job - and claiming the antis have already filed lawsuits against MA CPC ordinances. Worried about how much disinformation she is spreading now.

In my column I drew from the Cognoscenti piece that Becca co-authored with Lt. Governor Driscoll, to refute LaChapelle's claim that local government has no role to play re state policy or information sharing. Might you engage the Lt. Governor to make a public statement reiterating the Healy/Driscoll administration's call for local action as part of an "all-of-government" response to the post-Roe reality?

Many thanks,

Jenifer

***Jenifer McKenna** (she/her)*
***Reproductive & Gender Equity Consultant***
***Co-Founder, California Women's Law Center***
***Co-Author, Designed to Deceive: A Study of the Crisis Pregnancy Center Industry in Nine States***

EXHIBIT T

*jenifermckenna@mjmconsulting.org*
*413-244-4380*

***Jenifer McKenna** (she/her)*
***Reproductive & Gender Equity Consultant***
***Co-Founder, California Women's Law Center***
***Co-Author, Designed to Deceive: A Study of the Crisis Pregnancy Center Industry in Nine States***
*jenifermckenna@mjmconsulting.org*
*413-244-4380*

***Jenifer McKenna** (she/her)*
***Reproductive & Gender Equity Consultant***
***Co-Founder, California Women's Law Center***
***Co-Author, Designed to Deceive: A Study of the Crisis Pregnancy Center Industry in Nine States***
*jenifermckenna@mjmconsulting.org*
*413-244-4380*

EXHIBIT T

**From:** Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org>
**To:** "
**Cc:** "Rebecca Hart Holder (personal)" <rhartholder@reproequitynow.org>, Claire Teylouni <cteylouni@reproequitynow.org>, Carrie Baker <cbaker@smith.edu>, Owen Zaret <ozaret@mac.com>
**Subject:** Re: Request for REN sign-on to Easthampton CC letter re ordinance override
**Date:** Fri, 21 Jul 2023 16:10:40 +0000
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Wonderful; thanks so much, - I'll follow up one-on-one to make a date to talk.

Thanks for connecting us, Becca!

Jenifer

On Jul 21, 2023, at 12:02 PM, (DPH) < > wrote:

Nice to meet you and happy to chat. We reviewed applications for the media partner for the campaign this week and I expect we will be announcing the successful vendor soon.

Best,

---------------------------

(pronouns: she, her, and hers)
Director, Division of Child/Adolescent Health and Reproductive Health
cell: (617) 620-4673 •

**From:** Rebecca Hart Holder (personal) <rhartholder@reproequitynow.org>
**Sent:** Friday, July 21, 2023 10:46 AM
**To:** Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>; Carrie Baker <cbaker@smith.edu>; Owen Zaret <ozaret@mac.com>; (DPH) < EXEMPT-A >
**Subject:** Re: Request for REN sign-on to Easthampton CC letter re ordinance override

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Of course. email is EXEMPT-A

Thanks,
Becca

On Thu, Jul 20, 2023 at 7:36 PM Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org> wrote:

> Thanks Becca - this is so helpful. Amanda Hainsworth also recommended we contact for help demystifying the DPH licensing landscape, so it's great to know she's also a likely point person for public education campaign info, or at least can direct us to whoever is.
>
> Could you share email address? I'll just reach out directly.
>
> Thanks again!
>
> Jenifer

# EXHIBIT T

On Jul 20, 2023, at 3:58 PM, Rebecca Hart Holder (personal) <rhartholder@reproequitynow.org> wrote:

Hi Jenifer,

Thanks for being so open! I appreciate it.

My understanding is that DPH just put the contract out to bid for the public education campaign. They don't have a marketing firm selected yet but, when they do, I will reach out. I know that a requirement is that the firm who wins the bid use subject-matter experts to help shape the campaign. Once that firm is in place, we can start discussing strategies and timeframe.

My guess is that EXEMPT-A is overseeing the work at DPH but I will confirm that. [redacted] great and will be a real partner.

