EXHIBIT V



WHITING002538

EXHIBIT V

**Overview**

- Scanned current events, Massachusetts AACs, research, and advocacy landscape around AACs
- Highlighted existing communications campaigns and consumer messaging
- Identified considerations for our campaign to discuss

MORE a causemedia³ company

2

WHITING002539

EXHIBIT V



WHITING002540

EXHIBIT V

### Names and Terms

- They refer to themselves as…
  - Crisis pregnancy center—Recently, they've used CPC less and less, in the face of more exposure
  - Pregnancy resource center
  - Women's health center
- The healthcare, advocacy, and research fields are using various names CPCs, anti-abortion centers/clinics, and/or fake clinics. Mostly anti-abortion centers.
  - The AP is now using the term anti-abortion centers (crisis pregnancy centers)

MORE a caucinmedia® company

4

WHITING002541

EXHIBIT V

## What They Do & Don't Do

- Number of AACs is growing: About 2,500 nationwide; around 30 operating in Mass.
- Funded by anti-abortion groups and religious orgs with the explicit agenda to prevent abortion. Some receive funding from state programs like TANF.
- Use predatory, deceptive tactics to present as healthcare facilities with healthcare staff, but offer virtually no healthcare
  - *95% offer no prenatal care, less than half refer to prenatal care (from Designed to Deceive)*
- Biased and false information, including false claims around abortion
- Promote "free" items and services (diapers, support) but "earn as you learn" tactics
- Advertise aggressively online to people looking for abortion, prenatal, pregnancy-related support
- "Co-locate" next to real clinics and/or abortion providers to confuse patients

MORE, a causemedia® company

5

WHITING002542

EXHIBIT V

**How They Harm**

- Impede/delay access to real care including delayed prenatal care, STD care, etc.
- Spread misinformation
- Delay abortion services, and therefore, access
- Push the unsupported, unproven, and dangerous "abortion pill reversal"
- Put patient data and privacy at risk (no HIPAA requirements)
- Break down trust of legitimate health care

MORE

## Crisis pregnancy center failed to spot an ectopic pregnancy, threatening patient's life, lawsuit alleges

6

WHITING002543

EXHIBIT V

## AAC Targeting

- Primarily target BIPOC individuals
- Low-income, uninsured
- People looking for diapers, clothes, help with planned pregnancies; in need of prenatal care
- People looking for abortion services *(refer to their audience as "abortion-minded" or "abortion-seeking" potential patients)*
- Younger people, including college students
- Immigrants

"I'm a full-time college student and the resources that I have are extremely limited. I know how expensive abortion can be...The website used all the right language. I even knew about CPCs before this whole ordeal. I completely fell for it because it made the website seem like a medical clinic..."

-Excerpt from "Hana's Story", Ms. Magazine, 2022

MORE a sausagemedia™ company

7

WHITING002544

EXHIBIT V

## AAC Advertising Tactics

A report from the Center for Countering Digital Hate (CCDH) shows that between March 2021 and February 2023:
- AACs spent an estimated $10.2 million on Google ads
  - Ads were clicked on an estimated **13 million times**
  - **2 times more** spent in states where abortion is legal compared to states with bans.

AACs use keywords for SEO and Google Ads.
- AACs **target 15,000** different queries (keywords/phrases) related to abortion
- Examples:
  - "abortion clinic near me"
  - "pregnancy options"
  - "telehealth abortion pill <state>"
  - "how much is an abortion in <state>"
  - "abortion pill"
  - "planned parenthood"

