# EXHIBIT II

**From:** "Taylor St. Germain" <tstgermain@reproequitynow.org>
**To:** Anna Marie Finley <AFinley@moreadvertising.com>
**Cc:** "Leonard, Michelle A (DPH)" <Michelle.A.Leonard2@mass.gov>, "EXEMPT-A, EXEMPT-A (DPH)" <Exemption (a) exempt from disclosure by statute>, Will McMahon <wmcmahon@moreadvertising.com>
**Subject:** Re: AAC Web page follow up
**Date:** Wed, 03 Jan 2024 15:51:07 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.jpg

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi all - Happy New Year! Thanks for following up on this, Anna Marie.

I spoke with our digital privacy folks. REN has gone to some pretty great lengths to protect the digital privacy of those visiting the Care Guide website (among other pages on our website). We work with a digital privacy expert that specializes in protecting the data and privacy of vulnerable populations, including those seeking abortion care. For that reason, we'd prefer that folks view and visit the map on our website to ensure that their data and browsing history is not compromised when searching for abortion providers.

Happy to chat this through,

Taylor

On Wed, Jan 3, 2024 at 6:35 AM Anna Marie Finley <AFinley@moreadvertising.com> wrote:

> Hi Michelle and Taylor,
>
> I wanted to follow up on the question of embedding the REN abortion provider map onto mass.gov. What were the next steps for exploring this possibility? How can we help?
>
>
> Thanks,
>
> Anna Marie
>
>
> **ANNA MARIE FINLEY**
>
> **MORE Advertising**
>
>
> ---
>
> **From:** Anna Marie Finley
> **Sent:** Tuesday, December 19, 2023 11:57 AM
> **To:** Will McMahon <wmcmahon@moreadvertising.com>; [Exempt]; [Exempt]; EXEMPT-A, EXEMPT-A (DPH) <Exemption (a) exempted from disclosure by statute>; Annika Cook <acook@moreadvertising.com>;

# EXHIBIT II

Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>; rhartholder@reproequitynow.org;
█████████████; Crowther, Suzanne (DPH) <suzanne.crowther@mass.gov>;
tstgermain@reproequitynow.org; cteylouni@reproequitynow.org; ▢ Exemption (a) exempted from disclosure by statute ▢ █████
EXEMPT-A (DPH) < ▢ Exemption (a) exempted from disclosure by statute ▢ >
Cc: Kyle Strubel <kstrubel@moreadvertising.com>; ▢ EXEMPT-A (DPH) < ▢ Exemption (a) exempted from disclosure by statute ▢ >
Subject: Follow up / Web page RE: AAC Campaign Team Meeting

Hi everyone,

Thanks for discussing the campaign web page.

We incorporated everyone's feedback so @Leonard, Michelle A (DPH) can update the mock-up for review.

What's TBD is embedding the REN abortion provider map onto a mass.gov sub-page, so there's an option B listed on this outline if that doesn't work.

📄 AAC Campaign Mass.gov Page Outline.docx

If folks could review this and comment before week of 1/8 - if there's something missing, or you'd like to suggest a different approach on something, just add your comments!

Thanks so much – and enjoy the holidays,

Anna Marie

**ANNA MARIE FINLEY**

**MORE Advertising**

**From:** Will McMahon <wmcmahon@moreadvertising.com>
**Sent:** Friday, December 15, 2023 3:48 PM
**To:** ▢ Exemption (a) exempted from disclosure by statute ▢ ; Anna Marie Finley <AFinley@moreadvertising.com>; ▢ Exemption (a) exempted from disclosure by statute ▢
EXEMPT-A, EXEMPT-A (DPH) < ▢ Exemption (a) exempted from disclosure by statute ▢ >; Annika Cook <acook@moreadvertising.com>;
Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>; rhartholder@reproequitynow.org;
█████████████; Crowther, Suzanne (DPH) <suzanne.crowther@mass.gov>;
tstgermain@reproequitynow.org; cteylouni@reproequitynow.org; Ashley Rappa
<arappa@moreadvertising.com>; ▢ Exemption (a) exempted from disclosure by statute ▢ ; EXEMPT-A (DPH)
< ▢ Exemption (a) exempted from disclosure by statute ▢ >
Cc: Kyle Strubel <kstrubel@moreadvertising.com>; ▢ EXEMPT-A (DPH) < ▢ Exemption (a) exempted from disclosure by statute ▢ >
Subject: AAC Campaign Team Meeting

Hello team - Happy Friday!

