# EXHIBIT LL

**From:** "Taylor St. Germain" <tstgermain@reproequitynow.org>
**To:** "███EXEMP████ (DPH)" <███████████████████████>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** REN Statement on New DPH Guidance?
**Date:** Thu, 04 Jan 2024 15:31:59 +0000
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ███████! Left you a voicemail, but wanted to check in and see if DPH would be amenable to REN putting out a statement on the new guidance for licensed providers.

I'm on the road for the next few hours but reachable via cell at 310-970-4314

Please see a draft of our statement below! Thanks!

--

# In Response to Complaints Filed Against Anti-Abortion Centers, MA DPH Issues Guidance Reminding Licensed Providers of Obligation to Provide Accurate, Complete Information to Patients

## *Repro Equity Now recently filed two complaints against licensed anti-abortion centers*

BOSTON (January 4, 2024)—Reproductive Equity Now President Rebecca Hart Holder released the following statement today after the Massachusetts Department of Public Health issued guidance outlining and reminding licensed providers, clinics, and hospitals of their obligations under state law and as a condition of licensure. These obligations include "providing patients accurate and complete information for informed decision-making, accurate portrayal and advertising of clinical services, and licensees practicing within their scope of practice and their license."

**Rebecca Hart Holder, President of Reproductive Equity Now:** "Anti-abortion centers pose a serious threat to pregnant people seeking unbiased reproductive health care in Massachusetts. We're proud that the Department of Public Health is taking our complaints against these anti-abortion centers seriously and issued guidance to ensure that licensed providers and facilities understand their obligation to offer patients complete and accurate information on all of their reproductive health care options. We thank Commissioner Dr. Robert Goldstein for his bold leadership and look forward to continuing our work together to combat deception and disinformation from anti-abortion centers."

WHITING003526

EXHIBIT LL

Reproductive Equity Now recently filed two complaints against two different licensed Massachusetts anti-abortion centers: Clearway Clinic in Worcester and Your Options Medical's new anti-abortion mobile van preparing to operate on Cape Cod. Reproductive Equity Now called for an investigation surrounding the facilities' alleged deceptive advertising practices and potential out-of-scope medical practice.

Both complaints followed Massachusetts Commissioner of Public Health Dr. Robert Goldstein's letter to the editor in the *Boston Globe* that encouraged those who have concerns about the "qualifications or safety of care delivered by a nurse or physician" to file a formal complaint to initiate an investigation. People who have had a negative experience with anti-abortion centers can call Reproductive Equity Now's Abortion Legal Hotline at 833-309-6301 to report their case and be referred to pro bono attorneys. Patients can also file a report with the Attorney General Office's Civil Rights Division online or at 617-963-2917.

For patients in need of legitimate abortion, reproductive, and sexual health care services, Reproductive Equity Now's New England Abortion Care Guide identifies your nearest reproductive health care clinic and flags dangerous anti-abortion centers to avoid in your area.

BACKGROUND:

- Anti-abortion centers, also known as "crisis pregnancy centers," are not legitimate health care providers. According to the American College of Obstetricians and Gynecologists, anti-abortion centers present themselves to be pregnancy health care providers but "actually aim to dissuade people from accessing certain types of reproductive health care, including abortion care and even contraceptive options." The Massachusetts Attorney General's office notes that "CPCs do NOT provide comprehensive reproductive healthcare. CPCs are organizations that seek to prevent people from accessing abortion care."

- Anti-abortion centers more than double the number of legitimate abortion clinics in Massachusetts. Reproductive Equity Now's New England Abortion Care Guide identifies 19 abortion clinics and 39 anti-abortion centers in the Bay State. Anti-abortion centers often position themselves directly next to legitimate clinics to confuse patients.

- Massachusetts has allocated major funding to educate residents on the harms of anti-abortion centers. In February of 2023, Governor Maura Healy approved $1 million for a public education campaign to illuminate the dangers of anti-abortion centers for Bay Staters.

### 

--

WHITING003527

EXHIBIT LL

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org



WHITING003528

# EXHIBIT LL

**From:** "██ EXEMP ██ (DPH)" <█████████████████>
**To:** "Taylor St. Germain" <tstgermain@reproequitynow.org>
**Cc:** "Claire Teylouni" <cteylouni@reproequitynow.org>
**Subject:** RE: REN Statement on New DPH Guidance?
**Date:** Thu, 04 Jan 2024 19:57:35 +0000
**Importance:** Normal

---

Hi Taylor –

Thanks so much for reaching out, and thanks for pulling together such a strong and supportive statement.

