# EXHIBIT MM

**From:** "Khatri, Sapna (AGO)" <Sapna.Khatri@mass.gov>
**To:** "▮▮▮▮ (DPH)" <▮▮▮▮▮▮▮▮>
**Subject:** Re: AGO Consumer Advisory for AACs
**Date:** Thu, 29 Feb 2024 18:26:27 +0000
**Importance:** Normal

---

:

Thanks so much for this email! We were having the same conversation internally after we heard about your campaign. I am working with our communications team to see how we can make these changes and will keep you posted.

On an unrelated note, I was wondering whether you'd be able to introduce me to someone working with Tapestry Health? It appears our office does not have any current contacts with them, but I'm hoping to introduce myself and plan a visit to their health center. If you have a contact or are able to make an introduction, that'd be greatly appreciated!

Thanks so much,
Sapna

---

**Sapna Khatri**
Cell: (781) 320.2078
Sapna.Khatri@mass.gov

**From:** ▮▮▮▮ (DPH) <▮▮▮▮▮▮▮▮>
**Date:** Monday, February 26, 2024 at 11:12 AM
**To:** Khatri, Sapna (AGO) <Sapna.Khatri@mass.gov>
**Cc:** Hainsworth, Amanda (AGO) <Amanda.Hainsworth@mass.gov>, Wolitzky, Sandra (AGO) <sandra.wolitzky@mass.gov>
**Subject:** FW: AGO Consumer Advisory for AACs

Hi Sapna et al,

Hope you are all well. I'm reaching out with a request regarding the AGO's advisory. We are working to make the shift from "crisis pregnancy center" to "anti-abortion center" language and, given that we will be referring people to the AG's advisory as a part of our upcoming campaign, we're wondering if you would be willing to update the language in the advisory to match. If you have a communications person we should communicate directly with, please put me in touch.

I was out all last week but will follow up soon about sharing more details about the campaign as it's in development.

Best,
▮

---
▮▮▮▮, MPH
(**pronouns**: she, her, and hers)
Director, Division of Child/Adolescent Health and Reproductive Health
cell: ▮▮▮▮▮▮ • ▮▮▮▮▮▮

**From:** Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>
**Sent:** Wednesday, February 21, 2024 10:44 AM
**To:** Slasman, Peggy (DPH) <Peggy.Slasman@mass.gov>; ▮▮▮▮ (DPH) <▮▮▮▮▮▮▮▮>

**From:** Anna Marie Finley <AFinley@moreadvertising.com>
**To:** "Crowther, Suzanne (DPH)" <suzanne.crowther@mass.gov>, "EXEMPT-A (DPH)" <EXEMPT-A>, Will McMahon <wmcmahon@moreadvertising.com>, "EXEMPT-A (DPH)" <EXEMPT-A>, "EXEMPT-A, (DPH)" <EXEMPT-A>, "rhartholder@reproequitynow.org" <rhartholder@reproequitynow.org>, "EXEMPT-A (DPH)" <EXEMPT-A>, "tstgermain@reproequitynow.org" <tstgermain@reproequitynow.org>, "cteylouni@reproequitynow.org" <cteylouni@reproequitynow.org>, Ashley Rappa <arappa@moreadvertising.com>, Michelle Leonard <EXEMPT-A>, "EXEMPT-A, (DPH)" <EXEMPT-A>, Annika Cook <acook@moreadvertising.com>, "Leonard, Michelle A (DPH)" <Michelle.A.Leonard2@mass.gov>
**Cc:** "EXEMPT-A (DPH)" <EXEMPT-A>, Ashley Rappa <arappa@moreadvertising.com>, Kaitlyn Kearn <kkearn@moreadvertising.com>, Gustavo Castaneda <gcastaneda@moreadvertising.com>
**Subject:** AAC: Update and revisions per Gov's office feedback
**Date:** Thu, 29 Feb 2024 19:55:19 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

**CAUTION:** This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi team,
Happy Leap Day!

Below is an update on the creative development and timeline for the campaign, based on feedback we received from the Gov's office, to keep everyone up to speed. @Crowther, Suzanne (DPH) and EXEMPT-A (DPH), if I've captured anything incorrectly, just let me know.

