UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A WOMAN'S CONCERN, INC. D/B/A YOUR OPTIONS MEDICAL CENTERS,<br>Plaintiff,<br><br>v.<br><br>MAURA HEALEY, GOVERNOR OF MASSACHUSETTS, sued in her individual and personal capacities; ROBERT GOLDSTEN, COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH, sued in his individual and official capacities; REPRODUCTIVE EQUITY NOW FOUNDATION, INC.; REBECCA HART HOLDER, EXECUTIVE DIRECTOR OF THE REPRODUCTIVE EQUITY NOW FOUUNDATION, INC.,<br>Defendants. | CIVIL ACTION<br>NO. 24-12131-LTS |

## **STATE DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Maura Healey, in her individual and official capacities, and Dr. Robert Goldstein, in his individual and official capacities, (together "the State Defendants") move to dismiss the Plaintiff's Amended Complaint, ECF No. 64.

The Amended Complaint fails to state a claim upon which relief can be granted because the State Defendants' speech is government speech to which the First Amendment does not apply, and the State Defendants have neither burdened Your Options Medical's free exercise of its religious beliefs nor violated the Equal Protection Clause. Furthermore, qualified immunity bars Your Options Medical's claims against the State Defendants.

WHEREFORE, for these reasons and the reasons set forth in their supporting memorandum

of law, the State Defendants respectfully request that the Court dismiss the Complaint.

**REQUEST FOR ORAL ARGUMENT**

The State Defendants believe that oral argument will assist the Court and respectfully request oral argument for this motion.

July 25, 2025

                Respectfully submitted,

                MAURA HEALEY, Governor of Massachusetts, and ROBERT GOLDSTSTEIN, Commissioner of the Massachusetts Department of Public Health,

                By their attorneys,

                ANDREA JOY CAMPBELL
                ATTORNEY GENERAL

                */s/ Phoebe Fischer-Groban*
                Phoebe Fischer-Groban, BBO No. 687068
                Deborah J. Frisch, BBO No. 693847
                Meredith G. Fierro, BBO No. 696295
                Assistant Attorneys General
                Government Bureau
                One Ashburton Place
                Boston, MA 02108
                (617) 963-2589
                Phoebe.Fischer-Groban@mass.gov

**LOCAL RULE 7.1 CERTIFIATION**

I hereby certify that I conferred with counsel for the Plaintiff on July 25, 2025, and attempted in good faith to narrow or resolve the relief requested in this motion.

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) on July 25, 2025.

*/s/ Phoebe Fischer-Groban*
Phoebe Fischer-Groban
Assistant Attorney General