UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A Woman's Concern, Inc. d/b/a Your Options Medical Centers,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Maura Healey, Governor of Massachusetts, sued in her individual and official capacities; Robert Goldstein, Commissioner of the Massachusetts Department of Public Health, sued in his individual and official capacities; Reproductive Equity Now Foundation, Inc.; Rebecca Hart Holder, Executive Director of Reproductive Equity Now Foundation,<br><br>　　　　Defendants. | C.A. No. 1:24-cv-12131-LTS<br><br>**ORAL ARGUMENT REQUESTED** |

## MOTION TO DISMISS OF DEFENDANTS REPRODUCTIVE EQUITY NOW FOUNDATION, INC. AND REBECCA HART HOLDER

In accordance with Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Reproductive Equity Now Foundation, Inc. ("REN") and Rebecca Hart Holder ("Holder"), by and through their undersigned counsel, respectfully move this Court to dismiss all counts of Plaintiff A Woman's Concern, Inc. d/b/a Your Options Medical Centers' ("YOM") Amended Complaint against them with prejudice.

As stated in greater detail in the accompanying Memorandum of Law, the claims against REN and Holder should be dismissed for the following reasons. First, YOM lacks standing to bring this action, as it failed to plausibly allege an injury-in-fact that is fairly traceable to the conduct of REN and Holder. Second, insofar as YOM's claims are predicated on the filing by REN and Holder of a complaint to the Massachusetts Department of Public Health, they cannot withstand dismissal as a matter of law because the filing of that complaint constitutes protected activity under the

*Noerr-Pennington* Doctrine. Third, none of the activities in which REN and Holder are alleged to have engaged constitute actions taken under color of law. Finally, YOM has failed to plausibly allege that REN or Holder caused YOM a deprivation of its constitutional rights.

In support of this Motion, REN and Holder rely on the accompanying Memorandum of Law and Declaration of Mariana Korsunsky, Esq. in Support of the Motion to Dismiss filed contemporaneously herewith.

## REQUEST FOR ORAL ARGUMENT

REN and Holder ask the Court to set oral argument on their Motion to Dismiss.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Mariana Korsunsky, hereby certify that on July 25, 2025, I conferred with Plaintiff's counsel, Olivia F. Summers of the American Center for Law and Justice ("ACLJ"), in good faith, to narrow the issues raised in this Motion and accompanying Memorandum in support of same. The parties were unable to resolve or narrow the issues.

/s/ *Mariana Korsunsky*
Mariana Korsunsky

Respectfully submitted,

REPRODUCTIVE EQUITY NOW
FOUNDATION, INC. AND REBECCA
HART HOLDER,

By their attorneys

/s/ *Martin M. Fantozzi*
Martin M. Fantozzi (BBO #554651)
Mariana Korsunsky (BBO #675626)
Carla A. Reeves (BBO #681849)
Sarah M. Eberspacher (BBO #707133)
Kathleen M. Ritter (BBO #716086)
Kiman Kaur (BBO #709943)
GOULSTON & STORRS PC
One Post Office Square, 25th Floor
Boston, MA 02109
Tel: (617) 482-1776
mfantozzi@goulstonstorrs.com
mkorsunsky@goulstonstorrs.com
creeves@goulstonstorrs.com
seberspacher@goulstonstorrs.com
kritter@goulstonstorrs.com
kkaur@goulstonstorrs.com

Dated July 25, 2025

### CERTIFICATE OF SERVICE

I, Kiman Kaur, hereby certify that on July 25, 2025, I caused the foregoing document to be filed electronically using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants. Paper copies will be sent to those indicated as non-registered participants.

/s/ *Kiman Kaur*
Kiman Kaur