# EXHIBIT 3

August 8, 2023

<mark>Revised Jan. 23, 2024</mark>

**Rebecca Hart Holder**
**Reproductive Equity Now Foundation**
**1 Federal Street, 5th Floor**
**Boston, MA  02110**

Dear Rebecca,

This letter agreement is to confirm certain overall terms and conditions governing services that you are providing as an independent consultant to **MORE Advertising** in the areas of strategic consulting and education services for the MA Department of Public Health, Sexual and Reproductive Health Program. Specific compensation, level of effort and scope of work are set forth as Attachment 1 to this letter.

**Ownership of Work Products**

It is understood that all work under this agreement shall be deemed work for hire and that all work products generated by you under this Agreement shall be the property of **the MA Department of Public Health (DPH).** For no additional consideration, you hereby assign to **DPH** any and all interest you may have in the work products generated hereunder, including any patent, trademark, or copyright interest and any moral rights you may have in the work products. At **MORE's** request and expense, you also agree to give **MORE** reasonable assistance in securing **DPH's** intellectual property rights, even after termination of your work for **MORE Advertising.**

**Disclosure to MORE**

You shall disclose to **MORE Advertising** and **DPH** and not to anyone else without **MORE's** consent, any and all work products, trade secrets, and other information relating to the operations and products of **MORE's** business and any and all discoveries or improvements made by you in the course of your work for **DPH**. At the end of this engagement, you will (i) return to **MORE** any materials in tangible form belonging to **MORE and/or DPH**, and (ii) certify in writing that any software provided to you by **MORE** has either been returned to **MORE** or erased from the memory of your computer or made non-readable.

**Confidentiality**

You shall not divulge anything that is not publicly available about the public education campaign outside of the DPH/MORE Project Team until given permission.

**Non-Competition**

During the term of this Agreement and for one year after its termination, you agree that: (i) you will not solicit any business with DPH that is being done by **MORE Advertising** as of the date of termination of your relationship with **MORE Advertising.**

**Termination**

Either **MORE** or you may terminate this Agreement for any reason upon ten (10) business days' notice, but all provisions regarding confidentiality, ownership of work products, non-competition, and choice of law shall survive any termination of this Agreement.

**General Terms**

If you are in accord with the above terms and conditions, kindly so indicate by signing and returning one copy of this letter to me. Upon your so doing, this letter agreement will be duly executed and enforceable under the laws of the Commonwealth of Massachusetts and shall supersede any other agreements between us relating to the subject matter contained herein.

I look forward to your participation with **MORE.**

Sincerely,

_Judith C. HABER_
Judith Haber
President and Managing Partner


AGREED AND ACCEPTED:

_Rebecca Hart Holder_
Rebecca Hart Holder, Reproductive Equity Now Foundation


_____

Date  1/25/2024

# ATTACHMENT 1

**SCOPE OF SERVICES**

## ACCESS

- Provide background and education on the 2017 ACCESS law and the implementation of the law amongst providers, pharmacists, and insurers, as well as the utilization by eligible patients/consumers.

- Review research questions and findings about ACCESS.

- Provide assistance on strategic outreach and the development of messaging for providers, pharmacists, insurers, and patients/consumers about ACCESS.

- Attend weekly, bi-weekly, or monthly meetings with MORE/DPH on ACCESS, as needed.

- Connect MORE/DPH to other key stakeholders or experts to promote ACCESS amongst providers, pharmacists, insurers, and patients/consumers.

## Anti-Abortion Centers (AAC; formerly CPCs) Awareness Campaign

- Provide background and education on AACs for the project team.

- Review research questions about AACs and connect MORE/DPH to other key stakeholders or experts on AACs.

- Review and comment on project briefs and creative briefs, as needed, and provide assistance on the development of the campaign.

- Attend weekly, bi-weekly, or monthly meetings with MORE/DPH, as needed.

- Lead the development of and provide ongoing consulting on an earned media strategy for the AAC campaign, including development of earned media communication tools, such as press release drafts.

**COMPENSATION**
**MORE** agrees to compensate Reproductive Equity Now Foundation at the hourly rate of **$250 per staff member** through June 30, 2024.

The invoices should be sent to **MORE** monthly. Once received, these invoices will be payable within thirty days of receipt.

The invoice should be accompanied by a brief monthly report and/or timesheet detailing the activities that have occurred. **Invoices should designate which billable hours are for ACCESS and which ones are for the AAC campaign.**