UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A WOMAN'S CONCERN, INC. d/b/a YOUR OPTIONS MEDICAL CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>MAURA HEALEY, Governor of Massachusetts, sued in her individual and official capacities; ROBERT GOLDSTEIN, Commissioner of the Massachusetts Department of Public Health, sued in his individual and official capacities; REPRODUCTIVE EQUITY NOW FOUNDATION, INC., REBECCA HART HOLDER, EXECUTIVE DIRECTOR OF REPRODUCTIVE EQUITY NOW FOUNDATION, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:24-cv-12131-LTS |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW IN EXCESS OF 20 PAGES**

Plaintiff A Woman's Concern, Inc. d/b/a Your Options Medical Centers ("YOM") submits this motion for leave to file a memorandum of law in opposition to the State Defendants' Motion to Dismiss (Doc. 70) in excess of 20 pages. Specifically, the Plaintiff requests leave to file a memorandum of law in response to the Motion to Dismiss that is a maximum of 25 pages. As grounds for this motion, the Plaintiff hereby states that a 25-page brief is necessary for Plaintiff to respond to the Memorandum in Support of State Defendants' Motion to Dismiss, which was 25 pages long. *See* Doc. 71, Doc. 69 (Order of the Court). The State Defendants have agreed to the relief requested by this motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant leave to file a memorandum of law in excess of 20 pages.

        YOUR OPTIONS MEDICAL

        By counsel,

        /s/ Nathan J. Moelker
        NATHAN MOELKER*
        (VA Bar No. 98313)
        ANDREW EKONOMOU*
        (GA Bar No. 242750)
        CHRISTINA (STIERHOFF) COMPAGNONE*
        (D.C. Bar No. 1657929)
        OLIVIA F. SUMMERS*
        (D.C. Bar No. 1017339)
        THE AMERICAN CENTER FOR LAW & JUSTICE
        201 Maryland Avenue, NE
        Washington, D.C. 20002
        Telephone: (202) 546-8890
        Facsimile: (202) 546-9309
        osummers@aclj.org

        SAMUEL J. WHITING
        MASSACHUSETTS LIBERTY LEGAL CENTER
        (Massachusetts Bar No. 711930)
        sam@mafamily.org

        *Appearing Pro Hac Vice

Dated August 20, 2025

**CERTIFICATE OF SERVICE**

I, Nathan J. Moelker, hereby certify that on August 20, 2025, the foregoing document was filed electronically using the Court's CM/ECF system, which will send notification of this filing to all registered participants. Paper copies will be sent to those indicated as non-registered participants.

/s/ Nathan J. Moelker
Nathan J. Moelker