## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**A Woman's Concern, Inc.**

*Doing business as*
Your Options Medical

       Plaintiff,

   V.

CIVIL ACTION NO. 24-12131-LTS

**Maura T. Healey et al**

       Defendants.

## **ORDER OF DISMISSAL**

Sorokin, D. J.

   In accordance with the Court's ORDER ON MOTIONS TO DISMISS, Dkt, No. 90, dated February 17, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                       By the Court,

2/17/2026                            /s/ Flaviana de Oliveira
  Date                                    Deputy Clerk