UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A WOMAN'S CONCERN, INC. d/b/a YOUR OPTIONS MEDICAL CENTERS,<br><br>Plaintiff,<br><br>v.<br><br>MAURA HEALEY, Governor of Massachusetts, sued in her individual and official capacities; ROBERT GOLDSTEIN, Commissioner of the Massachusetts Department of Public Health, sued in his individual and official capacities; REPRODUCTIVE EQUITY NOW FOUNDATION, INC., REBECCA HART HOLDER, EXECUTIVE DIRECTOR OF REPRODUCTIVE EQUITY NOW FOUNDATION, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:24-cv-12131-LTS |

### PLAINTIFF'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, A Woman's Concern, Inc. d/b/a Your Options Medical Centers, appeals to the United States Court of Appeals for the First Circuit from the District Court's Order granting Defendants' Motions to Dismiss (Doc. No. 90), entered on February 17, 2026, and its Order Dismissing the Case (Doc. No. 91), entered on February 17, 2026.

                                      YOUR OPTIONS MEDICAL

                                      By counsel,

                                      OLIVIA F. SUMMERS*
                                      /s/ Olivia F. Summers
                                      (D.C. Bar No. 1017339)

ANDREW EKONOMOU*
(GA Bar No. 242750)
CHRISTINA (STIERHOFF) COMPAGNONE*
(D.C. Bar No. 1657929)
NATHAN MOELKER*
(VA Bar No. 98313)
THE AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
osummers@aclj.org

SAMUEL J. WHITING
MASSACHUSETTS LIBERTY LEGAL CENTER
(Massachusetts Bar No. 711930)
sam@mafamily.org

*Counsel for Plaintiff*
*Appearing Pro Hac Vice

Dated March 16, 2026

## **CERTIFICATE OF SERVICE**

I, Olivia F. Summers, hereby certify that on March 16, 2026, the foregoing document was filed electronically using the Court's CM/ECF system, which will send notification of this filing to all registered participants. Paper copies will be sent to those indicated as non-registered participants.

/s/ Olivia F. Summers
Olivia F. Summers