Thanks,
Becca

On Thu, Jul 20, 2023 at 3:16 PM Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org> wrote:

> Hi Becca, thanks for the thoughtful reply, and yes to this important edit. I just made that change.
>
> Quick question while I have you: do you have any information about the status of the DPH public education campaign? It would be helpful to know what strategies are in development and the likely timeframe, as we argue for the importance of community-based public education on CPCs. If you know who is in charge of that planning at DPH, and can share that contact with us, it would be great.
>
> Thanks so much,
> Jenifer
>
> On Jul 20, 2023, at 2:33 PM, Rebecca Hart Holder (personal) <rhartholder@reproequitynow.org> wrote:
>
> Hi Jenifer,
>
> Thanks for sending this. I really appreciate all the work you put into this letter. Given that we already sent a veto letter, I'm not sure if there is value in having us sign onto this letter. It seems more powerful to have groups other than ours sign onto the letter and let our letter stand alone.
>
> I also wonder if you could remove the word "bravely" from the last sentence of the third paragraph as it refers to our work. What we are doing isn't brave, it is our mission to push for policies that expand abortion access. I also worry that, in the wrong hands, using the word "bravely" could create abortion stigma. I realize that is not the intention of the use of the word "bravely" but the inference is there in the hands of anti-choice extremists who could willfully read it that way.
>
> I am, of course, happy to discuss.
>
> Thanks,
> Becca
>
> On Tue, Jul 18, 2023 at 1:16 PM Mary Jenifer McKenna <jenifermckenna@mjmconsulting.org> wrote:
>
> > Hi Becca and Claire,
> >
> > Thank you so much for issuing the REN statement calling for the Easthampton Council override of LaChapelle's veto.

EXHIBIT T

Would you also be willing to have REN sign onto the attached draft letter urging the Council to override? On Friday we reached out to over 20 orgs that supported the ordinance and as of yesterday already had over 10 signing on. (List of confirmed and pending orgs signing on is at bottom of the letter). It would be terrific if REN would join us.

Please let us know by Friday 7/21 at 5pm? We will send it to the Council on Monday 7/24 at noon. And if you have suggested edits, and additional groups you recommend we reach out to, please let me know. For example, do you have contacts at the Mass Transgender Political Coalition and/or the Mass Commission on LGBTQ Youth we could reach out to?

Also sharing a column I wrote for the Daily Hampshire Gazette - Guest Columnist Jenifer McKenna: A 'reckless veto' in Easthampton - and here's the Mayor on Bill Newman's radio show yesterday, doubling down on her position - these are not local issues, it's not the city's job - and claiming the antis have already filed lawsuits against MA CPC ordinances. Worried about how much disinformation she is spreading now.

In my column I drew from the Cognoscenti piece that Becca co-authored with Lt. Governor Driscoll, to refute LaChapelle's claim that local government has no role to play re state policy or information sharing. Might you engage the Lt. Governor to make a public statement reiterating the Healy/Driscoll administration's call for local action as part of an "all-of-government" response to the post-Roe reality?

Many thanks,

Jenifer

***Jenifer McKenna** (she/her)*
***Reproductive & Gender Equity Consultant***
***Co-Founder, California Women's Law Center***
***Co-Author, Designed to Deceive: A Study of the Crisis Pregnancy Center Industry in Nine States***
***jenifermckenna@mjmconsulting.org***
***413-244-4380***

***Jenifer McKenna** (she/her)*
***Reproductive & Gender Equity Consultant***
***Co-Founder, California Women's Law Center***
***Co-Author, Designed to Deceive: A Study of the Crisis Pregnancy Center Industry in Nine States***
***jenifermckenna@mjmconsulting.org***
***413-244-4380***

**EXHIBIT T**

*Jenifer McKenna (she/her)*
*Reproductive & Gender Equity Consultant*
*Co-Founder, California Women's Law Center*
*Co-Author, Designed to Deceive: A Study of the Crisis Pregnancy Center Industry in Nine States*
*jenifermckenna@mjmconsulting.org*
*413-244-4380*

*Jenifer McKenna (she/her)*
*Reproductive & Gender Equity Consultant*
*Co-Founder, California Women's Law Center*
*Co-Author, Designed to Deceive: A Study of the Crisis Pregnancy Center Industry in Nine States*
*jenifermckenna@mjmconsulting.org*
*413-244-4380*