MORE a causemedia? company

8

WHITING002545

EXHIBIT V



WHITING002546

EXHIBIT V



WHITING002547

EXHIBIT V



WHITING002548

EXHIBIT V



WHITING002549

EXHIBIT V

## Sample List - AACs in Massachusetts

- **Attleboro Women's Health Center/Abundant Hope Pregnancy Resource Center**, Attleboro
- **Boston Center for Pregnancy Choices**, Boston
- **Healthy Futures**, Dorchester
- **Your Options Medical Center** (Fall River, Sturbridge, Revere, other locations)
- **Alternatives Pregnancy Center**, Greenfield
- **Your Options Medical Mobile Van**, Hyannis
- **Pregnancy Care Center/Standing With You/Options for Pregnancy**, Lowell
- **Pregnancy Support Services of Berkshire**, Pittsfield
- **Learn Your Options Pregnancy Confirmation Services**, Revere
- **Springfield Pregnancy Care Center**, Springfield
- **Clearway Clinic**, Worcester

Care
Support
Clinic
Resource
Choices
Medical
Women's Health
Center

MORE a couramedix³ company

13

WHITING002550

EXHIBIT V

## Services They Advertise

- Pre-abortion consultation
- Abortion information
- After-abortion care; after-abortion counseling
- Ultrasounds
- Pregnancy testing
- Prenatal/pregnancy education
- STI testing/treatment
- Abortion pill reversal
- Parenting classes
- Diapers

MORE a causemedia³ company

WHITING002551

EXHIBIT V

**Language and Messaging**

Need to talk to someone?

Life-affirming care

We're here to provide a safe space to consider all your options

No judgement

**Compassionate**

# You are not alone.

**Free**

Here to support you

Make empowered decisions

We're here to help

**Confidential services**

You have options

MORE, a *consciense* company

WHITING002552

# EXHIBIT V



WHITING002553

# EXHIBIT V



WHITING002554

EXHIBIT V



WHITING002555

# EXHIBIT V



WHITING002556

EXHIBIT V

# AAC Awareness Building



WHITING002557

# EXHIBIT V

### NOWNYC / Women's Justice NOW



**Objective**
To train, educate, and provide programs/resources on a wide range of women's rights topics

**Audience**
Women seeking information about their rights regarding pregnancy/abortion (once on pages related to these rights)

**Key Messaging**
From resource page for how to spot and report AACs:
- "Get the facts"
- "Find a REAL clinic"
- "False claims used by CPCs..."
- Spotting fake clinics
- How to know if a clinic is fake

MORE a reuseneda* company

21

WHITING002558

# EXHIBIT V

## LegalVoice: "Know Before You Go"

### Objective
Group fighting for equitable laws and educating people on their rights.

### Audience
Those pregnant and looking for information

### Key Messaging
- "Know Before You Go"
- From their CPC resource page on how-to-spot-AACs
- Refers to both "fake clinics" and the #ExposeFakeClinics campaign, linking to that group's page

**Legal Voice**
*Toward Justice & Gender Liberation.*

MORE a causemedia company

22

WHITING002559

EXHIBIT V



WHITING002560

EXHIBIT V

## Abortion Access Front: Expose Fake Clinics

### Key Messaging/Strategies

- Printable signs; toolkits for protest; flyer downloads; in-person guides
- Ideas for sign language and chants
- Links to leave reviews, vote for honest reviews of AACs
- Resources for how to spot and report these centers #ExposeFakeClinics' website offers direct links to activism
- Additional digital strategies—reporting mobile clinics ('#gramthevan')
- Many examples of navigating the language we are considering

From website | Fake clinics are often made to look like medical facilities, yet they don't practice medicine (outside of an occasional ultrasound or STI test), nor do they use medical facts or standardized ethics.