WHITING003510

# EXHIBIT II

Here is our agenda for Monday: 📄 Agenda_12.18_MORE AAC Campaign.docx

We will start by discussing this proposed outline for the campaign website: 📄 AAC Campaign Mass.gov Page Outline.docx. We will also review concept testing and paid media.

Have a great weekend,

Will

**more**

**WILL MCMAHON (He/Him)**

**Senior Account Manager**

MORE Advertising // 50 Hunt Street, Watertown, MA, 02472

O  617.558.6850 //  C  781.801.8699  //  MOREadvertising.com

**Change Powers Us**

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org



WHITING003511

# EXHIBIT II

**From:** "Taylor St. Germain" <tstgermain@reproequitynow.org>
**To:** Anna Marie Finley <AFinley@moreadvertising.com>
**Cc:** "Leonard, Michelle A (DPH)" <Michelle.A.Leonard2@mass.gov>, "▆▆▆▆▆▆▆▆▆ (DPH)" <▆▆▆▆▆▆▆▆▆▆▆▆▆>, Will McMahon <wmcmahon@moreadvertising.com>
**Subject:** Re: AAC Web page follow up
**Date:** Wed, 03 Jan 2024 15:51:07 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.jpg

> **CAUTION:** This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi all - Happy New Year! Thanks for following up on this, Anna Marie.

I spoke with our digital privacy folks. REN has gone to some pretty great lengths to protect the digital privacy of those visiting the Care Guide website (among other pages on our website). We work with a digital privacy expert that specializes in protecting the data and privacy of vulnerable populations, including those seeking abortion care. For that reason, we'd prefer that folks view and visit the map on our website to ensure that their data and browsing history is not compromised when searching for abortion providers.

Happy to chat this through,

Taylor

On Wed, Jan 3, 2024 at 6:35 AM Anna Marie Finley <AFinley@moreadvertising.com> wrote:

> Hi Michelle and Taylor,
>
> I wanted to follow up on the question of embedding the REN abortion provider map onto mass.gov. What were the next steps for exploring this possibility? How can we help?
>
>
> Thanks,
>
> Anna Marie
>
>
> **ANNA MARIE FINLEY**
>
> **MORE Advertising**
>
>
> ---
>
> **From:** Anna Marie Finley
> **Sent:** Tuesday, December 19, 2023 11:57 AM
> **To:** Will McMahon <wmcmahon@moreadvertising.com>; ▆▆▆▆▆▆▆▆▆; ▆▆▆▆▆▆▆▆▆ (DPH) <▆▆▆▆▆▆▆▆▆▆▆>; Annika Cook <acook@moreadvertising.com>;

WHITING003512

# EXHIBIT II

Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>; rhartholder@reproequitynow.org; ████████████████; Crowther, Suzanne (DPH) <suzanne.crowther@mass.gov>; tstgermain@reproequitynow.org; cteylouni@reproequitynow.org; [Exemption - an exemption from disclosure by statute] ██; ████ (DPH) <████████████>
**Cc:** Kyle Strubel <kstrubel@moreadvertising.com>; ████████ (DPH) <████████████>
**Subject:** Follow up / Web page RE: AAC Campaign Team Meeting

Hi everyone,

Thanks for discussing the campaign web page.

We incorporated everyone's feedback so @Leonard, Michelle A (DPH) can update the mock-up for review.

What's TBD is embedding the REN abortion provider map onto a mass.gov sub-page, so there's an option B listed on this outline if that doesn't work.

📄 AAC Campaign Mass.gov Page Outline.docx

If folks could review this and comment before week of 1/8 - if there's something missing, or you'd like to suggest a different approach on something, just add your comments!