I had shared the statement with several people here, who liked and were very appreciative of it. The only comment I got was related to the major headline. The effort to ensure that these centers were operating appropriately has been a priority for this administration (and DPH) even before the complaints were filed. The headline, however, suggests that the complaints were the only reason for this renewed emphasis. The complaints certainly shine a much-needed light on some questionable operations and strengthen the resolve to do the right thing, but it is the overarching commitment to high-quality reproductive care and the deep concerns about these centers that are driving this effort.

Would it be possible for you to consider changing the major headline to:

## MA DPH Issues Guidance about Anti-Abortion Centers, Reminding Licensed Providers of Obligation to Give Accurate, Complete Information to Patients

The subhead that focuses on REN filing the two complaints is great.

Let me know what you think, and whether this makes sense.

Thanks!


---

**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Thursday, January 4, 2024 10:32 AM
**To:** ██ EXEMP ██ (DPH) <█████████████████>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** REN Statement on New DPH Guidance?

**CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.**

Hi ████! Left you a voicemail, but wanted to check in and see if DPH would be amenable to REN putting out a statement on the new guidance for licensed providers.

I'm on the road for the next few hours but reachable via cell at 310-970-4314

Please see a draft of our statement below! Thanks!

EXHIBIT LL

--

# In Response to Complaints Filed Against Anti-Abortion Centers, MA DPH Issues Guidance Reminding Licensed Providers of Obligation to Provide Accurate, Complete Information to Patients

### *Repro Equity Now recently filed two complaints against licensed anti-abortion centers*

BOSTON (January 4, 2024)—Reproductive Equity Now President Rebecca Hart Holder released the following statement today after the Massachusetts Department of Public Health issued guidance outlining and reminding licensed providers, clinics, and hospitals of their obligations under state law and as a condition of licensure. These obligations include "providing patients accurate and complete information for informed decision-making, accurate portrayal and advertising of clinical services, and licensees practicing within their scope of practice and their license."

**Rebecca Hart Holder, President of Reproductive Equity Now:** "Anti-abortion centers pose a serious threat to pregnant people seeking unbiased reproductive health care in Massachusetts. We're proud that the Department of Public Health is taking our complaints against these anti-abortion centers seriously and issued guidance to ensure that licensed providers and facilities understand their obligation to offer patients complete and accurate information on all of their reproductive health care options. We thank Commissioner Dr. Robert Goldstein for his bold leadership and look forward to continuing our work together to combat deception and disinformation from anti-abortion centers."

Reproductive Equity Now recently filed two complaints against two different licensed Massachusetts anti-abortion centers: Clearway Clinic in Worcester and Your Options Medical's new anti-abortion mobile van preparing to operate on Cape Cod. Reproductive Equity Now called for an investigation surrounding the facilities' alleged deceptive advertising practices and potential out-of-scope medical practice.

Both complaints followed Massachusetts Commissioner of Public Health Dr. Robert Goldstein's letter to the editor in the *Boston Globe* that encouraged those who have concerns about the "qualifications or safety of care delivered by a nurse or physician" to file a formal complaint to initiate an investigation. People who have had a negative experience with anti-abortion centers can call Reproductive Equity Now's Abortion Legal Hotline at 833-309-6301 to report their case and be referred to pro bono attorneys. Patients can also file a report with the Attorney General Office's Civil Rights Division online or at 617-963-2917.

For patients in need of legitimate abortion, reproductive, and sexual health care services, Reproductive Equity Now's New England Abortion Care Guide identifies your nearest reproductive health care clinic and flags dangerous anti-abortion centers to avoid in your area.

BACKGROUND:

- Anti-abortion centers, also known as "crisis pregnancy centers," are not legitimate health care providers. According to the American College of Obstetricians and Gynecologists, anti-abortion centers present themselves to be pregnancy health care providers but "actually aim to dissuade people from accessing certain types of reproductive health care, including abortion care and

WHITING003530

# EXHIBIT LL

even contraceptive options." The Massachusetts Attorney General's office notes that "CPCs do NOT provide comprehensive reproductive healthcare. CPCs are organizations that seek to prevent people from accessing abortion care."

- Anti-abortion centers more than double the number of legitimate abortion clinics in Massachusetts. Reproductive Equity Now's New England Abortion Care Guide identifies 19 abortion clinics and 39 anti-abortion centers in the Bay State. Anti-abortion centers often position themselves directly next to legitimate clinics to confuse patients.