- Feedback: The gov's office requested that we focus on the headline, "Anti-abortion Centers LIE" and less on the, "to your face" part. They also want to ensure that the message "they have one goal…stop you from getting an abortion" is prominent.

- Ad design: We propose that when something is digital/animated, we use the profile and have the words come at the face. So you'll see the digital and social ads have that set up. The out-of-home/static ads have the requested headline, AACs LIE.
  See revisions here: AAC_ConceptExtensions_Presentation_updated_022924.pdf

- Video: AAC/Review new spots
  We adjusted the on-screen copy to just have "LIE!" nice and bold where we previously had 'lie to your face.' We also are using scratch VO to have her say "Anti-abortion centers LIE" but if this change is finalized, we'll re-record both talent saying just 'lie' and not 'lie to your face.' Right now, it sounds funky of course 😊
    ○ If we were asked to make a recommendation, we'd stick with the original VO, since Michelle (the talent at the end) reiterates, "they lie to your face" at the very end.

- Campaign launch timeline: It's our understanding that the launch has been shifted to April. We will plan to launch digital and social ads week of March 31, and OOH ads are posting week of April 7th.

Please let us know what the next steps are for approval timing and we can plan accordingly!

# EXHIBIT OO

**From:** Anna Marie Finley <AFinley@moreadvertising.com>
**To:** "Taylor St. Germain" <tstgermain@reproequitynow.org>, "Leonard, Michelle A (DPH)" <Michelle.A.Leonard2@mass.gov>
**Subject:** Mass.gov page edit / RE: AAC Warning signs fact sheet/resource
**Date:** Tue, 04 Jun 2024 02:29:31 +0000
**Importance:** Normal
**Inline-Images:** image002.png; image003.jpg

---

**CAUTION:** This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi there,

As we get ready to launch, I wanted to circle back to the additional resource from REN, Taylor, on warning signs of AACs.

@Leonard, Michelle A (DPH), I think the current link you have for the mass.gov page may go to an outdated PDF of REN's. The button on the About AACs page.

[Learn more about anti-abortion center warning signs →]

https://www.mass.gov/info-details/about-anti-abortion-centers---unpublished?auHash=pUsn-IIFBfKzc7K4woBlpLa6fgo8nEzNr-wvRJwyUYw

@Taylor St. Germain – Should we be linking to https://reproequitynow.org/about-antiabortion-centers
And if so, is there a jump link to get to the Warning Signs part that mass.gov could link to? Not a huge deal, but could be helpful.

Let me know if I'm making no sense! ●

**ANNA MARIE FINLEY**
**MORE Advertising**

---

**From:** Anna Marie Finley
**Sent:** Wednesday, February 21, 2024 3:41 PM
**To:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Cc:** Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>
**Subject:** RE: AAC Warning signs fact sheet/resource

Thanks, Taylor!
Given this is more of a summary page about AACs and the warning signs are part of that, I would recommend we just make the call out on mass.gov "learn more about anti-abortion centers," but defer to you Michelle, on whether you think it makes sense to keep it specific to 'warning signs?'

Thanks!
Anna Marie

**ANNA MARIE FINLEY**
**MORE Advertising**

**From:** Taylor St. Germain <tstgermain@reproequitynow.org>
**Sent:** Wednesday, February 21, 2024 2:56 PM
**To:** Anna Marie Finley <AFinley@moreadvertising.com>
**Cc:** Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>
**Subject:** Re: AAC Warning signs fact sheet/resource

Hi Anna Marie! We are on the same wavelength this week. Because this had the outdated CPC language in it, yesterday I converted that PDF onto our website page about anti-abortion centers: https://reproequitynow.org/about-antiabortion-centers

All of the info included in that PDF should now be on that webpage. If you'd prefer to link to a PDF, our team is happy to put one together with the same info/new language. Let me know what you think!