EXHIBIT U

**From:** Anna Marie Finley <AFinley@moreadvertising.com>
**To:** Will McMahon <wmcmahon@moreadvertising.com>, Megan Palame <mpalame@moreadvertising.com>, Michael Tiedemann <mtiedemann@moreadvertising.com>, "Crowther, Suzanne (DPH)" <suzanne.crowther@mass.gov>, "Leonard, Michelle A (DPH)" <michelle.a.leonard2@mass.gov>, "Exemption (a) exempted from disclosure by statute" <Exemption (a) exempted from disclosure by statute>, "Exemption (a) exempted from disclosure by statute" <Exemption (a) exempted from disclosure by statute>, "Kyle Strubel" <kstrubel@moreadvertising.com>, Ashley Rappa <arappa@moreadvertising.com>, "Rebecca Hart Holder (personal)" <rhartholder@reproequitynow.org>, Claire Teylouni <cteylouni@reproequitynow.org>, "Taylor St. Germain" <tstgermain@reproequitynow.org>
**Cc:** Annika Cook <acook@moreadvertising.com>, Jill Caruso <jcaruso@moreadvertising.com>, "Crowther, Suzanne (DPH)" <suzanne.crowther@mass.gov>, "EX EXEMPT-A (DPH)" <Exemption (a) exempted from disclosure by statute>, "EXEMPT-A, EXEMPT-A (DPH)" <Exemption (a) exempted from disclosure by statute>
**Subject:** RE: Crisis Pregnancy Center (CPC) Campaign Kick-Off
**Date:** Fri, 04 Aug 2023 14:05:13 +0000
**Importance:** Normal
**Attachments:** MORE_CPC_Kick_Off_Mtg_Agenda_8.7.23.docx

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi everyone,
I'm really looking forward to meeting many of you on Monday and kicking off this campaign.
Attached is an agenda that we're hoping can guide our discussion.

Please let us know any questions.

We'll see you Monday!

Thanks,
Anna Marie

-----Original Appointment-----
**From:** Anna Marie Finley
**Sent:** Thursday, July 27, 2023 3:33 PM
**To:** Anna Marie Finley; Will McMahon; Megan Palame; Michael Tiedemann; Crowther, Suzanne (DPH); Leonard, Michelle A (DPH); EXEMPT-A; Exemption (a) exempted from disclosure by statute; Kyle Strubel; Ashley Rappa; Rebecca Hart Holder (personal); Claire Teylouni; Taylor St. Germain
**Cc:** Annika Cook; Jill Caruso; Crowther, Suzanne (DPH); EX EXEMPT-A (DPH); EXEMPT-A, EXEMPT-A (DPH)
**Subject:** Crisis Pregnancy Center (CPC) Campaign Kick-Off
**When:** Monday, August 7, 2023 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Update: This meeting will be moved to 8/7 to accommodate schedules. It will take the place of the ACCESS mtg at this time.
Thanks!
—

Hi everyone,
The MORE team (myself, Megan Palame, and Will McMahon) are looking forward to kicking off this project with you.

Anna Marie

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**

[redacted]

Meeting ID: [redacted]
Passcode: [redacted]
Download Teams | Join on the web

Learn More | Meeting options

---

EXHIBIT U

more

**AGENDA** MORE/CPC Campaign Kick-Off

August 7, 2023

I. **Intros**

II. **Campaign goal and objectives**
   a. Goal – What does success look like?
   b. Objectives
      i. What do we want individuals to know?
         - CPCs exist
         - What CPCs typically do and don't do
         - The specific harmful practices of CPCs and why individuals should avoid them?
         - Help individuals identify CPCs and know red flags?
         - Learn the benefits of the SRHP clinics
      ii. What do we want them to do?
         - Get services at a SRHP clinic

III. **Key audiences**
   a. What are priority audiences and/or scenarios? For ex., individual seeking information on abortion services – is this audience a priority?
   b. Are there additional languages beyond Spanish that we need to consider?

IV. **Messaging/Positioning**
   a. How much does DPH want to call out these centers? Identify them individually, for example?
      i. What are we calling them? *Crisis pregnancy centers, anti-abortion clinics, both, fake clinics?*
   b. Is the goal to position SRHP clinics as the alternative? Highlight benefits of these clinics?

V. **Proposed Research process**
   a. Stakeholder Interviews – gather insights to inform creative development
      i. REN
      ii. SRHP providers and/or project managers- could do small group(s) discussion or individual interviews
      iii. Other?
   b. Environmental Scan
   c. Concept Testing
      i. Temperature check with project team and stakeholders (survey or group feedback on meeting)
      ii. Do consumer testing of top performing options via an online discussion board or survey

VI. **Creative process and approvals**
   a. Creative brief/strategy
   b. Concepts (visual, headline, tagline, etc.)
   c. Testing (multiple languages), edits, finalizing

EXHIBIT U

more

AGENDA

d. Develop assets
e. Approval process and who is involved/required

VII. **Timeline**
a. Preferred paid media launch date?

VIII. **Next steps –**
a. MORE and EXEMPT-A to coordinate weekly project meeting and attendees
b. MORE to develop a project brief for review and begin planning stakeholder research
c. Continue environmental scan