GOD HATES FAKE CLINICS

THIS IS NOT A DOCTOR'S OFFICE

MORE a company

24

# EXHIBIT V



WHITING002562

EXHIBIT V



Further posts using the hashtag #ExposeFakeClinics, for their own campaigns or events

WHITING002563

# EXHIBIT V

## Abortion Care Network: #EndAbortionDeception

**Objective**

Educate those in the San Francisco area that AACs mislead and offer medically unsound information

**Audience**

San Francisco Bay Area residents

**Key Messaging/Strategies**
* #EndAbortionDeception
  * 6 billboards around San Francisco Bay area
  * Supported by extensive earned media
* Use of real-life care provider
* "Medically accurate"
* "Deception"
* "Care they can trust"
* "Politically motivated"



*Face of billboard campaign UCSF nurse Monica McLemore*

MORE a causemedia³ company

WHITING002564

EXHIBIT V



Several other clinics followed this same messaging campaign across the country

WHITING002565

EXHIBIT V



Art by @liberaljane – activist artist – justchoice org utilizing 'fake clinics' language

WHITING002566

# EXHIBIT V



### Abortion Care Network

**Objective**

"...De-stigmatize and normalize the abortion experience—for abortion care providers as well as individuals and communities."

**Audience**

People who are pro-abortion, but may not be aware of the needs or immense populations independent providers serve

**Key Messaging/Strategies**

- "Celebrate abortion providers"
- "Communities need clinics"

*Abortion Provider Appreciation Day* (est. 2017)
*Communities Need Clinics* — yearly report

30

WHITING002567

EXHIBIT V



WHITING002568

# EXHIBIT V



WHITING002569

EXHIBIT V

## Planned Parenthood

**Objective**
To educate and provide resources to ensure people have the care they need to
protect and make decisions about their bodies and reproductive health

**Audience**
Patients/people who have historically faced barriers to quality health care- often
BIPOC and LGBTQ+ community as well as people in rural areas, with low incomes,
and without health insurance.



**Key Messaging/Strategies**
- Consistent messaging about resources for factual, medically sound care and
  education
- National Press Statement from 2007 condemning AACs
- Little national messaging on AACs
  - Localized groups have more AAC-focused advocacy, directly oppositional
    language
    - Many blog posts calling out AACs
    - Flyers/fact sheets
    - Local affiliates often have statements
    - ex. Planned Parenthood Advocacy Fund of Massachusetts (PPAF) board statement

MORE a causemedia³ company

33

WHITING002570

EXHIBIT V



WHITING002571

# EXHIBIT V



WHITING002572

EXHIBIT V



WHITING002573

EXHIBIT V



WHITING002574

EXHIBIT V

## Considerations

- **Calling out AACs**—Consider balance between helping people recognize the facility in their community AND calling them what the field is calling them, anti-abortion centers
  - Fake clinics may not be viable given licensing of some MA centers. Recommend avoiding this in testing if it's not legally viable.
  - Consider what Abortion Access Front used: "Anti-abortion centers, which are often called crisis pregnancy centers,...."
- **Key messages about harms** and why they should be avoided—Focus on what is universally a strong deterrent for patients and include more info on campaign page
  - What individuals lose out on *(all options, accurate information, trusted care, care without judgement, etc.)*
  - The deception and dishonesty
- AACs are **targeting** more than just people looking for abortion care—keep this front of mind in messaging and media/marketing strategies
- Using **myth vs. fact** messages—is this effective?

MORE a causemedia° company

38

EXHIBIT V

## Considerations

- Using **health care provider** as face of campaign, to share what they offer and what AACs really are
  - Many providers have suggested real stories would be powerful
- Keep our audiences' real and/or perceived **barriers to care** front of mind
  - Messaging about SRHP clinics should address barriers
- Language
  - "All your options"; terms like "comprehensive care"
  - Free: many providers pointed out the appeal of free pregnancy tests, but that it's not actually "free"
  - Using terms like red flags, spotting fake clinics has been done a lot

MORE a business company

How do we want to tackle/address religious aspects of these places

Bad
> Faith
> medicine

Hold accountable

Fake

Deceptive/deception

'Know' – putting a positive light on the mind of the consumer – they *can* spot these, they are not helpless they can **_know_**
> Options
> Facts
> Red flags
> Etc.