Thanks so much – and enjoy the holidays,

Anna Marie

**ANNA MARIE FINLEY**

**MORE Advertising**

---

**From:** Will McMahon <wmcmahon@moreadvertising.com>
**Sent:** Friday, December 15, 2023 3:48 PM
**To:** ████████████; Anna Marie Finley <AFinley@moreadvertising.com>; ████████; ████ (DPH) <████████████>; Annika Cook <acook@moreadvertising.com>; Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>; rhartholder@reproequitynow.org; ████████; Crowther, Suzanne (DPH) <suzanne.crowther@mass.gov>; tstgermain@reproequitynow.org; cteylouni@reproequitynow.org; Ashley Rappa <arappa@moreadvertising.com>; [Exemption - an exemption from disclosure by statute] ██; ████████ (DPH) <████████████>
**Cc:** Kyle Strubel <kstrubel@moreadvertising.com>; ████████ (DPH) <████████████>
**Subject:** AAC Campaign Team Meeting

Hello team - Happy Friday!

WHITING003513

# EXHIBIT II

Here is our agenda for Monday: Agenda_12.18_MORE AAC Campaign.docx

We will start by discussing this proposed outline for the campaign website: AAC Campaign Mass.gov Page Outline.docx. We will also review concept testing and paid media.

Have a great weekend,

Will

**WILL MCMAHON (He/Him)**

**Senior Account Manager**

MORE Advertising // 50 Hunt Street, Watertown, MA, 02472

O 617.558.6850 // C 781.801.8699 // MOREadvertising.com

**Change Powers Us**

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org



# EXHIBIT II

**From:** Anna Marie Finley <AFinley@moreadvertising.com>
**To:** "Taylor St. Germain" <tstgermain@reproequitynow.org>, "Leonard, Michelle A (DPH)" <Michelle.A.Leonard2@mass.gov>, "██EXEMPT-A██, ██EXEMPT-A██ (DPH)" ██Exemption 3a exempted from disclosure by statute██
**Cc:** Will McMahon <wmcmahon@moreadvertising.com>
**Subject:** RE: AAC Web page follow up
**Date:** Wed, 03 Jan 2024 16:03:00 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.jpg

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Thanks, Taylor. I think that makes sense.

With that in mind, ██EXEMPT-A██, ██EXEMPT-A██ (DPH) and @Leonard, Michelle A (DPH), we could either have folks click on "Find Abortion Care" when they land on the campaign page and be taken to a mass.gov sub-page so they aren't taken *directly* to REN without context OR just have them go straight to the REN map? I could make an argument that the user experience is smoother by just going straight to the map of providers, but the trust-building element of having them get some context on a mass.gov page is valuable, too.

We could discuss/work through this in a small group– in terms of how this gets set up – and bring it back to the larger group on our next call (though not Monday, as this is the concept testing results discussion). Happy to schedule something for us next week to keep it moving.

Thanks!
Anna Marie

**ANNA MARIE FINLEY**
**MORE Advertising**

**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Wednesday, January 3, 2024 10:51 AM
**To:** Anna Marie Finley <AFinley@moreadvertising.com>
**Cc:** Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>; ██EXEMPT-A██, ██EXEMPT-A██ (DPH) <██████████████████>; Will McMahon <wmcmahon@moreadvertising.com>
**Subject:** Re: AAC Web page follow up

Hi all - Happy New Year! Thanks for following up on this, Anna Marie.

I spoke with our digital privacy folks. REN has gone to some pretty great lengths to protect the digital privacy of those visiting the Care Guide website (among other pages on our website). We work with a digital privacy expert that specializes in protecting the data and privacy of vulnerable populations, including those seeking abortion care. For that reason, we'd prefer that folks view and visit the map on our website to ensure that their data and browsing history is not compromised when searching for abortion providers.

Happy to chat this through,

Taylor

On Wed, Jan 3, 2024 at 6:35 AM Anna Marie Finley <AFinley@moreadvertising.com> wrote:

WHITING003515

# EXHIBIT II

Hi Michelle and Taylor,
I wanted to follow up on the question of embedding the REN abortion provider map onto mass.gov.
What were the next steps for exploring this possibility? How can we help?