- Massachusetts has allocated major funding to educate residents on the harms of anti-abortion centers. In February of 2023, Governor Maura Healy approved $1 million for a public education campaign to illuminate the dangers of anti-abortion centers for Bay Staters.

### 

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org



# EXHIBIT LL

**From:** "Taylor St. Germain" <tstgermain@reproequitynow.org>
**To:** "Slasman, Peggy (DPH)" <Peggy.Slasman@mass.gov>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** Re: REN Statement on New DPH Guidance?
**Date:** Thu, 04 Jan 2024 20:07:51 +0000
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

I hear you! We had pulled that since the website said "In the wake of recent complaints regarding several anti-abortion centers, DPH has initiated a review of its statutory and regulatory obligations."

Perhaps we could change our headline to: Following (instead of In Response to) Complaints Filed Against Anti-Abortion Centers, MA DPH Issues Guidance Reminding Licensed Providers of Obligation to Provide Accurate, Complete Information to Patients

Let me know what you think!

On Thu, Jan 4, 2024 at 2:57 PM Slasman, Peggy (DPH) <Peggy.Slasman@mass.gov> wrote:

Hi Taylor –

Thanks so much for reaching out, and thanks for pulling together such a strong and supportive statement.

I had shared the statement with several people here, who liked and were very appreciative of it. The only comment I got was related to the major headline.  The effort to ensure that these centers were operating appropriately has been a priority for this administration (and DPH) even before the complaints were filed. The headline, however, suggests that the complaints were the only reason for this renewed emphasis. The complaints certainly shine a much-needed light on some questionable operations and strengthen the resolve to do the right thing, but it is the overarching commitment to high-quality reproductive care and the deep concerns about these centers that are driving this effort.

Would it be possible for you to consider changing the major headline to:

## MA DPH Issues Guidance about Anti-Abortion Centers, Reminding Licensed Providers of Obligation to Give Accurate, Complete Information to Patients

EXHIBIT LL

The subhead that focuses on REN filing the two complaints is great.

Let me know what you think, and whether this makes sense.

Thanks!

Peggy

**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Thursday, January 4, 2024 10:32 AM
**To:** Slasman, Peggy (DPH) <Peggy.Slasman@mass.gov>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** REN Statement on New DPH Guidance?

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi Peggy! Left you a voicemail, but wanted to check in and see if DPH would be amenable to REN putting out a statement on the new guidance for licensed providers.

I'm on the road for the next few hours but reachable via cell at 310-970-4314

Please see a draft of our statement below! Thanks!

--

# In Response to Complaints Filed Against Anti-Abortion Centers, MA DPH Issues Guidance Reminding Licensed Providers of Obligation to Provide Accurate, Complete Information to Patients

WHITING003533

# EXHIBIT LL

## *Repro Equity Now recently filed two complaints against licensed anti-abortion centers*

BOSTON (January 4, 2024)—Reproductive Equity Now President Rebecca Hart Holder released the following statement today after the Massachusetts Department of Public Health issued guidance outlining and reminding licensed providers, clinics, and hospitals of their obligations under state law and as a condition of licensure. These obligations include "providing patients accurate and complete information for informed decision-making, accurate portrayal and advertising of clinical services, and licensees practicing within their scope of practice and their license."

**Rebecca Hart Holder, President of Reproductive Equity Now:** "Anti-abortion centers pose a serious threat to pregnant people seeking unbiased reproductive health care in Massachusetts. We're proud that the Department of Public Health is taking our complaints against these anti-abortion centers seriously and issued guidance to ensure that licensed providers and facilities understand their obligation to offer patients complete and accurate information on all of their reproductive health care options. We thank Commissioner Dr. Robert Goldstein for his bold leadership and look forward to continuing our work together to combat deception and disinformation from anti-abortion centers."

Reproductive Equity Now recently filed two complaints against two different licensed Massachusetts anti-abortion centers: Clearway Clinic in Worcester and Your Options Medical's new anti-abortion mobile van preparing to operate on Cape Cod. Reproductive Equity Now called for an investigation surrounding the facilities' alleged deceptive advertising practices and potential out-of-scope medical practice.

Both complaints followed Massachusetts Commissioner of Public Health Dr. Robert Goldstein's letter to the editor in the *Boston Globe* that encouraged those who have concerns about the "qualifications or safety of care delivered by a nurse or physician" to file a formal complaint to initiate an investigation. People who have had a negative experience with anti-abortion centers can call Reproductive Equity Now's Abortion Legal Hotline at 833-309-6301 to report their case and be referred to pro bono attorneys. Patients can also file a report with the Attorney General Office's Civil Rights Division online or at 617-963-2917.