On Wed, Feb 21, 2024 at 2:51 PM Anna Marie Finley <AFinley@moreadvertising.com> wrote:

> Hi Taylor,
> Just wanted to touch base about the REN the fact sheet and updates to *How to Recognize A Crisis Pregnancy Center*; the plan is to link this on the mass.gov campaign content.
> It can be a more in-depth look at warning signs that we start to cover on the campaign web page, what do you think? The use of logos of the AACs is awesome to keep there, too, and not something we can do on mass.gov.
> (Unless I missed something, Michelle! ⬤ )
>
> **Learn more about anti-abortion center warning signs**
>
> Thanks Taylor!
> Anna Marie
>
> 
>
> **Anna Marie Finley (She/Her)**
> **Director, Account Services**
> MORE Advertising // 50 Hunt Street, Watertown, MA, 02472
> O  617.558.6850 //  C  443-695-2987 //  MOREadvertising.com
>
> **Change Powers Us**

--

**Taylor St. Germain** (she/her)        
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org

**From:** "Leonard, Michelle A (DPH)" <Michelle.A.Leonard2@mass.gov>
**To:** Anna Marie Finley <AFinley@moreadvertising.com>, Will McMahon <wmcmahon@moreadvertising.com>, Megan Palame <mpalame@moreadvertising.com>, "▮▮▮▮ (DPH)" <▮▮▮▮>, "▮▮▮▮ (DPH)" <▮▮▮▮>, Annika Cook <acook@moreadvertising.com>, "rhartholder@reproequitynow.org" <rhartholder@reproequitynow.org>, "Davis, Athena E (DPH)" <Athena.E.Davis@mass.gov>, "Crowther, Suzanne (DPH)" <suzanne.crowther@mass.gov>, "cteylouni@reproequitynow.org" <cteylouni@reproequitynow.org>, Michelle Leonard <▮▮▮▮>, "▮▮▮▮ (DPH)" <▮▮▮▮>, Ashley Rappa <arappa@moreadvertising.com>, "▮▮▮▮ (DPH)" <▮▮▮▮>, "tstgermain@reproequitynow.org" <tstgermain@reproequitynow.org>
**Cc:** "▮▮▮▮ (DPH)" <▮▮▮▮>, Jill Caruso <jcaruso@moreadvertising.com>
**Subject:** RE: Review: AAC Mass.gov text
**Date:** Thu, 15 Feb 2024 15:12:06 +0000
**Importance:** High
**Inline-Images:** image002.png; image003.png

---

Hi all,

Thank you, REN team, for your review of the AAC Mass.gov content! I accepted most edits to clean up the draft: About anti-abortion centers - Mass.gov text_REVISED V2.docx.

BCHAP/SRHP team: is everyone able to review by tomorrow, or do you need more time? Please note the comments and highlighted sections that need SME review to add language (especially on the draft for providers AAC for health care providers - Mass.gov text.docx)

Link to view all 3 webpages: Mass.gov website Content.

Thank you,
Michelle

**From:** Leonard, Michelle A (DPH)
**Sent:** Monday, February 5, 2024 4:13 PM
**To:** Anna Marie Finley <AFinley@moreadvertising.com>; Will McMahon <wmcmahon@moreadvertising.com>; Megan Palame <mpalame@moreadvertising.com>; ▮▮▮▮ (DPH) <▮▮▮▮>; ▮▮▮▮ (DPH) <▮▮▮▮>; Annika Cook <acook@moreadvertising.com>; rhartholder@reproequitynow.org; Davis, Athena E (DPH) <Athena.E.Davis@mass.gov>; Crowther, Suzanne (DPH) <suzanne.crowther@mass.gov>; cteylouni@reproequitynow.org; Michelle ▮▮▮▮>; ▮▮▮▮ (DPH) <▮▮▮▮>; Ashley Rappa <arappa@moreadvertising.com>; ▮▮▮▮ (DPH) <▮▮▮▮>; tstgermain@reproequitynow.org
**Cc:** ▮▮▮▮ (DPH) <▮▮▮▮>; Jill Caruso <jcaruso@moreadvertising.com>
**Subject:** Review: AAC Mass.gov text