39

WHITING002576

EXHIBIT V

## Research Update and Next Steps

- Key informant/provider interviews to date
  - *Dr. Carrie Baker and Jenifer McKenna*
  - *REN*
  - *Tapestry Health—Cindy Miller*
  - *BMC—Dr. Kate White*
  - *Health Imperatives—Emily and Elizabeth*
  - *Family Health Center of Worcester—Abby Rosenstein*
  - *UMass—Dr. Luu Ireland*
  - *Coming: Marie Harris and Areli Castillo-Torres, PPLM Worcester*

- Sept 25th – Next meeting
  - Share key informant call insights and discuss key messages
  - Final Project Brief for sign-off
- Develop the Creative Brief – 25th – Oct. 10th (presented 10/10)

MORE a columbia company

40

WHITING002577

EXHIBIT V



41

WHITING002578

# EXHIBIT V

### The Alliance
#### *Designed to Deceive*



- The Alliance: "a collaborative of state and regional law and policy members" with widely cited report and robust resource page on AACs
- Report spotlights
  - *Non-Diagnostic Ultrasounds*
  - *Abortion Pill "Reversal"*
  - *Patient Information and Big Data*

MORE a company

42

WHITING002579

# EXHIBIT V



WHITING002580

EXHIBIT V



WHITING002581

# EXHIBIT V



WHITING002582

EXHIBIT V

WHITING002583

# EXHIBIT V



**Sources**

- Oldham, Grace, and Dhruv Mehrotra. "Facebook and Anti-Abortion Clinics Are Collecting Highly Sensitive Info on Would-Be Patients — the Markup." *The Markup,* 15 June 2022, https://themarkup.org/pixel-hunt/2022/06/15/facebook-and-anti-abortion-clinics-are-collecting-highly-sensitive-info-on-would-be-patients
- Saporta stated. Vicki. "Politifact - Tallies Are Too Sketchy to Say Anti-Abortion Centers Outnumber Abortion Providers 2 to 1." @politifact, 17 May 2016, www.politifact.com/factchecks/2016/may/17/vicki-saporta/tallies-are-too-sketchy-say-anti-abortion-centers-/
- Shapero, Julia. "Newsom Launches Red State Billboard Campaign Touting Abortion Access in California." *The Hill,* The Hill, 15 Sept. 2022, https://thehill.com/homenews/state-watch/3644524-newsom-launches-red-state-billboard-campaign-touting-abortion-access-in-california/
- Sharma, Amita. "California Is a Haven for Reproductive Rights, but Anti-Abortion Crisis Pregnancy Centers Still Thrive." *KPBS Public Media,* KPBS, 7 Mar. 2023, www.kpbs.org/news/2023/03/02/california-is-a-haven-for-reproductive-rights-but-anti-abortion-crisis-pregnancy-centers-still-thrive
- Tadayon, Ali. "Bay Area Billboards Denounce Anti-Abortion Centers, Controversial Procedure." *East Bay Times,* East Bay Times, 16 Feb. 2018, www.eastbaytimes.com/2018/02/16/billboards-denounce-anti-abortion-centers-controversial-procedure/
- Wamsley, Laurel. "Google Shows You Ads for Anti-Abortion Centers When You Search for Clinics near You." *NPR,* NPR, 22 June 2023, www.npr.org/2023/06/22/1182865322/google-abortion-clinic-search-results-anti-abortion
-

MORE a cause media™ company

47

WHITING002584

# EXHIBIT V

## Miscellaneous

- Crisis Pregnancy Center Map
- Consumer Alert - CA Department of Justice
- Consumer Alert – NJ Div of Consumer affairs
- Crisis Pregnancy Centers and Fake Clinics Archives - Ms. Magazine
- State legislation tracker | Guttmacher Institute

- Abortion Care Network
- Expose Fake Clinics
- Planned Parenthood - campaigns page
- Women's Justice Now
- Abortion Care Network
- WI Alliance for Women's Health
- Expose Fake Clinics
- Abortion Access Front
- The Jane Fund
- Abortion Truth Campaign
- Reproductive Equity Now

MORE a cause media³ company

48

WHITING002585