Thanks,
Anna Marie

**ANNA MARIE FINLEY**
**MORE Advertising**

**From:** Anna Marie Finley
**Sent:** Tuesday, December 19, 2023 11:57 AM
**To:** Will McMahon <wmcmahon@moreadvertising.com>; ▓▓▓▓▓▓▓▓▓▓▓▓▓;
▓▓▓▓▓▓▓▓▓▓▓▓; EXEMPT-A , EXEMPT-A (DPH) < Exemption (a) e-empted from disclosure by statute >; Annika Cook
<acook@moreadvertising.com>; Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>;
rhartholder@reproequitynow.org; ▓▓▓▓▓▓▓▓▓; Crowther, Suzanne (DPH)
<suzanne.crowther@mass.gov>; tstgermain@reproequitynow.org; cteylouni@reproequitynow.org;
▓Exemption (a) exempted from disclosure by statute▓; EXEMPT-A (DPH) < Exemption (a) exempted from disclosure by statute >
**Cc:** Kyle Strubel <kstrubel@moreadvertising.com>; EXEMPT-A (DPH)
< Exemption (a) exempted from disclosure by statute >
**Subject:** Follow up / Web page RE: AAC Campaign Team Meeting

Hi everyone,
Thanks for discussing the campaign web page.
We incorporated everyone's feedback so @Leonard, Michelle A (DPH) can update the mock-up for review.
What's TBD is embedding the REN abortion provider map onto a mass.gov sub-page, so there's an option B listed on this outline if that doesn't work.
📄 AAC Campaign Mass.gov Page Outline.docx

If folks could review this and comment before week of 1/8 - if there's something missing, or you'd like to suggest a different approach on something, just add your comments!

Thanks so much – and enjoy the holidays,

Anna Marie
**ANNA MARIE FINLEY**
**MORE Advertising**

**From:** Will McMahon <wmcmahon@moreadvertising.com>
**Sent:** Friday, December 15, 2023 3:48 PM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓; Anna Marie Finley <AFinley@moreadvertising.com>;
▓▓▓▓▓▓▓▓▓▓▓; EXEMPT-A , EXEMPT-A (DPH) < Exemption (a) exempted from disclosure by statute >; Annika Cook
<acook@moreadvertising.com>; Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>;
rhartholder@reproequitynow.org; ▓▓▓▓▓▓▓▓▓; Crowther, Suzanne (DPH)
<suzanne.crowther@mass.gov>; tstgermain@reproequitynow.org; cteylouni@reproequitynow.org;
Ashley Rappa <arappa@moreadvertising.com>; ▓Exemption (a) exempted from disclosure by statute▓; EXEMPT-A
(DPH) < Exemption (a) exempted from disclosure by statute >
**Cc:** Kyle Strubel <kstrubel@moreadvertising.com>; EXEMPT-A (DPH)
< Exemption (a) exempted from disclosure by statute >
**Subject:** AAC Campaign Team Meeting

Hello team - Happy Friday!

# EXHIBIT II

Here is our agenda for Monday: 📄 Agenda_12.18_MORE AAC Campaign.docx

We will start by discussing this proposed outline for the campaign website: 📄 AAC Campaign Mass.gov Page Outline.docx. We will also review concept testing and paid media.

Have a great weekend,

Will

**WILL MCMAHON (He/Him)**
**Senior Account Manager**
MORE Advertising // 50 Hunt Street, Watertown, MA, 02472
O  617.558.6850 //  C  781.801.8699 //  MOREadvertising.com

**Change Powers Us**

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org




WHITING003517

# EXHIBIT JJ

**To:** "Taylor St. Germain" <tstgermain@reproequitynow.org>
**Cc:** "Claire Teylouni" <cteylouni@reproequitynow.org>
**Subject:** RE: REN Statement on New DPH Guidance?
**Date:** Thu, 04 Jan 2024 18:58:50 +0000
**Importance:** Normal

---

Hi Taylor –

Thanks so much for reaching out, and thanks for pulling together this strong and supportive statement.