For patients in need of legitimate abortion, reproductive, and sexual health care services, Reproductive Equity Now's New England Abortion Care Guide identifies your nearest reproductive health care clinic and flags dangerous anti-abortion centers to avoid in your area.

BACKGROUND:

- Anti-abortion centers, also known as "crisis pregnancy centers," are not legitimate health care providers. According to the American College of Obstetricians and Gynecologists, anti-abortion centers present themselves to be pregnancy health care providers but "actually aim to dissuade people from accessing certain types of reproductive health care, including abortion

WHITING003534

# EXHIBIT LL

care and even contraceptive options." The Massachusetts Attorney General's office notes that "CPCs do NOT provide comprehensive reproductive healthcare. CPCs are organizations that seek to prevent people from accessing abortion care."

- Anti-abortion centers more than double the number of legitimate abortion clinics in Massachusetts. Reproductive Equity Now's New England Abortion Care Guide identifies 19 abortion clinics and 39 anti-abortion centers in the Bay State. Anti-abortion centers often position themselves directly next to legitimate clinics to confuse patients.

- Massachusetts has allocated major funding to educate residents on the harms of anti-abortion centers. In February of 2023, Governor Maura Healy approved $1 million for a public education campaign to illuminate the dangers of anti-abortion centers for Bay Staters.

### ###

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org



--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org

WHITING003535

EXHIBIT LL

**From:** " EXEMP (DPH)" <_____>
**To:** "Taylor St. Germain" <tstgermain@reproequitynow.org>
**Cc:** "Claire Teylouni" <cteylouni@reproequitynow.org>
**Subject:** RE: REN Statement on New DPH Guidance?
**Date:** Thu, 04 Jan 2024 20:19:37 +0000
**Importance:** Normal

---

Thanks, Taylor. That's certainly better, but I think the general point was that we would be – and should be -- doing this in the absence of any complaints because it's the right thing to do. If there's an impression that we're taking this action because we have to investigate complaints, then that's probably not the most accurate or best representation. You're point, however, about the language on the web site is well-taken. We were using the complaints as a reason to put out this guidance now rather than March, when the health marketing campaign launches. We're hoping to do a media push in March, but didn't want to wait until then to announce this guidance.

Ultimately, it's your statement and you need to do what you think is best. We are grateful for the opportunity to see it and comment on it. It's great, and as I said, people here are so appreciative of the work and support of REN!

Best,


**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Thursday, January 4, 2024 3:08 PM
**To:** EXEMP (DPH) <_____>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** Re: REN Statement on New DPH Guidance?

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.
> Do not click on links or open attachments unless you recognize the sender and know the content is safe.

I hear you! We had pulled that since the website said "In the wake of recent complaints regarding several anti-abortion centers, DPH has initiated a review of its statutory and regulatory obligations."

Perhaps we could change our headline to: Following (instead of In Response to) Complaints Filed Against Anti-Abortion Centers, MA DPH Issues Guidance Reminding Licensed Providers of Obligation to Provide Accurate, Complete Information to Patients

Let me know what you think!

On Thu, Jan 4, 2024 at 2:57 PM EXEMP (DPH) <_____> wrote:

> Hi Taylor –
>
> Thanks so much for reaching out, and thanks for pulling together such a strong and supportive statement.
>
> I had shared the statement with several people here, who liked and were very appreciative of it. The only comment I got was related to the major headline. The effort to ensure that these centers were operating appropriately has been a priority for this administration (and DPH) even before the complaints were filed. The headline, however, suggests that the complaints were the only reason for this renewed emphasis. The complaints certainly shine a

WHITING003536

EXHIBIT LL

much-needed light on some questionable operations and strengthen the resolve to do the right thing, but it is the overarching commitment to high-quality reproductive care and the deep concerns about these centers that are driving this effort.

Would it be possible for you to consider changing the major headline to:

## MA DPH Issues Guidance about Anti-Abortion Centers, Reminding Licensed Providers of Obligation to Give Accurate, Complete Information to Patients

The subhead that focuses on REN filing the two complaints is great.

Let me know what you think, and whether this makes sense.

Thanks!



**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Thursday, January 4, 2024 10:32 AM
**To:** EXEMP                (DPH) <
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** REN Statement on New DPH Guidance?