Hi everyone,

Mass.gov drafts for the AAC campaign are ready for review! (Note that all images and videos are placeholders for now while the creative is in development.)

- Homepage: mass.gov/AvoidAntiAbortionCenters
- For the general public: About anti-abortion centers
- For providers: Information about anti-abortion centers for health care providers

The web text is available to edit in this folder: Mass.gov website Content. Please use track changes so we can manage everyone's feedback.

There are a few sections on the health care provider page and one on the general public "about" page that need SRHP input (please see highlights).

Please review and share your comments by **Friday, February 16**.

Thank you!

**Michelle Leonard** *(she/her)*
Assistant Director of Health Marketing
Massachusetts Department of Public Health
michelle.a.leonard2@mass.gov | 978-836-0309


**From:** Anna Marie Finley <AFinley@moreadvertising.com>
**Sent:** Monday, February 5, 2024 2:12 PM
**To:** Will McMahon <wmcmahon@moreadvertising.com>; Megan Palame <mpalame@moreadvertising.com>; [redacted] (DPH) <[redacted]>; [redacted] (DPH) <[redacted]>; Annika Cook <acook@moreadvertising.com>; Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>; rhartholder@reproequitynow.org; Davis, Athena E (DPH) <Athena.E.Davis@mass.gov>; Crowther, Suzanne (DPH) <suzanne.crowther@mass.gov>; cteylouni@reproequitynow.org; Michelle [redacted] <[redacted]>; [redacted] (DPH) <[redacted]>; Ashley Rappa <arappa@moreadvertising.com>; [redacted] (DPH) <[redacted]>; tstgermain@reproequitynow.org
**Cc:** [redacted] (DPH) <[redacted]>; Jill Caruso <jcaruso@moreadvertising.com>
**Subject:** Status update - AAC Campaign development

> CAUTION: This email originated from a sender outside of the Commonwealth of Massachusetts mail system. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi team,
Happy Monday! I hope everyone had some time to relax this weekend.

Below is a brief status update on the campaign; in red is an item for attention.
- **Video shoot:** We're filming the English videos tomorrow and now Spanish videos on Wednesday. Omar is joining Wednesday and Michelle and Suzanne (remotely) tomorrow. Looking forward to it!

- **Voiceover script for videos:** We sent around edits Thursday; new options for the last 15s version. Has everyone had a chance to review + comment? We'd like to have this finalized tomorrow EOD, if possible. AAC_Video Scripts Grid_English.docx

- **Mass.gov web content:** @Leonard, Michelle A (DPH) will be sending the content around for feedback, so look out for that.

WHITING004026

- **Other (non-video) ads**: We're going to review design for other ad types on Monday 2/12 so you can see the full picture. 😊 From feedback, we'll refine and build out versions for launch.

If you have any questions or concerns, please let Will or I know!

Thanks-
Anna Marie

**ANNA MARIE FINLEY**
**MORE Advertising**

-----Original Appointment-----
**From:** Will McMahon <wmcmahon@moreadvertising.com>
**Sent:** Tuesday, August 8, 2023 5:15 PM
**To:** Will McMahon; Anna Marie Finley; Megan Palame; [redacted]; [redacted] (DPH); Annika Cook; Leonard, Michelle A (DPH); rhartholder@reproequitynow.org; Athena.E.Davis@mass.gov; Crowther, Suzanne (DPH); cteylouni@reproequitynow.org; [redacted]; [redacted] (DPH); Ashley Rappa; [redacted]; tstgermain@reproequitynow.org
**Cc:** [redacted] (DPH); Jill Caruso
**Subject:** AAC Campaign Team Meeting
**When:** Monday, January 29, 2024 2:00 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

Hello team!