Would it be possible for you to consider changing the major headline to:

## MA DPH Issues Guidance about Anti-Abortion Centers, Reminding Licensed Providers of Obligation to Give Accurate, Complete Information to Patients

The subhead that focuses on REN filing the two complaints is great.

I had shared the statement with several people here, who liked and were very appreciative of it. The only comment I got was related to the major headline. The effort to ensure that these centers were operating appropriately has been a priority for this administration (and DPH) even before the complaints were filed. The headline, however, suggests that the complaints were the only reason for this renewed emphasis. The complaints certainly shine a much-needed light on some questionable centers and strengthen the resolve to do the right thing, but it is the overarching commitment to high-quality reproductive care and the deep concerns about these centers that are driving this effort.

**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Thursday, January 4, 2024 10:32 AM
**To:** Slasman, Peggy (DPH) <Peggy.Slasman@mass.gov>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** REN Statement on New DPH Guidance?

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Peggy! Left you a voicemail, but wanted to check in and see if DPH would be amenable to REN putting out a statement on the new guidance for licensed providers.

I'm on the road for the next few hours but reachable via cell at 310-970-4314

Please see a draft of our statement below! Thanks!

--

## In Response to Complaints Filed Against Anti-Abortion Centers, MA DPH Issues Guidance Reminding Licensed

WHITING001041

# EXHIBIT JJ

# Providers of Obligation to Provide Accurate, Complete Information to Patients

*Repro Equity Now recently filed two complaints against licensed anti-abortion centers*

BOSTON (January 4, 2024)—Reproductive Equity Now President Rebecca Hart Holder released the following statement today after the Massachusetts Department of Public Health issued guidance outlining and reminding licensed providers, clinics, and hospitals of their obligations under state law and as a condition of licensure. These obligations include "providing patients accurate and complete information for informed decision-making, accurate portrayal and advertising of clinical services, and licensees practicing within their scope of practice and their license."

**Rebecca Hart Holder, President of Reproductive Equity Now:** "Anti-abortion centers pose a serious threat to pregnant people seeking unbiased reproductive health care in Massachusetts. We're proud that the Department of Public Health is taking our complaints against these anti-abortion centers seriously and issued guidance to ensure that licensed providers and facilities understand their obligation to offer patients complete and accurate information on all of their reproductive health care options. We thank Commissioner Dr. Robert Goldstein for his bold leadership and look forward to continuing our work together to combat deception and disinformation from anti-abortion centers."

Reproductive Equity Now recently filed two complaints against two different licensed Massachusetts anti-abortion centers: Clearway Clinic in Worcester and Your Options Medical's new anti-abortion mobile van preparing to operate on Cape Cod. Reproductive Equity Now called for an investigation surrounding the facilities' alleged deceptive advertising practices and potential out-of-scope medical practice.

Both complaints followed Massachusetts Commissioner of Public Health Dr. Robert Goldstein's letter to the editor in the *Boston Globe* that encouraged those who have concerns about the "qualifications or safety of care delivered by a nurse or physician" to file a formal complaint to initiate an investigation. People who have had a negative experience with anti-abortion centers can call Reproductive Equity Now's Abortion Legal Hotline at 833-309-6301 to report their case and be referred to pro bono attorneys. Patients can also file a report with the Attorney General Office's Civil Rights Division online or at 617-963-2917.

For patients in need of legitimate abortion, reproductive, and sexual health care services, Reproductive Equity Now's New England Abortion Care Guide identifies your nearest reproductive health care clinic and flags dangerous anti-abortion centers to avoid in your area.

BACKGROUND:

- Anti-abortion centers, also known as "crisis pregnancy centers," are not legitimate health care providers. According to the American College of Obstetricians and Gynecologists, anti-abortion centers present themselves to be pregnancy health care providers but "actually aim to dissuade people from accessing certain types of reproductive health care, including abortion care and even contraceptive options." The Massachusetts Attorney General's office notes that "CPCs do NOT provide comprehensive reproductive healthcare. CPCs are organizations that seek to prevent people from accessing abortion care."