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system.  Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi        ! Left you a voicemail, but wanted to check in and see if DPH would be amenable to REN putting out a statement on the new guidance for licensed providers.

I'm on the road for the next few hours but reachable via cell at 310-970-4314

Please see a draft of our statement below! Thanks!

--

## In Response to Complaints Filed Against Anti-Abortion Centers, MA DPH Issues Guidance Reminding Licensed Providers of Obligation to Provide Accurate, Complete Information to Patients

### *Repro Equity Now recently filed two complaints against licensed anti-abortion centers*

BOSTON (January 4, 2024)—Reproductive Equity Now President Rebecca Hart Holder released the following statement today after the Massachusetts Department of Public Health issued guidance

WHITING003537

EXHIBIT LL

outlining and reminding licensed providers, clinics, and hospitals of their obligations under state law and as a condition of licensure. These obligations include "providing patients accurate and complete information for informed decision-making, accurate portrayal and advertising of clinical services, and licensees practicing within their scope of practice and their license."

**Rebecca Hart Holder, President of Reproductive Equity Now:** "Anti-abortion centers pose a serious threat to pregnant people seeking unbiased reproductive health care in Massachusetts. We're proud that the Department of Public Health is taking our complaints against these anti-abortion centers seriously and issued guidance to ensure that licensed providers and facilities understand their obligation to offer patients complete and accurate information on all of their reproductive health care options. We thank Commissioner Dr. Robert Goldstein for his bold leadership and look forward to continuing our work together to combat deception and disinformation from anti-abortion centers."

Reproductive Equity Now recently filed two complaints against two different licensed Massachusetts anti-abortion centers: Clearway Clinic in Worcester and Your Options Medical's new anti-abortion mobile van preparing to operate on Cape Cod. Reproductive Equity Now called for an investigation surrounding the facilities' alleged deceptive advertising practices and potential out-of-scope medical practice.

Both complaints followed Massachusetts Commissioner of Public Health Dr. Robert Goldstein's letter to the editor in the *Boston Globe* that encouraged those who have concerns about the "qualifications or safety of care delivered by a nurse or physician" to file a formal complaint to initiate an investigation. People who have had a negative experience with anti-abortion centers can call Reproductive Equity Now's Abortion Legal Hotline at 833-309-6301 to report their case and be referred to pro bono attorneys. Patients can also file a report with the Attorney General Office's Civil Rights Division online or at  617-963-2917.

For patients in need of legitimate abortion, reproductive, and sexual health care services, Reproductive Equity Now's New England Abortion Care Guide identifies your nearest reproductive health care clinic and flags dangerous anti-abortion centers to avoid in your area.

BACKGROUND:

- Anti-abortion centers, also known as "crisis pregnancy centers," are not legitimate health care providers. According to the American College of Obstetricians and Gynecologists, anti-abortion centers present themselves to be pregnancy health care providers but "actually aim to dissuade people from accessing certain types of reproductive health care, including abortion care and even contraceptive options." The Massachusetts Attorney General's office notes that "CPCs do NOT provide comprehensive reproductive healthcare. CPCs are organizations that seek to prevent people from accessing abortion care."

- Anti-abortion centers more than double the number of legitimate abortion clinics in Massachusetts. Reproductive Equity Now's New England Abortion Care Guide identifies 19 abortion clinics and 39 anti-abortion centers in the Bay State. Anti-abortion centers often position themselves directly next to legitimate clinics to confuse patients.

- Massachusetts has allocated major funding to educate residents on the harms of anti-abortion centers. In February of 2023, Governor Maura Healy approved $1 million for a public education campaign to illuminate the dangers of anti-abortion centers for Bay Staters.

### 

WHITING003538

EXHIBIT LL

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org

WHITING003539

# EXHIBIT LL

**From:** "Taylor St. Germain" <tstgermain@reproequitynow.org>
**To:** " ▮EXEMF▮ ▮▮▮▮ (DPH)" <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** Re: REN Statement on New DPH Guidance?
**Date:** Thu, 04 Jan 2024 21:07:54 +0000
**Importance:** Normal

---

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

No problem, ▮▮▮▮. We'll do:

Repro Equity Now Statement on New MA DPH Guidance About Anti-Abortion Centers

With a subhead that refers to the work REN has done on the complaints.

Will send first thing in the morning.

Thanks!