I am refreshing this invite to reflect the updated attendees.

Warm regards,

Will

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
[redacted]

Meeting ID: [redacted]
Passcode: [redacted]
Download Teams | Join on the web

Learn More | Meeting options

**From:** "Hamlin, Sophie L (EHS)" <Sophie.L.Hamlin@mass.gov>
**To:** "Taylor St. Germain" <tstgermain@reproequitynow.org>, Anna Marie Finley <afinley@moreadvertising.com>, "Crowther, Suzanne (DPH)" <suzanne.crowther@mass.gov>, "Slasman, Peggy (DPH)" <Peggy.Slasman@mass.gov>
**Cc:** "James, Olivia (EHS)" <Olivia.James2@mass.gov>, "Scales, Ann (DPH)" <ann.scales@mass.gov>, "Conti, Katheleen M (DPH)" <Katheleen.M.Conti@mass.gov>
**Subject:** AAC campaign - earned media/op-eds
**Date:** Tue, 27 Feb 2024 16:21:31 +0000
**Importance:** Normal

Hi Taylor,

As I'm sure you'll hear soon, we've received some strong, actionable feedback on the AAC campaign content from the Governor's team, which hopefully puts us on track for a strong, impactful launch next month! With that out of the way (and given I have the noted luxury of not being involved in actually making any edits to the campaign so can focus elsewhere) I would love to circle back to the ideas you had presented on earned media, op-eds, etc.

Are you still thinking about pitching an op-ed and/or submitting a memo to the editorial board, or anything else along those lines to coincide with the campaign launch? Once we have updated assets fully approved by Gov team, as well as an approved outreach plan, we should definitely connect with Jillian and Karissa on specifics (I know Karissa had her own thoughts about pitching to a national reporter who has covered this closely) but want to align internally before we reach that point. I'd love to know what you're currently thinking and where any of those previously discussed earned media pieces stand.

I'd also love to set up another call to discuss the launch event! First, however, I want to connect with Gov's office and see where they stand on Gov involvement because that will naturally play a big role in event planning. I'll keep you updated as I hear more.

Thanks for your patience and I appreciate all of the work you (and the DPH and MORE team) are doing to get this aligned with the Gov team's requests. You all are superstars! Please let me know if there is anything I can help with. Super excited to get this off the ground and hoping to make a major splash once it goes live ●.

All the best,
Sophie

**Sophie Hamlin** (she/her)
Communications Lead
Executive Office of Health and Human Services
sophie.l.hamlin@mass.gov | 617-352-2995

==the content is safe.==

Thanks, Sophie! If we put that the campaign is about AACS in the body, it might make sense to include it in the headline too? If we're going for discretion, I'd remove the mention in the first graf.

**Taylor St. Germain** (she/her)
Communications Director
Reproductive Equity Now
310.970.4314
tstgermain@reproequitynow.org

On Thu, Jun 6, 2024 at 5:55 PM Slasman, Peggy (DPH) <Peggy.Slasman@mass.gov> wrote:

> Thanks, Sophie. Looks good to me. Would you want to include Robbie's MD, PhD, after his name? We usually include his credentials.
>
> **From:** Hamlin, Sophie L (EHS) <Sophie.L.Hamlin@mass.gov>
> **Sent:** Thursday, June 6, 2024 5:32 PM
> **To:** Dally, Emily I (DPH) <Emily.I.Dally@mass.gov>; Deluque, Nicole (EHS) <Nicole.Deluque2@mass.gov>; Taylor St. Germain <tstgermain@reproequitynow.org>
> **Cc:** Cosmas, Karen (DPH) <Karen.Cosmas@mass.gov>; ▮▮▮▮ (DPH) <EXEMPT-A>; Slasman, Peggy (DPH) <Peggy.Slasman@mass.gov>; Crowther, Suzanne (DPH) <suzanne.crowther@mass.gov>; White, Rebecca (DPH) <rebecca.white@mass.gov>; Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>; James, Olivia (EHS) <Olivia.James2@mass.gov>
> **Subject:** Re: AAC launch event
>
> Drafted an advisory – edits? I'll update as RSVPs come in. Timing for the advisory is still up in the air… ideally tomorrow but need sign-off from a couple folks before releasing publicly.
>
> ## ADVISORY: MONDAY: Healey-Driscoll Administration to Launch Reproductive Health Public Awareness Campaign
>
> On Monday, Secretary of Health and Human Services Kate Walsh, Minority Whip Katherine Clark, Congressman Jake Auchincloss, Commissioner of Public Health Robbie Goldstein, and President of Reproductive Equity Now Rebecca Hart Holder will join advocates and providers to unveil a new awareness campaign alerting the public to the potential dangers of anti-abortion centers (sometimes called crisis pregnancy centers).

**From:** Hamlin, Sophie L (EHS) <Sophie.L.Hamlin@mass.gov>
**Date:** Friday, June 7, 2024 at 10:07 AM
**To:** Dally, Emily I (DPH) <Emily.I.Dally@mass.gov>, Taylor St. Germain <tstgermain@reproequitynow.org>, Slasman, Peggy (DPH) <Peggy.Slasman@mass.gov>
**Cc:** EXEMPT-A (DPH) <EXEMPT-A>, Cosmas, Karen (DPH) <Karen.Cosmas@mass.gov>, Crowther, Suzanne (DPH) <suzanne.crowther@mass.gov>, Deluque, Nicole (EHS) <Nicole.Deluque2@mass.gov>, James, Olivia (EHS) <Olivia.James2@mass.gov>, Leonard, Michelle A (DPH) <Michelle.A.Leonard2@mass.gov>, White, Rebecca (DPH) <rebecca.white@mass.gov>
**Subject:** Re: AAC launch event

Valid!

## ADVISORY: MONDAY: Healey-Driscoll Administration to Unveil Anti-Abortion Center Public Awareness Campaign

On Monday, Secretary of Health and Human Services Kate Walsh, Minority Whip Katherine Clark, Congressman Jake Auchincloss, Commissioner of Public Health Robbie Goldstein, and President of Reproductive Equity Now Rebecca Hart Holder will join advocates and providers to unveil a new awareness campaign alerting the public to the potential dangers of anti-abortion centers (also called crisis pregnancy centers).

**Who:** Secretary of Health and Human Services Kate Walsh, Minority Whip Katherine Clark, Congressman Jake Auchincloss, Commissioner of Public Health Robbie Goldstein, and President of Reproductive Equity Now Rebecca Hart Holder

**What:** Anti-Abortion Center Awareness Campaign Launch

**When:** Monday, June 10, 2024, 11:00 am

**Where:** Women's Health Services, 111 Harvard St, Brookline, MA 02446

**Press:** Open. RSVP to sophie.l.hamlin@mass.gov by 8PM on Sunday, June 9

---

**From:** Dally, Emily I (DPH) <Emily.I.Dally@mass.gov>
**Date:** Friday, June 7, 2024 at 10:05 AM
**To:** Hamlin, Sophie L (EHS) <Sophie.L.Hamlin@mass.gov>, Taylor St. Germain <tstgermain@reproequitynow.org>, Slasman, Peggy (DPH) <Peggy.Slasman@mass.gov>
**Cc:** EXEMPT-A (DPH) <EXEMPT-A>, Cosmas, Karen (DPH) <Karen.Cosmas@mass.gov>, Crowther,