- Anti-abortion centers more than double the number of legitimate abortion clinics in Massachusetts. Reproductive Equity Now's New England Abortion Care Guide identifies 19

WHITING001042

# EXHIBIT JJ

abortion clinics and 39 anti-abortion centers in the Bay State. Anti-abortion centers often position themselves directly next to legitimate clinics to confuse patients.

- Massachusetts has allocated major funding to educate residents on the harms of anti-abortion centers. In February of 2023, Governor Maura Healy approved $1 million for a public education campaign to illuminate the dangers of anti-abortion centers for Bay Staters.

### 

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org

EXHIBIT KK

# Need-To-Have Earned Media Materials

- Press Release
- Launch Event
- Media Advisory
- Op-Ed

**REPRODUCTIVE EQUITY NOW**

WHITING003661

# EXHIBIT KK

# Press Release

**Message:**

- Announce the launch of this first-in-the-nation, state-invested public education campaign on the dangers of anti-abortion centers

- Give reporters background on what these facilities are and why public education is crucial to blunt their impacts

- Amplify Massachusetts' leadership on reproductive freedom, especially in the wake of the *Dobbs* decision

**Timing and Targets:**

- Release to State House reporters, repro health reporters, health reporters, ethnic & Spanish-speaking media on morning of launch

- Embargo to a few trusted reporters the week before

WHITING60038602

# EXHIBIT KK

**Who is involved:**

- Include quotes from Governor Healey, Commissioner Goldstein, Attorney General Campbell, providers, and advocates

**What does execution look like:**

- Approved by DPH?
- REN works on quote collection
- REN drafts release

**Outstanding Questions:**

- Who can help translate the release into Spanish, Portuguese, Haitian Creole, etc.?
  - *Suggestion: DPH?*
- Who do we want to target with an embargo? Who is doing the embargo pitching?
- Who is bringing copies of release to launch event for reporters?
  - *Suggestion: REN can bring!*

WHITING003603

# EXHIBIT KK

# Launch Event

**Message:**

- Announce the launch of this first-in-the-nation, state-invested public education campaign on the dangers of anti-abortion centers

- Amplify providers as trusted validators; call in providers to be vigilant about these AACs to help protect their patient communities

- Make it clear that communities of color and low-income communities are disproportionately targeted by AACs (This is an equity issue!)

- Give people the tools to recognize these AACs and where they can seek legitimate care

**Event Logistics:**

- Hold event at HealthQ in Lawrence on morning of launch (Gateway City/Spanish-speaking community)

- **Speakers:** Governor Healey, AG Campbell, Commissioner Goldstein, Rebecca Hart Holder, Kristie Monast (HealthQ provider, was interviewed for campaign research)

WHITING003604

# EXHIBIT KK

**What does execution look like:**

- REN can handle outreach to HealthQ; coordinate on site logistics

- Each team would be responsible for individual remarks

- REN can draft an internal hard press Q&A

**Logistics Questions:**

- Who can provide podium, mic, and mult?

- Who is doing outreach to Governor's and AG's offices?

- Who can livestream the press conference?

- Do we need a translator/ASL interpreter?

**Other Materials to Bring:**

- Copies of the press releases

- Memo on anti-abortion centers

- (INTERNAL) Hard press question Q&A

WHITING003605

# EXHIBIT KK

# Media Advisory

- Based on the embargos, we can decide how much information we'd like to give away in the media advisory

- Include a livestream link for reporters who are not able to make it to Lawrence

**Timing and Targets:**

- Release to State House reporters, repro health reporters, health reporters, Merrimack Valley/North Shore publications, ethnic & Spanish-speaking media

- Sent the first advisory 3-4 days before the event; send again one day before; send again on morning of event

**What does execution look like:**

- REN drafts media advisory; do desk calls

- DPH approved advisory

- DPH, REN, (Gov's office?) sends media advisory simultaneously

WHITING003606

# EXHIBIT KK

# Op-Ed

**Message:**

- Massachusetts is leading on reproductive equity. AACs pose a threat to repro freedom and abortion access, even in protected states. That's why we're taking action to combat their deceptive and dangerous practices.