Taylor

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org



On Thu, Jan 4, 2024 at 3:19 PM ▮EXEMF▮ ▮▮▮▮ (DPH) <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

Thanks, Taylor. That's certainly better, but I think the general point was that we would be – and should be -- doing this in the absence of any complaints because it's the right thing to do. If there's an impression that we're taking this action because we have to investigate complaints, then that's probably not the most accurate or best representation. You're point, however, about the language on the web site is well-taken. We were using the complaints as a reason to put out this guidance now rather than March, when the health marketing campaign launches. We're hoping to do a media push in March, but didn't want to wait until then to announce this guidance.

Ultimately, it's your statement and you need to do what you think is best. We are grateful for the opportunity to see it and comment on it. It's great, and as I said, people here are so appreciative of the work and support of REN!

Best,



# EXHIBIT LL

**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Thursday, January 4, 2024 3:08 PM
**To:** EXEMF ██████ (DPH) < ████████████████ >
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** Re: REN Statement on New DPH Guidance?

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

I hear you! We had pulled that since the website said "In the wake of recent complaints regarding several anti-abortion centers, DPH has initiated a review of its statutory and regulatory obligations."

Perhaps we could change our headline to: Following (instead of In Response to) Complaints Filed Against Anti-Abortion Centers, MA DPH Issues Guidance Reminding Licensed Providers of Obligation to Provide Accurate, Complete Information to Patients

Let me know what you think!

On Thu, Jan 4, 2024 at 2:57 PM EXEMF ██████ (DPH) < ████████████████████ > wrote:

Hi Taylor —

Thanks so much for reaching out, and thanks for pulling together such a strong and supportive statement.

I had shared the statement with several people here, who liked and were very appreciative of it. The only comment I got was related to the major headline. The effort to ensure that these centers were operating appropriately has been a priority for this administration (and DPH) even before the complaints were filed. The headline, however, suggests that the complaints were the only reason for this renewed emphasis. The complaints certainly shine a much-needed light on some questionable operations and strengthen the resolve to do the right thing, but it is the overarching commitment to high-quality reproductive care and the deep concerns about these centers that are driving this effort.

Would it be possible for you to consider changing the major headline to:

EXHIBIT LL

## MA DPH Issues Guidance about Anti-Abortion Centers, Reminding Licensed Providers of Obligation to Give Accurate, Complete Information to Patients

The subhead that focuses on REN filing the two complaints is great.

Let me know what you think, and whether this makes sense.

Thanks!

---

**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Thursday, January 4, 2024 10:32 AM
**To:** EXEMP ████ (DPH) ███████████████████████
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** REN Statement on New DPH Guidance?

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ████! Left you a voicemail, but wanted to check in and see if DPH would be amenable to REN putting out a statement on the new guidance for licensed providers.

I'm on the road for the next few hours but reachable via cell at 310-970-4314

Please see a draft of our statement below! Thanks!

--

WHITING003542

EXHIBIT LL

# In Response to Complaints Filed Against Anti-Abortion Centers, MA DPH Issues Guidance Reminding Licensed Providers of Obligation to Provide Accurate, Complete Information to Patients

*Repro Equity Now recently filed two complaints against licensed anti-abortion centers*

BOSTON (January 4, 2024)—Reproductive Equity Now President Rebecca Hart Holder released the following statement today after the Massachusetts Department of Public Health issued guidance outlining and reminding licensed providers, clinics, and hospitals of their obligations under state law and as a condition of licensure. These obligations include "providing patients accurate and complete information for informed decision-making, accurate portrayal and advertising of clinical services, and licensees practicing within their scope of practice and their license."

**Rebecca Hart Holder, President of Reproductive Equity Now:** "Anti-abortion centers pose a serious threat to pregnant people seeking unbiased reproductive health care in Massachusetts. We're proud that the Department of Public Health is taking our complaints against these anti-abortion centers seriously and issued guidance to ensure that licensed providers and facilities understand their obligation to offer patients complete and accurate information on all of their reproductive health care options. We thank Commissioner Dr. Robert Goldstein for his bold leadership and look forward to continuing our work together to combat deception and disinformation from anti-abortion centers."

Reproductive Equity Now recently filed two complaints against two different licensed Massachusetts anti-abortion centers: Clearway Clinic in Worcester and Your Options Medical's new anti-abortion mobile van preparing to operate on Cape Cod. Reproductive Equity Now called for an investigation surrounding the facilities' alleged deceptive advertising practices and potential out-of-scope medical practice.