- This is an equity issue. That's why we're getting into communities, meeting people where they are at, and providing them with information on how to access legitimate care

- Give readers tools to recognize these facilities and find legitimate care

- Co-authored by Gov. Healey, Commissioner Goldstein, Rebecca Hart Holder

**Timing and Targets:**

- Pitch to *Boston Globe* for day of launch/week of launch

**What does execution look like:**

- REN drafts op-ed

- DPH/Gov's Office edit and approve op-ed

- Who would most effectively pitch the piece?

WHITING003607

EXHIBIT KK

# Nice-To-Have Earned Media Materials

REPRODUCTIVE EQUITY NOW

- Social Media Toolkit
- Local Press Campaign
- Editorial Board Memo

WHITING003608

# EXHIBIT KK

# Social Media Toolkit

**Audience:**

- **Legislators who passed the funding for the campaign** (Message: We're excited to see this investment come to fruition in this public education campaign on the dangers of AACs)

- **Providers** (Message: This is critical information for patients to know; we must combat AACs' deceptive practices to ensure equitable access to reproductive health care for all)

- **Advocacy Groups and Partners:** (Message: Thank you to the Legislature, the Healey-Driscoll Administration, DPH, etc. for putting together this education campaign; here is what AACs are and how you can avoid them)

**What does execution look like:**

- REN drafts social toolkit and background (Previous Example)

- Includes campaign assets from MORE

**Timing:**

- Send to trusted partners on the eve of launch with an embargo until the following morning

WHITING003609

# EXHIBIT KK

# Follow-Up Local Press Campaign

**Option #1: Pitch Sit-Down Interviews with Local Reporters or Ed Boards**

- Create a list of local reporters or publications to offer sit-down interviews with Commissioner Goldstein & Rebecca Hart Holder on what AACs are and how the state is tackling this reproductive equity crisis

- **Focus on local papers where there are AACs:**

  - Worcester Telegram
  - Berkshire Eagle
  - Daily Hampshire Gazette
  - Cape Cod Times
  - New Bedford Light
  - Bay State Banner
  - Providence Independent
  - (Merrimack Valley papers can be invited to launch event)

WHITING003610

EXHIBIT KK

# Follow-Up Local Press Campaign

Option #2: Visit several abortion clinics throughout the state to "hear from providers about anti-abortion centers"

- Commissioner Goldstein and Rebecca Hart Holder could meet with abortion providers in the Berkshires, Western Massachusetts, Central Massachusetts, Southeastern Massachusetts, Cape & Islands, North Shore of Massachusetts, and Greater Boston
- We could invite press to join for a walk-through of the clinics, learn from abortion providers how anti-abortion centers are impacting the care they offer patients
- Could include a roundtable discussion about what these facilities do, how they manipulate patients, and ways the state is combating them (the public education campaign)

WHITING003611

EXHIBIT KK

# Editorial Board Memo

Last year, the Boston Globe Editorial Board wrote a piece after Governor Baker vetoed the public education campaign on AACs, urging the Legislature to push the funding through again the following year.

EDITORIAL

## Antiabortion pregnancy centers are deceiving women. They need to know that.

Governor Charlie Baker vetoed money for a public education campaign on crisis pregnancy centers. Lawmakers should go right back at it next year.

By **The Editorial Board** Updated November 17, 2022, 4:00 a.m.

We could follow up on this piece by submitting an editorial board memo about the creation of the campaign, what messages we chose to call out anti-abortion centers' deceptive practices, and why it's a critical tool for the state to ensure residents can make informed reproductive health care decisions.

WHITING003612

# EXHIBIT KK

REPRODUCTIVE EQUITY NOW

# Operational Questions

WHITING000313

EXHIBIT KK

# Operational Questions

What is the best process for approval of materials? Who is the DPH contact REN should work with on getting materials approved?

What is the best process to set realistic deadlines for materials?

What is the best way to handle outreach to the Governor's Office? Attorney General's Office?

Who would like to be responsible for pitching materials?

Where are we directing people? The DPH website?

WHITING003614

# EXHIBIT KK

THANK YOU

REPRODUCTIVE EQUITY NOW

WHITING003815