Both complaints followed Massachusetts Commissioner of Public Health Dr. Robert Goldstein's letter to the editor in the *Boston Globe* that encouraged those who have concerns about the "qualifications or safety of care delivered by a nurse or physician" to file a formal complaint to initiate an investigation. People who have had a negative experience with anti-abortion centers can call Reproductive Equity Now's Abortion Legal Hotline at 833-309-6301 to report their case and be referred to pro bono attorneys. Patients can also file a report with the Attorney General Office's Civil Rights Division online or at 617-963-2917.

WHITING003543

# EXHIBIT LL

For patients in need of legitimate abortion, reproductive, and sexual health care services, Reproductive Equity Now's New England Abortion Care Guide identifies your nearest reproductive health care clinic and flags dangerous anti-abortion centers to avoid in your area.

BACKGROUND:

- Anti-abortion centers, also known as "crisis pregnancy centers," are not legitimate health care providers. According to the American College of Obstetricians and Gynecologists, anti-abortion centers present themselves to be pregnancy health care providers but "actually aim to dissuade people from accessing certain types of reproductive health care, including abortion care and even contraceptive options." The Massachusetts Attorney General's office notes that "CPCs do NOT provide comprehensive reproductive healthcare. CPCs are organizations that seek to prevent people from accessing abortion care."

- Anti-abortion centers more than double the number of legitimate abortion clinics in Massachusetts. Reproductive Equity Now's New England Abortion Care Guide identifies 19 abortion clinics and 39 anti-abortion centers in the Bay State. Anti-abortion centers often position themselves directly next to legitimate clinics to confuse patients.

- Massachusetts has allocated major funding to educate residents on the harms of anti-abortion centers. In February of 2023, Governor Maura Healy approved $1 million for a public education campaign to illuminate the dangers of anti-abortion centers for Bay Staters.

### 

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org

WHITING003544

# EXHIBIT LL

**From:** " EXEMPT  (DPH)" <_____>
**To:** "Taylor St. Germain" <tstgermain@reproequitynow.org>
**Cc:** "Claire Teylouni" <cteylouni@reproequitynow.org>
**Subject:** RE: REN Statement on New DPH Guidance?
**Date:** Thu, 04 Jan 2024 21:10:33 +0000
**Importance:** Normal

---

Thank YOU!

**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Thursday, January 4, 2024 4:08 PM
**To:** EXEMPT  (DPH) <_____>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** Re: REN Statement on New DPH Guidance?

CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

No problem, ____. We'll do:

Repro Equity Now Statement on New MA DPH Guidance About Anti-Abortion Centers

With a subhead that refers to the work REN has done on the complaints.

Will send first thing in the morning.

Thanks!

Taylor

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org

   

On Thu, Jan 4, 2024 at 3:19 PM EXEMPT  (DPH) <_____> wrote:

> Thanks, Taylor. That's certainly better, but I think the general point was that we would be – and should be -- doing this in the absence of any complaints because it's the right thing to do. If there's an impression that we're taking this action because we have to investigate complaints, then that's probably not the most accurate or best representation. You're point, however, about the language on the web site is well-taken. We were using the complaints as a reason to put out this guidance now rather than March, when the health marketing campaign launches. We're hoping to do a media push in March, but didn't want to wait until then to announce this guidance.
>
> Ultimately, it's your statement and you need to do what you think is best. We are grateful for the opportunity to see it and comment on it. It's great, and as I said, people here are so appreciative of the work and support of REN!

WHITING003545

EXHIBIT LL

Best,



**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Thursday, January 4, 2024 3:08 PM
**To:** ▆▆EXEMP▆▆▆ (DPH) <▆▆▆▆▆▆▆▆▆▆▆▆▆▆>
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** Re: REN Statement on New DPH Guidance?

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

I hear you! We had pulled that since the website said "In the wake of recent complaints regarding several anti-abortion centers, DPH has initiated a review of its statutory and regulatory obligations."

Perhaps we could change our headline to: Following (instead of In Response to) Complaints Filed Against Anti-Abortion Centers, MA DPH Issues Guidance Reminding Licensed Providers of Obligation to Provide Accurate, Complete Information to Patients

Let me know what you think!


On Thu, Jan 4, 2024 at 2:57 PM ▆▆EXEMP▆▆▆ (DPH) <▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆> wrote:

Hi Taylor –

Thanks so much for reaching out, and thanks for pulling together such a strong and supportive statement.

I had shared the statement with several people here, who liked and were very appreciative of it. The only comment I got was related to the major headline. The effort to ensure that these centers were operating appropriately has been a priority for this administration (and DPH) even before the complaints were filed. The headline, however, suggests that the complaints were the only reason for this renewed emphasis. The complaints certainly shine a much-needed light on some questionable operations and strengthen the resolve to do the right thing, but it is the overarching commitment to high-quality reproductive care and the deep concerns about these centers that are driving this effort.

Would it be possible for you to consider changing the major headline to:

## MA DPH Issues Guidance about Anti-Abortion Centers, Reminding Licensed Providers of Obligation to Give Accurate, Complete Information to Patients

The subhead that focuses on REN filing the two complaints is great.

Let me know what you think, and whether this makes sense.

Thanks!



WHITING003546

EXHIBIT LL

**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Thursday, January 4, 2024 10:32 AM
**To:**  EXEMP ▉ (DPH) < ▉ >
**Cc:** Claire Teylouni <cteylouni@reproequitynow.org>
**Subject:** REN Statement on New DPH Guidance?

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi ▉! Left you a voicemail, but wanted to check in and see if DPH would be amenable to REN putting out a statement on the new guidance for licensed providers.

I'm on the road for the next few hours but reachable via cell at 310-970-4314

Please see a draft of our statement below! Thanks!

--

# In Response to Complaints Filed Against Anti-Abortion Centers, MA DPH Issues Guidance Reminding Licensed Providers of Obligation to Provide Accurate, Complete Information to Patients

## *Repro Equity Now recently filed two complaints against licensed anti-abortion centers*

BOSTON (January 4, 2024)—Reproductive Equity Now President Rebecca Hart Holder released the following statement today after the Massachusetts Department of Public Health issued guidance outlining and reminding licensed providers, clinics, and hospitals of their obligations under state law and as a condition of licensure. These obligations include "providing patients accurate and complete information for informed decision-making, accurate portrayal and advertising of clinical services, and licensees practicing within their scope of practice and their license."

**Rebecca Hart Holder, President of Reproductive Equity Now:** "Anti-abortion centers pose a serious threat to pregnant people seeking unbiased reproductive health care in Massachusetts. We're proud that the Department of Public Health is taking our complaints against these anti-abortion centers seriously and issued guidance to ensure that licensed providers and facilities understand their obligation to offer patients complete and accurate information on all of their reproductive health care options. We thank Commissioner Dr. Robert Goldstein for his bold leadership and look forward to continuing our work together to combat deception and disinformation from anti-abortion centers."

Reproductive Equity Now recently filed two complaints against two different licensed Massachusetts anti-abortion centers: Clearway Clinic in Worcester and Your Options Medical's new anti-abortion mobile van preparing to operate on Cape Cod. Reproductive Equity Now called for an investigation surrounding the facilities' alleged deceptive advertising practices and potential out-of-scope medical practice.

EXHIBIT LL

Both complaints followed Massachusetts Commissioner of Public Health Dr. Robert Goldstein's letter to the editor in the *Boston Globe* that encouraged those who have concerns about the "qualifications or safety of care delivered by a nurse or physician" to file a formal complaint to initiate an investigation. People who have had a negative experience with anti-abortion centers can call Reproductive Equity Now's Abortion Legal Hotline at 833-309-6301 to report their case and be referred to pro bono attorneys. Patients can also file a report with the Attorney General Office's Civil Rights Division online or at 617-963-2917.

For patients in need of legitimate abortion, reproductive, and sexual health care services, Reproductive Equity Now's New England Abortion Care Guide identifies your nearest reproductive health care clinic and flags dangerous anti-abortion centers to avoid in your area.

BACKGROUND:

- Anti-abortion centers, also known as "crisis pregnancy centers," are not legitimate health care providers. According to the American College of Obstetricians and Gynecologists, anti-abortion centers present themselves to be pregnancy health care providers but "actually aim to dissuade people from accessing certain types of reproductive health care, including abortion care and even contraceptive options." The Massachusetts Attorney General's office notes that "CPCs do NOT provide comprehensive reproductive healthcare. CPCs are organizations that seek to prevent people from accessing abortion care."

- Anti-abortion centers more than double the number of legitimate abortion clinics in Massachusetts. Reproductive Equity Now's New England Abortion Care Guide identifies 19 abortion clinics and 39 anti-abortion centers in the Bay State. Anti-abortion centers often position themselves directly next to legitimate clinics to confuse patients.

- Massachusetts has allocated major funding to educate residents on the harms of anti-abortion centers. In February of 2023, Governor Maura Healy approved $1 million for a public education campaign to illuminate the dangers of anti-abortion centers for Bay Staters.

### 

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org

--

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org

WHITING003548